# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 1:24-cv-02010-WMR-JEM |
| COBB COUNTY, GEORGIA, | ) |
| Defendant. | ) |

## JOINT MOTION FOR PROVISIONAL ENTRY OF CONSENT DECREE AND SCHEDULING A FAIRNESS HEARING ON THE TERMS OF THE <u>CONSENT DECREE</u>

Plaintiff United States of America ("United States") and Defendant Cobb County, Georgia ("Defendant") (collectively, the "Parties") jointly move the Court to provisionally enter the proposed Consent Decree ("Decree"), attached as Exhibit A, and schedule a fairness hearing on the terms of the Decree no less than 120 days from the Court's Order on this Joint Motion, as provided in Paragraphs 14 and 15 of the Decree. The Parties further move the Court to stay all deadlines pending the Court's determination as to whether to enter the Decree as a final order.

The Decree will resolve all claims in this civil action alleging that the Defendant, through the Cobb County Fire Department ("CCFD"), engaged in a pattern or practice of discrimination against African-American firefighter

applicants in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq., when it used a written exam as a rank-order screening device in 2020 and used a credit check to screen out applicants from 2016 to 2020. The fairness hearing on the terms of the Decree would allow the Court to hear any objections to the terms of the Decree and to decide whether to enter the Decree as a final order.

As set forth in the accompanying Memorandum of Law, the Court should provisionally enter the Decree because its terms are fair, adequate, reasonable, and not the result of collusion. *Greco v. Ginn*, 635 F. App'x 628, 632 (11th Cir. 2015) (*citing Cotton v. Hinton*, 559 F.2d 1326, 1330 (5th Cir. 1977)). Accordingly, the Parties respectfully request that the Court provisionally enter the Decree and schedule a fairness hearing on the terms of the Decree no less than 120 days from the date of the Court's Order on this Joint Motion.

Date: May 9, 2024

Respectfully submitted,

For Plaintiff United States of America:

By:

| | |
|---|---|
| RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |

| | |
|---|---|
| */s/ Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>Georgia Bar No. 375505<br>Deputy Chief<br>Public Integrity & Civil Rights Section<br>Office of the United States Attorney<br>600 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181<br>aileen.bell.hughes@usdoj.gov | KAREN D. WOODARD<br>*Chief*<br>*Employment Litigation Section*<br><br>CLARE GELLER (NY Reg. No. 4087037)<br>*Deputy Chief*<br><br>*/s/ Brian G. McEntire*<br>BRIAN G. MCENTIRE (VA Bar #48552)<br>JULIET E. GRAY (DC Bar #985608)<br>*Senior Trial Attorneys*<br>U.S. Department of Justice<br>Civil Rights Division<br>Employment Litigation Section<br>150 M Street, N.E., Room 9.1802<br>Washington, DC 20530<br>Phone: (202) 598-9907<br>Fax: (202) 514-1005<br>brian.mcentire@usdoj.gov<br>juliet.gray@usdoj.gov |

For Defendant Cobb County Georgia:

By:

*/s/ H. William Rowling, Jr.*
H. WILLIAM ROWLING, JR.
County Attorney
State Bar No. 617225
LAUREN S. BRUCE
Assistant County Attorney
State Bar No. 796642
MARK A. ADELMAN
Senior Associate County Attorney
State Bar No. 044788
Cobb County Attorney's Office
100 Cherokee Street, Suite 350
Marietta, GA 30090
Phone: (770) 528-4007

lauren.bruce@cobbcounty.org
mark.adelman@cobbcounty.org


*/s/ Matthew A. Boyd*
MATTHEW A. BOYD
State Bar No. 027645
Tucker Ellis LLP
(Atlanta Financial Center)
3343 Peachtree Road NE, Suite 145-1574
Atlanta, Georgia 30326
Phone: (404) 678-6365
matthew.boyd@tuckerellis.com