IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 1:24-cv-02010-WMR-JEM |
| COBB COUNTY, GEORGIA, | ) |
| Defendant. | ) |

**(PROPOSED) ORDER GRANTING JOINT MOTION FOR PROVISIONAL ENTRY OF CONSENT DECREE AND SCHEDULING A FAIRNESS HEARING ON THE TERMS OF THE CONSENT DECREE**

This action is before the Court on the Parties' Joint Motion for Provisional Entry of Consent Decree and Scheduling a Fairness Hearing on the Terms of the Consent Decree ("Joint Motion"), and the proposed Consent Decree submitted with the Joint Motion.

Upon consideration and subject to final decision based on any objections, the Court finds that the terms of the proposed Consent Decree are fair, adequate, reasonable, and not the result of collusion. Therefore, the Joint Motion is **GRANTED** and the Consent Decree is **PROVISIONALLY ENTERED**.

It is **FURTHER ORDERED** that Defendant's deadline to respond to the Complaint is stayed, and a Fairness Hearing on the Terms of the Consent Decree is

set for (at least 120 days after provisional entry), 2024 at (time) in Courtroom ____ of the United States District Court for the Northern District of Georgia, Richard B. Russell Federal Building and United States Courthouse, 2211 United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303.

**DONE** and **ORDERED** this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE