IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>COBB COUNTY, GEORGIA,<br><br>  Defendant. | Civ. No. 1:24-cv-02010-WMR-JEM |

**JOINT MOTION FOR FINAL APPROVAL
OF THE AMENDED CONSENT DECREE**

Plaintiff United States of America ("United States") and Defendant Cobb County, Georgia ("Defendant") (collectively, the "Parties") jointly move the Court to approve and enter the Amended Consent Decree ("the Decree"), attached hereto as Exhibit A, as final following the August 26, 2024 Fairness Hearing on the Terms of the Consent Decree. The Court provisionally entered the original Consent Decree on May 25, 2024, stating: "subject to final decision based on any objections, the Court finds that the terms of the proposed Consent Decree are fair, adequate, reasonable, and not the result of collusion." (Doc. No. 3, at 1.)

The Parties have since provided reasonable notice to all persons whose interests might be affected by the Decree. As discussed more fully in the accompanying brief, while seven class members submitted objection forms, six of

1

the seven individuals subsequently confirmed that the form was submitted in error and that they did not intend to object to the Decree. The remaining objection form does not include a basis for objecting to the Decree and therefore appears to have been submitted in error. Thus, the Parties do not consider there to be any objections to entry of the Decree.

In preparing this Joint Motion, the Parties discovered a ministerial error in the original Consent Decree related to the deadline for Claimants to return an Acceptance of Individual Relief Award and Release of Claims Form. Accordingly, the Parties have agreed to an Amended Consent Decree that corrects this error, which also required adjusting some additional deadlines accordingly. These adjustments to future deadlines do not affect any rights provided by the Decree, the interests of third parties, or the overall duration of the Decree.

The Parties therefore respectfully request that the Court enter the Decree as final following the August 26, 2024 hearing.

Date: August 16, 2024

Respectfully submitted,

For Plaintiff United States of America:

By:

| | |
|---|---|
| RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| <u>*/s/ Aileen Bell Hughes*</u><br>AILEEN BELL HUGHES<br>Georgia Bar No. 375505<br>Deputy Chief<br>Public Integrity & Civil Rights Section<br>Office of the United States Attorney<br>600 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181<br>aileen.bell.hughes@usdoj.gov | KAREN D. WOODARD<br>*Chief*<br>*Employment Litigation Section*<br><br>CLARE GELLER (NY Reg. No. 4087037)<br>*Deputy Chief*<br><br><u>*/s/ Juliet E. Gray*</u><br>BRIAN G. MCENTIRE (VA Bar #48552)<br>JULIET E. GRAY (DC Bar #985608)<br>*Senior Trial Attorneys*<br>U.S. Department of Justice<br>Civil Rights Division<br>Employment Litigation Section<br>150 M Street, N.E., Room 9.1802<br>Washington, DC 20530<br>Phone: (202) 598-9907<br>Fax: (202) 514-1005<br>brian.mcentire@usdoj.gov<br>juliet.gray@usdoj.gov |

For Defendant Cobb County Georgia:

By:

*/s/ H. William Rowling, Jr.*
H. WILLIAM ROWLING, JR.
County Attorney
State Bar No. 617225
LAUREN S. BRUCE
Assistant County Attorney
State Bar No. 796642
MARK A. ADELMAN
Senior Associate County Attorney
State Bar No. 044788
Cobb County Attorney's Office
100 Cherokee Street, Suite 350
Marietta, GA 30090
Phone: (770) 528-4007
lauren.bruce@cobbcounty.org
mark.adelman@cobbcounty.org

*/s/ Matthew A. Boyd*
MATTHEW A. BOYD
State Bar No. 027645
Tucker Ellis LLP
(Atlanta Financial Center)
3343 Peachtree Road NE, Suite 145-1574
Atlanta, Georgia 30326
Phone: (404) 678-6365
matthew.boyd@tuckerellis.com