## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 1:24-cv-02010-WMR-JEM |
| COBB COUNTY, GEORGIA, | ) |
| Defendant. | ) |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF THE AMENDED CONSENT DECREE

Upon consideration of the Parties' Joint Motion for Final Approval of the Amended Consent Decree (Doc. No. 5) and the record from the August 26, 2024 Fairness Hearing on the Terms of the Consent Decree, this Court affirms its preliminary conclusion and finds that the terms of the Amended Consent Decree are fair, adequate, reasonable, and not the result of collusion. The Court finds that all of the objections were submitted in error and do not impact the Court's determination on the terms of the Consent Decree. The Court further approves the revised deadlines in the Amended Consent Decree.

It is hereby **ORDERED** that the Joint Motion for Final Approval of the Amended Consent Decree is **GRANTED,** and the Amended Consent Decree is

**APPROVED**. The Court will sign and **ENTER** the Decree on the docket of this case.

      **DONE** and **ORDERED** this \_\_ day of _____, 2024.

      _____
      WILLIAM M. RAY, II
      UNITED STATES DISTRICT JUDGE