# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

_____

|  |  |  |
|---|---|---|
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 1:24-cv-02010-WMR-JEM |
| | ) | |
| COBB COUNTY, GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

_____

### DECLARATION OF SARA SCHWERMER-SWEEN

I, Sara Schwermer-Sween, declare as follows:

1.     I am a Program Manager employed by Rust Consulting, a company that has provided legal settlement administration services in thousands of matters over 40 years. This declaration is based on my personal knowledge and information provided by other Rust employees working under my supervision. If called on to do so, I could and would testify competently about the statements in this declaration.

2.     The United States retained Rust to assist it with managing the claims and objections process in this action, as set forth in the Consent Decree ("the Decree").  In my role as Program Manager, I have first-hand knowledge of the efforts taken by Rust, based on the United States' instructions, to comply with the notice provisions set forth in the Decree.

1

3.     On May 17, May 21, and May 24, 2024, the United States provided Rust with Excel files containing a list of 202 class members, which included for each individual: name, social security number, date of birth, last-known mailing address, last-known email address, and phone number. Rust compiled the data in these Excel files into a single standardized list.

4.     On May 28, 2024, as required by Paragraph 19 of the Decree, Rust sent each of the 202 class members on the list a copy of the Notice of Settlement and Fairness Hearing on the Terms of the Decree, Instructions for Filing an Objection, and a blank Objection form ("Notice Documents") by first-class mail and email. A true and correct copy of the Notice Documents is attached hereto as Exhibit 1.

5.     As of the date of this declaration, Notice Documents mailed to 18 individuals were returned by the U.S. Postal Service to Rust as undeliverable as addressed and five emails sent to class members were returned to Rust as undeliverable. None of the five class members whose email was returned as undeliverable also had a U.S. Postal Service mailing returned as undeliverable.

6.     For any notices that were returned to Rust by the U.S. Postal Service as undeliverable, Rust either received a forwarding address from the U.S. Postal Service or made additional attempts to locate alternate addresses for those class members. Rust also received updated addresses for several class members from the United States. As of the date of this declaration, Rust and/or the United States

identified alternate mailing addresses for all class members whose mailings were returned as undeliverable. Rust re-sent the Notice Documents to any alternate addresses identified, pursuant to paragraph 19 of the Decree.

7.     For each of the 202 applicants who were sent notice by first-class mail and email, at least one form of notice was not returned as undeliverable.

8.     On May 28, 2024, Rust established a publicly accessible website (www.cobbcountyfiresettlement.com) dedicated to distributing information relating to the settlement of this lawsuit ("Settlement Website"). The Settlement Website allows users to view and download the Decree, an objection form and instructions for filing an objection, answers to frequently asked questions, and contact information for Rust.

9.     The Settlement Website's web address, as well as a toll-free telephone number and email address that could be used to obtain information about the Decree from Rust, was included on the Notice.

10.     As of the date of this declaration, Rust has received seven objection forms. All seven objection forms were submitted by class members and were submitted prior to the July 29, 2024 deadline for submitting objections. As explained next, however, six of the seven individuals who submitted these forms subsequently confirmed that they submitted the form by mistake and did not intend to object to entry of the Decree.   We have not received a response from the seventh individual.

11.     A true and correct copy of the objection form submitted by the class member assigned Claimant ID # 349 is attached hereto as Exhibit 2. Under "basis of my objection," the class member indicated that they felt they were unlawfully discriminated against, but did not provide a reason for objecting to the Decree. At the request of the United States, Rust contacted Claimant # 349 to ask their intentions. On June 4, 2024, Rust received an email from Claimant # 349, which stated that they intended to participate in the settlement. A true and correct copy of that email is attached hereto as Exhibit 2.

12.     A true and correct copy of the objection form submitted by the class member assigned Claimant ID # 11457 is attached hereto as Exhibit 3. Under "basis of my objection" the class member states that they have applied for the position four times and have passed the test each time. The form indicates no basis to object to the Decree. At the request of the United States, Rust contacted Claimant # 11457 to ask their intentions.  On August 2, 2024, Rust received an email from Claimant # 11457 which states that they do not object to the settlement. A true and correct copy of that email is attached hereto as Exhibit 3.

13.     A true and correct copy of the objection form submitted by the class member assigned Claimant ID # 10023 is attached hereto as Exhibit 4. Under "basis of my objection," the class member states that they were told that they were not reached based on their written score on the ACCUPLACER. The form indicates no

basis to object to the Decree. On July 26, 2024, Rust received an email from Claimant # 10023, which stated that they did not intend to object to the Decree. A true and correct copy of that email is attached hereto as Exhibit 4.

14.    A true and correct copy of the objection form submitted by the class member assigned Claimant ID # 11303 is attached hereto as Exhibit 5. Nothing is written under "basis of my objection." At the request of the United States, Rust contacted this class member by email to confirm whether they are intending to object to the settlement. The class member clarified that they want to be included in the lawsuit. Accordingly, Rust confirmed with the class member that Rust will consider the objection to be submitted in error. A true and correct copy of Rust's email exchange with Claimant # 11303 is attached hereto as Exhibit 5.

15.    A true and correct copy of the objection form submitted by the class member assigned Claimant ID # 10184 is attached hereto as Exhibit 6. Under "basis of my objection" the class member wrote "unfair hiring practice[es]." The form indicates no basis to object to the Decree. At the request of the United States, Rust contacted this class member by email and telephone to confirm whether they are intending to object to the settlement. On August 14, 2024, Rust received an email from Claimant # 10184, which stated that they did not intend to object to the Decree. A true and correct copy of that email is attached hereto as Exhibit 6.

16.    A true and correct copy of the objection form submitted by the class member assigned Claimant ID # 106 is attached hereto as Exhibit 7. Under the "basis of my objection," the class member wrote that after applying and being denied despite extensive training and years of fire service they entered the police force and continue to serve as an officer. At the request of the United States, Rust contacted this class member to confirm whether they are intending to object to the settlement. The class member clarified that they want to participate in the lawsuit. Accordingly, Rust confirmed with the class member that Rust will consider the objection to be submitted in error. A true and correct copy of Rust's email exchange with Claimant # 11303 is attached hereto as Exhibit 7.

17.    A true and correct copy of the objection form submitted by the class member assigned Claimant ID # 284 is attached hereto as Exhibit 8. Under the "basis of my objection," the class member wrote that they were denied solely based on the credit check. The form indicates no basis to object to the Decree.  At the request of the United States, Rust contacted this class member by email and telephone to confirm whether they are intending to object to the settlement. As of this date, Rust has not received a response to this outreach.

18.    Based on the above, Rust confirmed that six of the seven individuals who submitted objection forms are interested in participating in the settlement and

6

did not intend to object to the settlement and the remaining objection form received appears to have been submitted in error.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on 15th of August, 2024.

_____
Sara Schwermer-Sween

# EXHIBIT 1

COBB COUNTY CONSENT DECREE TEAM
C/O RUST CONSULTING INC - 8644
PO BOX 2396
FARIBAULT MN 55021-9096

**IMPORTANT LEGAL MATERIALS**



‖ ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ - UAA - 1
* 0 0 0 0 0 1 1 1 5 0 *

MABLETON GA 30126-5441

## NOTICE OF SETTLEMENT & FAIRNESS HEARING

*A court approved this notice. This is <u>not</u> an advertisement from a lawyer.*

- The United States of America has sued Cobb County, Georgia alleging that the Cobb County Fire Department's ("CCFD") use of a written exam and a credit check for hiring firefighters had an unintentional disparate impact on African-American applicants for firefighter positions from 2016 to 2020.

- The United States and Cobb County have voluntarily entered into a Consent Decree that fully resolves this complaint.

- CCFD discontinued use of the ACCUPLACER exam as a rank-order selection device in 2020 and has not used a credit check to screen out candidates since 2020.

- As part of the Consent Decree, Cobb County has agreed to provide monetary and other relief to individuals who may have been eligible for employment as firefighters if not for the challenged practices. Individuals who meet the following criteria and submit all the necessary forms by the applicable deadlines *may* be eligible for relief:

  - Applicants who identified as African American when applying to be a firefighter with CCFD and either (1) passed the ACCUPLACER examination in 2020 but scored below 89.22 percent; or (2) were removed from the firefighter selection process solely due to the credit check at any time from 2016 to 2020 and were not otherwise disqualified for the firefighter position.

- Individuals who do not fall into these categories are <u>not</u> eligible for relief.

---

- **The Consent Decree can be viewed at www.cobbcountyfiresettlement.com**
- **If you wish to object to the Consent Decree, you must follow the enclosed instructions and return the objection form by July 29, 2024.**
- **Objections to the Consent Decree will be considered by the District Court at a Fairness Hearing on August 26, 2024.**

---

**Read this notice carefully**, as your rights may be affected by the terms of the Consent Decree.

---

### 1.   What is this lawsuit about?

In its lawsuit, the United States alleges that Cobb County's use of a credit check from 2016 to 2020 and use of scores on the ACCUPLACER examination to rank order applicants in 2020 resulted in an impermissible adverse impact on African-American applicants for CCFD firefighter positions in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a). The United States further alleges that these screening devices are not sufficiently job related or consistent with business necessity. The United States does not allege that the County intentionally discriminated against any person or group of persons. The County denies that it has discriminated against any person or any group of persons in any way.

In the interest of resolving this matter and promoting the purposes of Title VII, the United States and the County have voluntarily entered into a Consent Decree. The District Court must decide if the terms of the Consent Decree are fair, reasonable, adequate, and otherwise consistent with federal law. To do so, the Court will hold a "Fairness Hearing," at which time the Court will hear and consider any objections to the terms of the Consent Decree. This Consent Decree is publicly available on the U.S. Department of Justice's website at http://www.justice.gov/crt/case-document/consent-decree-united-states-v-cobb-county-georgia and on the claims administrator's website at www.cobbcountyfiresettlement.com.

### 2.   Why did I get this notice?

You received this notice because your rights or legal interests might be affected by implementation of the relief in the Consent Decree. This notice summarizes that relief and explains how you may object to it, if you wish to do so. The District Court will consider all objections before any individuals who were impacted by the County's challenged practices will be offered relief.

### 3.   What forms of individual relief are available to individuals who were impacted by the County's challenged practices?

The Consent Decree describes the relief that will be available to the individuals impacted by the County's practices that were the subject of this lawsuit.

- **If you identified as African American when applying to be a firefighter and you were affected by the disputed screening devices, you may be entitled to:**

  - **Monetary relief** to make up for some of the wages lost due to the County's disputed screening devices that were the subject of this lawsuit. Specifically, the County has agreed to provide $750,000 in monetary relief to be allocated and distributed among eligible claimants.

  - **Consideration** for a position as a firefighter with CCFD. The County has agreed to fill up to 16 firefighter positions with applicants disqualified by the disputed screening devices. To be hired, each individual must meet the minimum qualifications and meet other selection requirements.

    - **The individuals selected by the County for a position will receive the following components of retroactive seniority:** CCFD will use the date that the individual would have started at the fire academy if he or she had not been disqualified by one of the challenged practices for calculating the rate of pay, accrual of annual leave and any other leave accrued based on seniority, determinations for layoffs/reductions in work force, and recall from layoffs/reductions in work force. This retroactive seniority may not be used to satisfy any applicable probationary periods or any time-in-grade minimums required to be eligible for promotions, or for purposes of calculating pension benefits.

### 4.   Will African-American applicants automatically be eligible to receive individual relief?

No. Only African-American applicants who were disqualified for a firefighter position by the County's use of the disputed screening devices and otherwise met the minimum qualifications for employment may be eligible to receive relief. African-American applicants who were not hired for reasons unrelated to the disputed screening devices will not be eligible to receive relief.

### 5.   How do I object to the Consent Decree?

You have the right to submit a written objection to any of the terms of the Consent Decree that you believe are unfair, unreasonable, inadequate, inequitable, or unlawful. Instructions for filing an objection are enclosed with this notice. **Making an objection is voluntary, but if you have objections and do not object at this time, you may be prohibited from challenging the Consent Decree in the future.** Any written objections must be submitted to the Claims Administrator, as described in the enclosed instructions, no later than July 29, 2024.

You also have the right to attend the Fairness Hearing, at which time the District Court will decide whether to enter the Consent Decree as final. The Fairness Hearing will be held on August 26, 2024 at 3:00 p.m. at the Richard B. Russell Federal Building and United States Courthouse, 2211 United States Courthouse, Courtroom 1705, 75 Ted Turner Drive SW, Atlanta, GA 30303.

COBB COUNTY CONSENT DECREE TEAM
C/O RUST CONSULTING INC - 8644
PO BOX 2396
FARIBAULT MN 55021-9096

**IMPORTANT LEGAL MATERIALS**



‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ -1
**\* 0 0 0 0 0 1 1 1 5 0 \***

▮▮▮▮▮▮▮▮▮▮▮▮

MABLETON GA 30126-5441

# OBJECTION TO THE CONSENT DECREE

**INSTRUCTIONS FOR FILING AN OBJECTION PRIOR TO THE FAIRNESS HEARING**

1.  **Making an objection is voluntary, but if you have objections and do not object at this time, you will not be able to oppose the terms of the Consent Decree in the future without good cause.** If you decide to object, follow the instructions on this page. If you object, the District Court will consider your objection before deciding whether to enter or amend the Consent Decree.

2.  All objections must be made in writing. Your objection should be made on the attached objection form, which must be filled out completely. You must include a description of the basis of your objection. If you have retained an attorney to assist you in this matter, you must include the name, address, phone number, and e-mail address of your attorney. You may attach additional pages to the objection form if necessary. If your objection is sent by email, you must use this form and send it as an attachment. **Objections made in the body of the email itself will not be considered.**

3.  All objections must be sent via e-mail or sent by U.S. mail and postmarked no later than July 29, 2024. If your objection is not e-mailed or postmarked by this date, your objection may not be considered, and you may be prohibited from objecting later.

4.  Submit your objection either:

    a.  By U.S. mail to the following address:

        Cobb County Consent Decree Team
        c/o Rust Consulting, Inc. - 8644
        PO Box 2396
        Faribault, MN 55021-9096

    b.  By e-mail to info@cobbcountyfiresettlement.com

    c.  Online at www.cobbcountyfiresettlement.com

5.  The District Court will hold a Fairness Hearing on August 26, 2024, at  3:00 p.m.. You may attend this hearing if you wish, but you do not need to attend to have the District Court consider any written objections that you choose to submit.

6.  If you have any questions regarding your decision to submit an objection, you may consult with an attorney of your own choosing and at your own expense. If you have any questions concerning the procedure to submit an objection, you may consult with your own attorney or call the Claims Administrator at (877) 294-7054. You may also consult www.cobbcountyfiresettlement.com for additional information.





```
* 0 0 0 0 0 1 1 1 5 0 *
```

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Civil Action No.: 1:24-cv-02010-WMR-JEM |
| COBB COUNTY, GEORGIA | |
| Defendant. | |

**OBJECTION TO THE CONSENT DECREE**

I object to the Consent Decree between the United States and Cobb County, Georgia.

Name: _____

Street Address: _____

City/State/Zip Code: _____

Telephone: ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

Email address: _____

Attorney's name (if any): _____

Attorney's address: _____

Attorney's telephone: ( ____ ____ ____ ) ____ ____ ____ - ____ ____ ____ ____

Basis of my objection: _____

_____

_____

_____

_____

You may attach additional pages to explain the reason for your objection, if necessary.

Are you requesting the opportunity for you (or your attorney, if you have one), to speak in person at the Fairness Hearing?

☐ Yes   ☐ No

**You must send your objection to the Claims Administrator at the address provided in the instructions.**

**YOUR OBJECTION MUST BE POSTMARKED BY JULY 29, 2024 OR TIME STAMPED BY EMAIL BY 11:59 PM EASTERN TIME ON JULY 29, 2024.**

# EXHIBIT 2



*000000349*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

    v.

COBB COUNTY, GEORGIA

        Defendant.

Civil Action No.: 1:24-cv-02010-WMR-JEM

| **OBJECTION TO THE CONSENT DECREE** |
| --- |

I object to the Consent Decree between the United States and Cobb County, Georgia.

Name: _____ Claimant ID 349

Street Address: _____)

City/State/Zip Code: Mableton, GA 30126

Telephone: ( _____ ) ___ ___

Email address: _____

Attorney's name (if any): TBA

Attorney's address: TBA

Attorney's telephone: ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

Basis of my objection: My objection is under the basis of being eligible after I passed the ACCUPLACER in mid September of 2020 and passed the PAT (physical agility test) twice. I am an African American female and an Army Veteran. Additionally, I felt I was unlawfully discriminated against based on my age and gender.

You may attach additional pages to explain the reason for your objection, if necessary.

Are you requesting the opportunity for you (or your attorney, if you have one), to speak in person at the Fairness Hearing?

☑ Yes ☐ No

You must send your objection to the Claims Administrator at the address provided in the instructions.

**YOUR OBJECTION MUST BE POSTMARKED BY JULY 29, 2024 OR TIME STAMPED BY EMAIL BY 11:59 PM EASTERN TIME ON JULY 29, 2024.**

**cobbcountyfiresettlement**
<info@cobbcountyfiresettlement.com>
Jun 4, 2024, 2:41:51 PM

Claimant ID 349

to cobbcountyfiresettlement, ███████

Hi ███████

We provided your objection form to the Department of Justice and they asked us to inquire if you are intending to object to the settlement.  It appears based on your statement and the data we received from the agency, that you are an eligible participant in the settlement.  Was your statement intended to inquire about participating or because you take issue with the Consent Decree?

If you are intending to participate, additional information will be sent out after the settlement is approved to opt-in to the settlement.  The Department of Justice has asked us to confirm with you in writing if you wish to withhold your objection.  If you are intending to object to the Settlement and challenge its approval by the Court, we'll inform the agency accordingly.

Thank you,

Cobb County Fire Settlement Administrator

On Wednesday, May 29, 2024 at 3:07:35 PM UTC-5 ███████ wrote:

Jun 4, 2024, 10:59:01 PM

to cobbcountyfiresettlement

Good evening,
My statement was intended to participate in the settlement as an eligible participant.

Thank you,

Sent from my iPhone

# EXHIBIT 3



\* 0 0 0 0 0 1 1 4 5 7 \*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA
              Plaintiff,

      v.

COBB COUNTY, GEORGIA
              Defendant.   Tomars watson

Civil Action No.: 1:24-cv-02010-WMR-JEM

### OBJECTION TO THE CONSENT DECREE

I object to the Consent Decree between the United States and Cobb County, Georgia.

Claimant ID 11457

Name: _____

Street Address: _____

City/State/Zip Code: **Atlanta, ga, 30344**

Telephone: (_____

Email address: _____

Attorney's name (if any): _____

Attorney's address: _____

Attorney's telephone: (____ ___ ___) ___ ___ ___ - ___ ___ ___ ___

Basis of my objection: **Im a black African American male.**
**I've applied for the position 4 times each time pass**
**The test also did the physical exam an pass each time**
**Always receive a try again in some months.**
I've feel like I wasn't treated fairly in the whole process.

You may attach additional pages to explain the reason for your objection, if necessary.

Are you requesting the opportunity for you (or your attorney, if you have one), to speak in person at the Fairness Hearing?

☐ Yes   ☒ No

You must send your objection to the Claims Administrator at the address provided in the instructions.

**YOUR OBJECTION MUST BE POSTMARKED BY JULY 29, 2024 OR TIME STAMPED BY EMAIL BY 11:59 PM EASTERN TIME ON JULY 29, 2024.**

Claimant ID 11457

unread,

Aug 2, 2024, 6:18:13 PM (4 days ago)

☐

☐

☐

to cobbcountyfiresettlement

Hey no I do not object my eligibility towards the settlement
Sent from my iPhone

# EXHIBIT 4



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA
        Plaintiff,

v.

COBB COUNTY, GEORGIA
        Defendant.

Civil Action No.: 1:24-cv-02010-WMR-JEM

---

| OBJECTION TO THE CONSENT DECREE |
| --- |

I object to the Consent Decree between the United States and Cobb County, Georgia.

Claimant ID 10023

Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Street Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓

City/State/Zip Code: Austell / GA / 30168

Telephone: (▓▓▓▓▓▓▓▓▓

Email address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Attorney's name (if any): _____

Attorney's address: _____

Attorney's telephone: ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

Basis of my objection: I Received an email stating that my written
Score on the accuplacer Had not been Reached. I assume that
means my test Score was too low and hadn't been Reached and
DPS Recruiting had already met their hire requirements

You may attach additional pages to explain the reason for your objection, if necessary.

Are you requesting the opportunity for you (or your attorney, if you have one), to speak in person at the Fairness Hearing?

☑ Yes  ☐ No

You must send your objection to the Claims Administrator at the address provided in the instructions.

**YOUR OBJECTION MUST BE POSTMARKED BY JULY 29, 2024 OR TIME STAMPED BY EMAIL BY 11:59 PM EASTERN TIME ON JULY 29, 2024.**

Claimant ID 10023                              -

██████████████████

██████████████████

unread,

Jul 26, 2024, 9:55:43 PM (7 days ago)

☐

☐

☐

to info@cobbcountyfiresettlement.com

I was told to send an email to clarify that I DO NOT want to object to the settlement. My name is
██████████████ .

# EXHIBIT 5





3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA

        Plaintiff,

       v.

COBB COUNTY, GEORGIA

        Defendant.

Civil Action No.: 1:24-cv-02010-WMR-JEM

---

**OBJECTION TO THE CONSENT DECREE**

I object to the Consent Decree between the United States and Cobb County, Georgia.

Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮    Claimant ID 11303

Street Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

City/State/Zip Code: _LAWRENCEVILLE, GA 30046_

Telephone: ( ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Email address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Attorney's name (if any): _____

Attorney's address: _____

Attorney's telephone: ( ____ ____ ____) ____ ____ ____ - ____ ____ ____ ____

Basis of my objection: _____

_____

_____

_____

You may attach additional pages to explain the reason for your objection, if necessary.

Are you requesting the opportunity for you (or your attorney, if you have one), to speak in person at the Fairness Hearing?

☐ Yes   ☑ No

You must send your objection to the Claims Administrator at the address provided in the instructions.

**YOUR OBJECTION MUST BE POSTMARKED BY JULY 29, 2024 OR TIME STAMPED BY EMAIL BY 11:59 PM EASTERN TIME ON JULY 29, 2024.**

unread,

9:03 AM (1 hour ago)

Claimant ID 11303

to cobbcountyfiresettlement

I am NOT withdrawing and want to be included in the lawsuit.

Sent from Yahoo Mail for iPhone

On Monday, July 22, 2024, 8:59 AM, cobbcountyfiresettlement <info@cobbcountyfiresettlement.com> wrote:

Thanks for confirming that you wish to withdraw your objection to the settlement.  We will alert the DOJ to ignore it as submitted in error.  At this time, you do not need to perform any additional steps.  Once the settlement is approved by the Court we will be sending interest forms for you to express your interest in being part of the settlement.  We'll send those out via mail and email so please just keep your contact information updated should you move or change email addresses.

Thank you,

Cobb County Fire Settlement Administrator

On Sunday, July 21, 2024 at 7:41:18 PM UTC-5                    wrote:

Yes I want to be part of the lawsuit, is there anything else I need to do?

Sent from Yahoo Mail for iPhone

On Tuesday, July 9, 2024, 5:37 PM, cobbcountyfiresettlement <info@cobbcountyfiresettlement.com> wrote:

Hi          ,

We provided your objection form to the Department of Justice and they asked us to inquire if you are intending to object to the settlement.  It appears based on your statement and the data we received from the agency, that you are an eligible participant in the settlement.  Was your statement intended to inquire about participating or because you take issue with the Consent Decree?

If you are intending to participate, additional information will be sent out after the settlement is approved to opt-in to the settlement.  The Department of Justice has asked us to confirm with you in writing if you wish to withhold your objection.  If you are intending to object to the Settlement and challenge its approval by the Court, we'll inform the agency accordingly.

Thank you,

Cobb County Fire Settlement Administrator

☐ Reply all

☐ Reply to author

☐ Forward

# EXHIBIT 6



* 0 0 0 0 0 1 0 1 8 4 *

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.                                                   Civil Action No.: 1:24-cv-02010-WMR-JEM

COBB COUNTY, GEORGIA

Defendant.

| OBJECTION TO THE CONSENT DECREE |
| --- |

I object to the Consent Decree between the United States and Cobb County, Georgia.

Claimant ID 10184

Name: ▮▮▮▮▮▮▮▮▮▮

Street Address: ▮▮▮▮▮▮▮▮▮▮

City/State/Zip Code: __MnAMI SHoRES, FL  33168__

Telephone: (▮▮▮▮▮▮▮▮▮

Email address: ▮▮▮▮▮▮▮▮▮▮

Attorney's name (if any): _____

Attorney's address: _____

Attorney's telephone: ( ___ ___ ___ ) ___ ___ ___ - ___ ___ ___ ___

Basis of my objection: __UnFair Hiring Practicing__

_____

_____

_____

You may attach additional pages to explain the reason for your objection, if necessary.

Are you requesting the opportunity for you (or your attorney, if you have one), to speak in person at the Fairness Hearing?

☐ Yes   ☑ No

You must send your objection to the Claims Administrator at the address provided in the instructions.

YOUR OBJECTION MUST BE POSTMARKED BY JULY 29, 2024 OR TIME STAMPED BY EMAIL BY 11:59 PM EASTERN TIME ON JULY 29, 2024.

Claimant ID 10184

unread,

Aug 14, 2024, 8:12:30 AM (yesterday)

to Info@cobbcountyfiresettlement.com

Good morning I was notified that sent in an objection which was not my intention. I want to to go forward with the settlement process.

# EXHIBIT 7



*000000106*

*106*



8

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

  v.

COBB COUNTY, GEORGIA

      Defendant.

Civil Action No.: 1:24-cv-02010-WMR-JEM

---

| OBJECTION TO THE CONSENT DECREE |
|---|

I object to the Consent Decree between the United States and Cobb County, Georgia.

Claimant ID 106

Name: ▬▬▬▬▬▬▬▬

Street Address: ▬▬▬▬▬▬▬▬

City/State/Zip Code: _Decatur , GA   30034_

Telephone: (▬▬▬▬▬▬▬▬

Email address: ▬▬▬▬▬▬▬▬

Attorney's name (if any): _____

Attorney's address: _____

Attorney's telephone: ( ___ ___ ___ ) ___ ___ - ___ ___ ___ ___

Basis of my objection: _When I applied back in 2016 and eventually being denied, I ended up leaving the fire service. I had extensive training and several prior years of service. After the rejection I ended up joining the police dept. I am still an officer but after the denial, my hopes and dreams of being with a bigger agency were shattered._

You may attach additional pages to explain the reason for your objection, if necessary.

Are you requesting the opportunity for you (or your attorney, if you have one), to speak in person at the Fairness Hearing?

☐ Yes  ☑ No

You must send your objection to the Claims Administrator at the address provided in the instructions.

YOUR OBJECTION MUST BE POSTMARKED BY JULY 29, 2024 OR TIME STAMPED BY EMAIL BY 11:59 PM EASTERN TIME ON JULY 29, 2024.



*0BJ*

# Re: Settlement

Inbox

Search for all messages with label Inbox

Remove label Inbox from this conversation

 Claimant ID 106

**via cobbcountyfiresettlement <info@cobbcountyfiresettlement.com>**  (about an hour ago)

to cobbcountyfiresettlement

I want to participate.

Sent from my iPhone

# EXHIBIT 8



Scanned Document 2024-07-28 at 6.29.57 PM

284

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

     Plaintiff,

     v.

COBB COUNTY, GEORGIA

     Defendant.

Civil Action No.: 1:24-cv-02010-WMR-JEM

### OBJECTION TO THE CONSENT DECREE

I object to the Consent Decree between the United States and Cobb County, Georgia.

Claimant ID 284

Name: _____

Street Address: _____

City/State/Zip Code: _Atlanta,   GA    30360_

Telephone: ( _____

Email address: _____

Attorney's name (if any): _____

Attorney's address: _____

Attorney's telephone: ( _____ ) _____ - _____

Basis of my objection: _When I applied for the CCFD around the year 2010,_
_I was immediately notified that I did not qualify solely_
_for the reason of the credit check._

You may attach additional pages to explain the reason for your objection, if necessary.

Are you requesting the opportunity for you (or your attorney, if you have one), to speak in person at the Fairness Hearing?

☐ Yes   ☐ No

You must send your objection to the Claims Administrator at the address provided in the instructions.

YOUR OBJECTION MUST BE POSTMARKED BY JULY 29, 2024 OR TIME STAMPED BY EMAIL BY 11:59 PM EASTERN TIME ON JULY 29, 2024.

Page 2 of 2