# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:24-cv-02010-WMR-JEM |
| ) | |
| COBB COUNTY, GEORGIA, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF WILLIAM JOHNSON

I, William Johnson, declare as follows:

1. I am the Chief of the Cobb County Fire Department. In my role as Fire Chief, I have knowledge of the efforts taken by the Cobb County Fire Department to comply with the notice provisions set forth in the Consent Decree. This declaration is based on my personal knowledge. If called on to do so, I could and would testify competently about the statements in this declaration.

2. As required by paragraph 20 of the Consent Decree, on May 29, 2024 (90 days before the August 26, 2024, fairness hearing), a Notice of Settlement and the Fairness Hearing on the Terms of the Decree, in a format materially the same as set forth in Appendix B to the Consent Decree was posted on bulletin boards at CCFD stations and on CCFD's intranet. The notice has remained posted since that

date and will remain posted for a period of 90 days as required by paragraph 20 of the Consent decree.

3. CCFD's intranet is where announcements to CCFD personnel are typically posted.

4. A true and correct copy of the posted notice is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __13__ of August, 2024.

William Johnson

# EXHIBIT 1



May 29, 2024

# Former applicants for firefighter positions in Cobb County may be eligible for back pay and priority hiring relief.

On May 9, 2024, the United States and Cobb County, Georgia ("Defendant") asked the Court to approve and enter a Consent Decree that, if approved, will resolve a lawsuit brought by the United States in the U.S. District Court for the Northern District of Georgia.

## WHAT IS THIS CASE ABOUT?

The lawsuit alleges that the Cobb County Fire Department's (CCFD's) use of the following screening devices for hiring firefighters had an unintentional disparate impact on African-American applicants:

- the ACCUPLACER written exam as a rank-order selection device in 2020; and
- a credit check from 2016 to 2020.

## WHAT IS INCLUDED IN THE CONSENT DECREE?

As part of the proposed Consent Decree, Defendant will:

- Pay $750,000. This amount will be allocated and distributed among individuals disqualified by the challenged practices who submit claims by the required deadlines;
- Hire up to 16 firefighters from the group of prior applicants disqualified by the challenged practices;
- Not resume using scores on the ACCUPLACER written exam to rank firefighter candidates; and
- Not resume using a credit check in screening firefighter candidates.

## HOW CAN I OBJECT TO THE CONSENT DECREE?

**If you wish to object to the Consent Decree, you must submit an objection by July 29, 2024.**

- Instructions for filing an objection can be obtained at www.cobbcountyfiresettlement.com [https://cobbcountyfiresettlement.com/Home/portalid/0].

- If you do not object in writing by this date, you may be prohibited from taking any action against this Consent Decree in the future.

## AM I ELIGIBLE FOR RELIEF?

If you identified as an African American when applying to be a CCFD firefighter, and you either passed the ACCUPLACER exam in 2020 but scored below 89.22 percent or were eliminated from consideration based on the credit check at any time from 2016 to 2020, you may be eligible for money and/or a priority hire position as a CCFD firefighter, and you will be sent a notice about the process for submitting a claim for relief.

The individuals selected for a firefighter position will receive certain components of retroactive seniority, which means that CCFD will use the date that the individual would have started at the fire academy if he or she had not been disqualified by one of the challenged practices for calculating the rate of pay, accrual of annual leave and any other leave accrued based on seniority, and determinations for layoffs/reductions in work force and recalls from layoffs/reductions in work force.

## HAS THE CONSENT DECREE BEEN APPROVED BY THE COURT?

The Consent Decree has been provisionally entered by the Court. **The Court will hold a Fairness Hearing on August 26, 2024, at 3:00 p.m.** before Judge William M. Ray, II to hear objections and determine whether to fully approve all of the terms of the Consent Decree.

You have the right to attend the hearing. It will be held at the Richard B. Russell Federal Building and United States Courthouse, 2211 United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303.

\* \* \*

Visit www.cobbcountyfiresettlement.com [https://www.cobbcountyfiresettlement.com/Home/portalid/0] for more information.

**Please do not contact the court for information about this lawsuit.**