# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:24-cv-02010-WMR-JEM |
| ) | |
| COBB COUNTY, GEORGIA, ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF PAMELA L. JACKSON**

I, Pamela L. Jackson, declare as follows:

1. I am a Public Affairs Assistant employed as a contractor with the United States Attorney's Office for the Northern District of Georgia ("USAO"). In my role as Public Affairs Assistant, I have knowledge of the efforts taken by the USAO to comply with the notice provisions set forth in the Consent Decree. This declaration is based on my personal knowledge. If called on to do so, I could and would testify competently about the statements in this declaration.

2. Pursuant to the Consent Decree, I took steps to publish notice of the Decree in the Marietta Daily Journal on Friday, June 21, 2024 and Friday, June 28, 2024. The notice was included in the daily print edition as well as online for the aforementioned dates.

1

3. A true and correct copy of the published notice is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 5th of August, 2024.

_____
PAMELA L. JACKSON

# EXHIBIT 1

# THE PUBLIC RECORD

*"Information is the currency of democracy."* — Thomas Jefferson

**INDEX**
- 8000 .... Legals
- 8002 .... Local Legislation
- 8007 .... Clerk of Superior Court
- 8020 .... Service/Construction Bids
- 8025 .... Debtors and Creditors
- 8030 .... Divorce
- 8045 .... Sheriff's Levy
- 8055 .... Incorporation
- 8065 .... Planning Commission
- 8070 .... Probate
- 8075 .... Foreclosures
- 8077 .... Tax Notice
- 8080 .... DUI
- 8082 .... Domestic Violence
- 8085 .... Sex Offenders

**Sheriff** Craig Owens 770-499-4600
**Probate Judge** Kelli Wolk 770-528-1900
**Clerk of Superior Court** Connie Taylor 770-528-1300

EMAIL your legals to mdjlegals@mdjonline.com
-or-
BRING your legals to 47 Waddell Street, Marietta, Ga. 30060

**DEADLINES:** The deadline for legal advertising copy is Tuesday at noon preceeding the first Friday the ad is to appear. The deadline for foreclosure advertising is Friday at noon preceeding the first Friday in the 4-week cycle for foreclosure advertising.

View this week's legal advertising online at www.mdjonline.com >>> click "Legals" on the top menu bar.

View Legal & Public Notices for all 159 Georgia Counties at GeorgiaPublicNotice.com

**7999 LEGALS**

**8000 Miscellaneous Legals**

**MDJ-4551 GPN-14**
IN THE JUVENILE COURT OF COBB COUNTY STATE OF GEORGIA
IN THE INTEREST OF: CHORNAIY WILKINS
A minor child under 18 years of age
Juvenile File No.: 24CV042307
To: Lila Rath-Wilkins Cambodia
You are hereby notified that on or about February 26, 2024, the above-named Petitioner filed suit against you a Petition for Dependency and Permanent Guardianship.
You are required to file with the Clerk of Juvenile Court, and to serve upon the Plaintiff's attorney whose name and address is:
John Evans, Esq
4780 Ashford Dunwoody Rd.
Suite 540 Box 611
Atlanta, GA 30338
an answer to Petitioner's Petition for Dependency and Permanent Guardianship, in writing, within sixty (60) days of the date of the order for publication.
Respectfully Submitted this the 8 day of February 20224.
/s/ John Evans
John Evans, Esq.
Georgia Bar No.: 479075
Jaffe Family Law, LLC
4780 Ashford Dunwoody Rd.
Suite 540 Box 611
Atlanta, GA 30338
(678) 595-9885
John@atlantatrialawyersgroup.com
5:31; 6:7,14,21-2024

**MDJ-4695 GPN-11**
**NOTICE OF BANK MERGER APPLICATION**
Notice is hereby given that application has been made by Ironman Unity Resources Group Inc, 1720 Powers Ferry Road, Marietta, Georgia 30067, to the Federal Deposit Insurance Corporation and the Georgia Department of Banking and Finance for approval of the merger of Ironman Unity Resources Group Inc with and into Bank of Lumber City, 21 Main Street, Lumber City, Georgia 31549 (the "Bank"). In connection with the Merger, the Bank will be renamed "Ironman Unity Bank" and its main office will be relocated from 21 Main Street, Lumber City, Telfair County, Georgia 31549 to 170 South Cobb Parkway, Marietta, Cobb County, Georgia 30060, to be temporarily located at 270 Cobb Parkway South, Suite #60, Marietta, Cobb County, Georgia 30060.
Any person wishing to comment on this application may file his or her comments in writing with the regional director of the Federal Deposit Insurance Corporation at the FDIC office located at 10 Tenth Street, NE, Suite 800, Atlanta, Georgia 30301-3906, or the Georgia Department of Banking and Finance, 2990 Brandywine Road, Suite 200, Atlanta, Georgia 30341-5565 not later than July 7, 2024. The nonconfidential portions of the application are on file at the appropriate FDIC office and are available for public inspection during regular business hours. Photocopies of the nonconfidential portion of the application file will be made available upon request.
6:17; 7:5-2024

**Mdj4802 gpn17**
**ABANDONED MOTOR VEHICLE ADVERTISEMENT NOTICE (REPAIR FACILITY)**
Vehicle Make: FORD Year: 2006 Model: F-150
Vehicle ID #: 1FTPW12V76KD78891 Vehicle License #: TEL3299 State: GA
Person who left vehicle at facility: LARRY DARNELL POPE
Any information relating to vehicle: 1711 TWIN BROOKS DR SE MARIETTA GA 30067
You are hereby notified, in accordance with OCGA 40-11-19 (b) (2), that the above-referenced vehicle is subject to a lien and a petition may be filed in court to foreclose a lien for all amounts owed. If the lien is foreclosed, a court shall order the sale of the vehicle to satisfy the debt.
The vehicle is currently located at 5392 FLOYD RD SW MABLETON GA 30126
Anyone with an ownership interest in this vehicle should contact the following business immediately:
Business Name: FLOYD RD COLLISION REPAIR
Address: 5392 FLOYD RD SW MABLETON GA 30126
Telephone #: 770-739-5300
6:14,21,2024

**Mdj4803 gpn17**
**ABANDONED MOTOR VEHICLE ADVERTISEMENT NOTICE (REPAIR FACILITY)**
Vehicle Make: KIA Year: 2019 Model: SORENTO
Vehicle ID #: 5XYPG4A59KG558504 Vehicle License #: RYF4533 State: GA
Person who left vehicle at facility: MARIETOU SABRIA CAMARA
Any information relating to vehicle: 84 CHASTAIN CIR NEWNAN GA 30263
You are hereby notified, in accordance with OCGA 40-11-19 (b) (2), that the above-referenced vehicle is subject to a lien and a petition may be filed in court to foreclose a lien for all amounts owed. If the lien is foreclosed, a court shall order the sale of the vehicle to satisfy the debt.
The vehicle is currently located at 5392 FLOYD RD SW MABLETON GA 30126
Anyone with an ownership interest in this vehicle should contact the following business immediately:
Business Name: FLOYD RD COLLISION REPAIR
Address: 5392 FLOYD RD SW MABLETON GA 30126
Telephone #: 770-739-5300
6:14,21,2024

**MDJ-4819 GPN-17**
CSS Transportation
4860 Martin Ct SE, 200
Smyrna, GA 30082
Phone: 770-538-1805
The following vehicles are being held for impound purposes. Please search for owner & lien holder information in all 50 states.
Year / Make / Color VIN Tag#
2020 Toyota Sienna Burgundy 5TDYZ3DC2LS056036 CNJ4778 GA
2017 Chevrolet Malibu Silver 1G1ZE5ST4HF193364 SAW3806 GA
2021 Nissan Sentra Gray 3N1AB8CV4MY289760 CYU6651 GA
2020 Honda CR-V Gray 5J6RE4H51BL102886 SCL9984 GA
2009 Nissan Altima Silver 1N4AL21E89N548818 SCK6464 GA
2018 Volkswagen Atlas Blue 1V2AP2CA0JC599271 CSA9483 GA
2010 Mercury Mariner Black 4M2CN8B7XAK201361 WUN558 GA
2007 Acura TL White 19UUA66207AZ082364 SEV3402 GA
2004 Acura RDX Gray 5J8TB185X8A003833 SDM5877 GA
2010 Kia Sorento Silver 5XYKG4L8MG037989 CYD9158 GA
1995 Ford F-150 Silver 1FTDF15Y5SN63172 N/A
2010 Nissan 350Z White JN1AZ34E83T010072 TDJ8890 GA
2015 Nissan Altima Black 1N4AL3AP1FC230037 TEG5220 GA
2012 Honda Civic White 2HGFB2F91CH506749 PS593474 GA
2012 Toyota Camry Silver 4T1BF1FK5CU120264 RPR6210 GA
2017 Kia Optima White 5XXGT4L38HG170121 CWF5514 GA
1991 Hooper Trailer Sides Trailer 4T0FB1822NM1002736 TU99Z35 GA
Honda Gold N/A N/A N/A N/A B61BDB NJ

**8000 Miscellaneous Legals**
2012 Nissan Murano Maroon JN8AZ1MW8CW217218 CUP3616 GA
2013 Honda CR-V Gray 2HKRM4H38DH655503 TFE1210 GA
2013 Kia Optima Gray 5XXGN4A78DG213014 XKR979 GA
1999 Toyota Camry Gold 4T1BG22KX-XU502818 RVM8108 GA
2011 Toyota Prius Gray JTDKN3DU5B0277206 QFH6183 GA
2021 Honda motorcycle/dirtbike Red JH2PE0735MK400878 N/A
2008 Lexus RX 350 White 2T2HK31U18C094287 TCN0124 GA
2010 Ford Fusion Black 3FAHP0JG6AR166797 SEZ3319 GA
2005 Ford Freestyle Silver 1F7ADK0218SG4A7188 SCU8369 GA
2006 Chevrolet TrailBlazer Burgundy 1GNDS13S06J143632 RSN9358 GA
2011 Volkswagen Jetta Black 3VWDX7AJ2BM316493 312BLKY TN
2009 Nissan cube Black JN8AZ28R49T110140 RXM473 GA
2019 Chevrolet Colorado Red 1GCGSCEN2K1110186 CPA8232 GA
2011 Honda Civic Blue 2HGFA1F52BH524900 CYX6016 GA
2002 Audi A6 Blue WAUL T58P2DM44419 PIT2308 GA
2011 Land Rover Range Rover Black SALMF1D4P8A3J04827 KSM3142 GA
2003 Ford Mustang White 1FAFP40463F374393 RLW7254 GA
2005 Honda Accord Black 1HGCM56A5XA159099 CPD7849 GA
2015 Jeep Grand Cherokee White 1C4RJFDJ2FC913764 SFK0490 GA
2011 Kia Soul Gray KNDJT2A27B7715777 N/A
2017 Hyundai ACCENT White KMHCT4AE1HU223239 TDM2264 GA
1991 Honda Accord Blue 1HGCB7268A0A00301 SDU0079 GA
2016 Chevrolet Camaro Black 1G1FH1R7BG0124528 SCU8705 GA
2001 Toyota Tacoma Black 5TEVL52N1X1277631 RYA4492 GA
2003 Honda Accord Silver 1HGCM56132A037171 TFP6522 GA
2008 Lincoln Navigator Black 5LMFU27598LJ21270 SBT0367 GA
2023 Dodge Charger Black 2C3CDXCT9PH700562 PS93870 GA
TEMP TAG GA
2008 Nissan Maxima Silver 1N4BA41E18C836570 REE1238 GA
2014 Volkswagen Passat Silver 1VWAS7A3J1EC065443 CAP6840 GA
2006 Chevrolet Silverado 1500 Black 1GCEC19X34Z258680 TFY3284 GA
2017 Chevrolet Malibu Black 1G1ZC5ST9HF183595 XYX259 GA
2011 BMW 3 Series White WBAPH7G50BNJ02009 N/A
2006 Chevrolet Equinox Red 2CNDL13F76620484O SEP4688 GA
2014 Kawasaki Ninja 300 ABS Black JKAEX8B11E0A00227 N/A
2018 Chevrolet Equinox Silver 2GNAXSEV7J6266373 CRD9507 GA
2006 Mercedes-Benz C-Class Silver WDBRF92H96F811667 TEMP TAG
2006 Pontiac Grand Prix White 2G2WP552561151365 RYF2615 GA
2014 Honda Accord Gray 1HGCR2F83EA042343 TBX694 GA
1998 Honda CR-V Black JHLRD1863WC063534 N/A
2019 Ford Transit White 1FTYR2CM1KKA87272 CQY4193 GA
2017 Chevrolet Express White 1GAZGPFF6H1279752 CJX9207 GA
2015 Ford Escape White 1FMCU0F72FUA27798 SCX8801 GA
2011 Kia Forte White KNAFU4A20B5365948 TAA1295 GA
Hyundai Sonata White N/A R1H7390 GA
2020 Dodge Journey Silver 3C4PDCAB0LT273144 CXZ5687 GA
White JTMWFREV6GJ067031
SCF6806 GA
2008 BMW 3 Series Blue WBANU53558C112072 173740 NE
2004 Ford Ranger White 2FADK3CK3A8B85310 SCY0786 GA
2017 Ford Fusion Hybrid White 3FA6P0LU8HR409725 RTC5838 GA
2008 Pontiac G6 Red 1G2ZH17N184223955 N/A
2021 Toyota Corolla Red JTDEP1AE4XMJ127230 CUA7658 GA
2009 Honda Accord Black 1HGCP36879A040589 KSV1092 NY
2019 Kia Sorento Black 5XYPG4A38KG594179 CYX5691 GA
6:14,21-2024

**MDJ-4823 GPN-14**
IN THE SUPERIOR COURT OF COBB COUNTY STATE OF GEORGIA
CLAUDINE TEETERS Petitioner,
versus
ANDREW BEDFORD, Respondent.
Civil Action File Number 24102817
**NOTICE OF PUBLICATION**
To: ANDREW BEDFORD
By Order for Service by Publication dated the 5th day of June 2024, you are hereby notified that on the 15th day of April 2024, the Petitioner filed suit against you for Declaratory Judgement Regarding Deed and Request for an Order That Can Be Filed In Lieu Of Deed. You are required to file with the Clerk of the Superior Court of Cobb County, and to serve upon Julia Spitler, Petitioner's Attorney, whose address is 3625 Brookside Parkway, Suite 130, Alpharetta, GA 30022 an answer to the complaint within thirty (30) days of the date of the first publication of notice.
WITNESS, the Honorable Angela Z. Brown, Judge of said Court. This 6th day of June. 2024.
Connie Taylor, Clerk of Court Superior Court of Cobb County
6:14,21,28; 7:5-2024

**MDJ-4828 GPN-17**
Notice of Abandoned Motor Vehicle
COBB COUNTY. It is (they are) presently located of 1602 OLD ATLANTA RD GRIFFIN GA 3023 in possession of S&P TOWING. Attempts to locate the owner have been unsuccessful. The vehicle is deemed abandoned under O.C.G.A. 40-11-2 and will be disposed of if not redeemed. This notice is given pursuant to Georgia Law.
Year Make Model Color VIN
2016 CHEVROLET CRUZE BLU 1G1PE5SB7G7174640
2004 FORD F150 TAN 1FTRF12W54N-B117246
2016 HYUNDAI SONATA GRY 5N-PE34AF1GH342416
6:14,21-2024

**MDJ-4832 GPN-14**
Former applicants for firefighter positions in Cobb County may be eligible for back pay and priority hiring relief.

On May 9, 2024, the United States and Cobb County, Georgia asked the Court to approve and enter a Consent Decree that, if approved, will resolve a lawsuit brought by the United States in the U.S. District Court for the Northern District of Georgia.
**WHAT IS THIS CASE ABOUT?**
The lawsuit alleged that the Cobb County Fire Department's (CCFD's) use of a methodology including screening devices for hiring firefighters had an unintentional disparate impact on African-American applicants:
- the ACCUPLACER written exam as a rank-order selection device in 2020; and
- a credit check from 2016 to 2020.
**WHAT IS INCLUDED IN THE CONSENT DECREE?**
As part of the proposed Consent Decree, Defendant will:
- Pay $750,000, to be allocated among individuals disqualified by the challenged practices who submit claims by the required deadlines;
- Hire up to 16 firefighters from the group of prior applicants disqualified by the challenged practices;
- Not resume using scores on the

ACCUPLACER written exam to rank firefighter candidates; and
- Not resume using a credit check to disqualify firefighter candidates.
**HOW CAN I OBJECT TO THE SETTLEMENT AGREEMENT?**
If you wish to object to the Consent Decree, you must submit an objection by July 29, 2024.
- Instructions for filing an objection can be obtained at www.cobbcountyfiresettlement.com.
- If you object to the Court entering the Consent Decree and do not object in writing by this date, you may be prohibited from taking any action against this Consent Decree in the future.
**AM I ELIGIBLE FOR RELIEF?**
If you identified as an African American when applying to be a CCFD firefighter, and you either passed the ACCUPLACER exam in 2020 but scored below 89.22 percent or were eliminated from consideration based on the credit check at any time from 2016 to 2020, you may be eligible for money and/or a priority hire position as a CCFD firefighter and you will be sent a notice about the process for submitting a claim for relief.
The individuals selected for a firefighter position will receive certain components of retroactive seniority, which means that CCFD will use the date that the individual would have started at the fire academy if he or she had not been disqualified by one of the challenged practices for calculating the rate of pay, accrual of annual leave and any other leave accrued based on seniority, and determinations for layoffs/reductions in work force and recalls from layoffs/reductions in work force.
**HAS THE CONSENT DECREE BEEN APPROVED BY THE COURT?**
The Consent Decree has been provisionally entered by the Court. The Court will hold a Fairness Hearing on **August 26, 2024, at 3:00 p.m. before Judge William Ray** to hear objections and determine whether to fully approve the terms of the Consent Decree. You have the right to attend the hearing. It will be held at the Richard B. Russell Federal Building and United States Courthouse, Courtroom 1705, 2211 United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303.
Visit www.cobbcountyfiresettlement.com for more information.
Please do not contact the court for information about this lawsuit.
6:21,28-2024

**MDJ-4841 GPN-17**
**NOTICE OF PUBLIC SALE**
Pursuant to O.C.G.A. Section 40-11-2 the following vehicles will be sold at Public Auction to the highest bidder. Auction will be held Wednesday, **July 17, 2024 at 3:00 pm** at Kennesaw Wrecker Service, 2615 S. Main St, Kennesaw, GA, 770-794-4372. Owner reserves the right to bid.
2002 Ford Mustang, VIN 1FAFP45X22F211130; 2022 RAM 1500, VIN 1C6RREBG7NN452050.
6:14,21-2024

**MDJ-4848 GPN-17**
**ABANDONED VEHICLES**
You are hereby notified, in accordance with OCGA 40-11-19 (a) (2), that each of the below-referenced vehicles are subject to a lien and a petition may be filed in court to foreclose a lien for all amounts owed. If the lien is foreclosed, a court shall order the sale of the vehicle to satisfy the debt. The vehicles are currently located at **2261 Dixie Ave, Smyrna Ga 30080**. The vehicles are identified as:
BUICK 2016 ENCORE KL4CJBSBXGB627365 CT19997 GA
CADILLAC 2016 ESCALADE 1GYS4BKJ2GR374883 CPB9795 GA
CHEVROLET 2005 EQUINOX 2CNDL13F6561603672 SFR2717 GA
CHEVROLET 2012 MALIBU 1G1ZA5EUXCF330405 NO TAG GA
CHEVROLET 2007 TAHOE 1GNFK13097J226655 SEQ6221 GA
CHRYSLER 2009 300 2C3LA53V7H527867 RPL4602 GA
FORD 1996 E-250 1FTHE24HXTHA71048 SCC3641 GA
FORD 2014 ESCAPE 1FMCU0J92EUB45350 CTJ1021 GA
FORD 2011 E-SERIES 1FBSS3BL8BDA44193 CPW2974 GA
INFINITI 2006 G35 JNKCV51FX6M612320 NO TAG GA
JEEP 2022 WRANGLER 1C4JJXSJ0NW223191 NO TAG GA
KIA 2016 FORTE KNAFK4A6XG592593 SBX1747 TX
MERCEDES BENZ 2021 GLC 4JGDA6JBXMA000996 CSG3199 GA
MERCURY 2003 GRAND MARQUIS 2MEFM75W03X249861 SEP4868 GA
MITSUBISHI 2001 ECLIPSE SPYDER 4A3AE85H61E042306 SER8944 GA
NISSAN 2011 ALTIMA 1N4AL2AP2BN469105 BRT8786 TN
NISSAN 2010 ARMADA 5N1BA0ND5AN619971 TDH1256 GA
TOYOTA 2012 COROLLA 5YFBU4EE8CP011895 NO TAG GA
Anyone with an ownership interest in any of these vehicles should contact the following business immediately:
**BARROW WRECKER SERVICE 2261 DIXIE AVE SMYRNA GA 30080 770-435-8945**
6:14,21-2024

**MDJ-4849 GPN-17**
**VEHICLE PETITIONS**
You are hereby notified, in accordance with OCGA 40-11-19.1, that petitions were filed in the Magistrate Court of Cobb County to foreclose liens against the vehicles listed below for all amounts owed. If a lien is foreclosed, the Court shall order the sale of the vehicle to satisfy the debt. The present location of the vehicles is: **2261 Dixie Ave SE, Smyrna GA 30080**.
Anyone with an ownership interest in a vehicle listed herein may file on answer to the petition on or before **MONDAY, JULY 8TH, 2024**.
Forms may be found in the Magistrate Court Clerks office located at **32 Waddell St Marietta Ga 30090.**
Forms may also be obtained online at www.georgiamagistratecouncil.com.
CADILLAC 2013 ATS 1G6AB5RA5D0142229 CVX1329 GA 24-L-01238
CHEVROLET 2009 MALIBU 1G1ZH57B29F135441 TAS0432 GA 24-L-01239
CHEVROLET 2015 SPARK KL8CD6S97FC738177 CFK3791 GA 24-L-01240
FORD 1980 E04 E04EHGG6291 NO TAG TN 24-L-01241
FORD 2013 EXPLORER 1FM5K7D87DGA40254 TBP2794 GA 24-L-01241
HONDA 2004 ACCORD 1HGCG32562A009917 MIE3015 MS 24-L-01242
HONDA 2017 CIVIC 19XFC2F55HE016803 NVR7854 GA 24-L-01243
HYUNDAI 2007 ELANTRA KMHDU46D27U209570 3DIAA FL 24-L-01249
INFINITI 2009 G37 SEDAN JNKCV61E69M309312 TFE4640 GA 24-L-01244
JEEP 2009 RENEGADE ZACNJABB4KP87356 GEC877 GA 24-L-01244

NISSAN 2020 ALTIMA 1N4BL4CV8LC171717 CXD3524 GA 24-L-01245
VOLKSWAGEN 2011 TIGUAN WVGBV7AX3BW518677 CBX4949 GA 24-L-01250
6:14,21-2024

**MDJ-4850 GPN-17**
**VEHICLE AUCTION**
IN ACCORDANCE WITH OCGA 40-11-2, THE FOLLOWING VEHICLES HAVE BEEN TOWED AND ARE PRESENTLY BEING STORED AT **BARROW WRECKER SERVICE, 2261 DIXIE AVENUE, SMYRNA, GEORGIA 30080, 770-435-8945,** AND WILL BE SOLD AT PUBLIC AUCTION **ON THURSDAY JUNE 27TH AT 11:00 AM**
2002 BUICK LESABRE 1G4HP54K02U172558
2008 CADILLAC CTS 1G6DF577580182826
2013 CHEVROLET CAMARO 2G1FB3D35D9104983
2004 CHEVROLET COLORADO 1GCCS1489482017680
2012 CHEVROLET CRUZE 1G1PF5SC2C7288111
2013 CHEVROLET CRUZE 1G1PA5SG07145637
2014 CHEVROLET CRUZE 1G1PC5SB8E7331918
2014 CHEVROLET EQUINOX 2GNALAEKXE6358692
2019 CHEVROLET EQUINOX 3GNAXKEV6KL6229160
2010 CHEVROLET HHR 3GNBAADBOA5603894
2000 CHEVROLET SILVERADO 1500 1GCEC14W4YE123767
2001 CHEVROLET SILVERADO 1500 2GCEC19W411187498
2005 CHEVROLET TRAILBLAZER 1GTDS13S452109790
2007 CHRYSLER PT CRUISER 3A4FY48B37T510012
2007 DODGE CALIBER 1B3HE78K07DT29792
2010 DODGE CALIBER 1B3CB4HA6AD618592
2013 DODGE CHARGER 2C3CDXHG8DH597819
2013 FORD ESCAPE 1FMCU9HX2DU826310
2013 FORD EXPLORER 1FM5K8GT2DGC18478
2014 FORD F150 1FTFWICT4EFA89323
2004 GATOR GOOSENECK TRLR 1G3G4SFR5000743
1999 GMC SONOMA 1GTCS19X9XB528290
2002 HONDA CIVIC JHMES16S92S000058
2007 HONDA CIVIC 1HFA16867H508605
1997 HONDA PRELUDE JHMBB6156VC012691
2009 HYUNDAI ACCENT KMHCM36C89U133515
2010 HYUNDAI ELANTRA KMHDU4AD3AU853755
2007 HYUNDAI SONATA 5NPEC4AC8CH478476
2012 HYUNDAI SONATA 5NPEB4AC3CH046701
2011 GRAND CHEROKEE 1C4RJEAG5EC373781
2014 JEEP GRAND CHEROKEE 1C4RJEAG5EC373781
2014 JEEP LIBERTY 1J4G4K8K04W185458
2014 KIA FORTE KNAFK4A66E5086341
2015 KIA FORTE KNAFX4A65F5427067
2017 KIA OPTIMA 5XXGT4L35HG130160
2000 LINCOLN TOWN CAR 1LNHM82WXY9280270
2013 MAZDA MAZDA6 1YVHZ8BH2D0M20695
2006 MERCEDES BENZ C-CLASS WDBRF52H06E021172
2007 MERCEDES BENZ C-CLASS WDBRF52H76F935826
2008 MERCEDES BENZ C-CLASS WDBRF54P79A3JX221
2008 MERCEDES BENZ E-CLASS 5SSWF4KB9GU109193
2002 MERCEDES BENZ E-CLASS WDBUF56J96A815099
2006 MERCEDES BENZ E-CLASS WDBUF26J96A873771
2006 MERCURY GRAND MARQUIS 2MEFM75W82X628914
2008 MITSUBISHI ENDEAVOR 4A4MN31S58E022795
2011 MITSUBISHI GALANT 4A3B3JF1BE015206
2015 MITSUBISHI LANCER JA3U2UF5FU010509
2013 MITSUBISHI MIRAGE ML32A4HJ8JH040023
2001 NISSAN ALTIMA 1N4DL01DXIC150875
2008 NISSAN ALTIMA 1N4AL24EX8C283828
2014 NISSAN ALTIMA 1N4AL3AP6EC292746
2005 NISSAN SENTRA 3N1CB51DS5L584847
2018 NISSAN SENTRA 3N1AB7AP6JY259489
2020 SATURN AURA 1G8ZS57B18F234558
2010 SUBARU OUTBACK 4S4BRBCC0A3302838
2004 TOYOTA CAMRY 4T1BE32K64U862313
2007 TOYOTA CAMRY 4T1BF3EK6JU917078
2014 TOYOTA CAMRY 4T1BF1FK3EU401485
2007 TOYOTA CAMRY HYBRID 4T1BB46K17U07869
2002 TOYOTA CAMRY SOLARA 2T1CE22P52C054925
2011 TOYOTA COROLLA 5YFBU4EE5BP002473
2021 TOYOTA COROLLA 5YFEPMAE5MP180638
1996 TOYOTA LAND CRUISER JT3HJ85J4T0150587
2009 TOYOTA YARIS JTDBT90309132181
2011 VOLKSWAGEN GOLF WVWDA7AJ8BW066588
2008 VOLKSWAGEN JETTA 3VWJM71K39M186104
2016 VOLKSWAGEN PASSAT 1VWAT7A3XGC064164
2000 WESTERN STAR 4900 SB 5KKXAAM00GPHL0239
6:14,21-2024

**MDJ-4873 GPN-14**
IN THE SUPERIOR COURT OF COBB COUNTY STATE OF GEORGIA
STAR 201, LLC Plaintiff
v
SHARRON M. KINEY A/K/A SHARRON M. KINNEY Defendant
**CIVIL ACTION NO. 23100910**
**NOTICE OF PUBLICATION**
TO: SHARRON M. KINEY A/K/A SHARRON M. KINNEY
You are hereby notified that the above styled action seeking Equitable Reformation and Declaratory Judgment was filed against you in said Superior Court on February 1, 2023, and that by reason of an order for service by summons by publication entered by the Court on May 6, 2024 you are hereby commanded and required to file with the Clerk of said Court and Serve upon Padgett Law Group, attorney@padgettlawgroup.com, Plaintiff's Attorney, whose address is 6267 Old Water Oak Road, Suit 203 Tallahassee, FL 32312, an Answer to the Complaint within sixty (60) days of the date of the Order of Publication.
This 6th day of May, 2024
Connie Taylor, Clerk, Cobb County Superior Court
6:14,21,28; 7:5-2024

**MDJ-4904 GPN-17**
**Abandoned Motor Vehicle Advertisement Notice Howard's Wrecker Service**
You are hereby notified, in accordance with OCGA 40-11-19(a)(2), that each of the below-referenced vehicles are subject to lien and a petition may be filed in court to foreclose a lien for all amounts owed. If the lien is foreclosed,

a court shall order the sell of the vehicle to satisfy the debt. The vehicles are currently located at **2465 Ventura Place, Smyrna, Ga 30080**. The vehicles subject to liens as stated above are identified as:
2022 GMC Sierra K2500 1GT49AVE79NF160533 CROWN32 GA
2015 International 4300 3HAMMAAL6FL514480 V93839 MA
2013 Nissan Altima 1N4AL3AP7DC243661 TCE0855 GA
2007 Nissan Altima 1N4AL21E27C126716 TGS2740 GA
2006 Suzuki GS500FK VTTGM51A662103120 No Tag
2014 Ford Explorer 1FA5K8F81EGC08989 RWX9024 GA
2001 Chevrolet Silverado 1GCEC14X1Z106678 XSQ210 GA
2011 Volkswagen Jetta 3VWDZ7AJ4BM351028 SFL8745 GA
2009 Dodge Avenger 1B3LC56B89N559912 BVS588 GA
2005 Toyota Camry 4T1BE30K95U016445 RQS2391 GA
2012 Chevrolet Malibu 1G1ZA5EU9CF389664 CHF6693 GA
2009 Chevrolet HHR 4T1BE46K69U300090 SCB3164 GA
2019 Nissan Frontier 1N6BD0CT4KN779781 CMR7410 GA
1995 Mercedes E320 WDBEA34EX5C188617 EYM935 GA
2018 Cadillac Escalade 1GYS3HKJ4JR311524 No Tag
2019 Infiniti JN1EV7AP7KM511943 Q50 CVC4647 GA
2009 Audi A4 WAUGF78KX9A219466 RFM9692 GA
2013 Nissan 350Z JN1AZ4EH2DM523T012321 PQW4595 GA
2019 Ford Escape 1FMCU0GD5XKU57575 TFH3403 GA
2019 Chevrolet Spark KL8CB6SA3KC715140 CKA7791 GA
2020 Yongfu YN250T-8 LL0TCAP7HR2Y1042773 No Tag
2021 Toyota Highlander 5TDZRAH4M5085313 CSG8897 GA
2019 Chevrolet Malibu 1G1ZD5ST1LF074232 CTL7981 GA
2009 Chevrolet 1500 WDDWK8DB6KF882215 CWC3950 GA
2024 Subaru Crosstrek JF2GU4AC KR8383504 CZG112 GA
2015 Toyota Corolla 2T1BU4EE4AC481029 No Tag
2014 Mercedes Benz E350 Grand Prix 2G2WR5241I4119128 No Tag
2022 Toyota RAV4 4T1BF28K8YU944489 CIA6255 GA
2013 BMW X6 5UXFG2C52DL788128 PQK5569 GA
2014 Nissan Sentra 3N1AB7AP2EL683974 RRP1890 GA
2007 Ford Explorer 4T1BK46K57U024716 SEM2859 GA
2004 Honda Civic 2HGFE2F5E6H76564420 CZJ3508 GA
2007 Ford Explorer 1FMEU63B71UB30291 YMM6593 GA
2006 Toyota Sienna 5TDZA23CY65423072 SDC0981 GA

**Howard's Wrecker Service 2465 Ventura Place Smyrna, Ga 30080 770-432-2613**
6:14,21-2024

**MDJ-4905 GPN-17**
**NOTICE OF PUBLIC SALE OF ABANDONED VEHICLES**
PURSUANT TO OCGA SUBSECTION 40-11-2, HOWARDS WRECKER SERVICE, THROUGH ITS AGENTS, STATES THAT THE FOLLOWING VEHICLES ARE ABANDONED AND WILL BE SOLD AT PUBLIC AUCTION ON **THURSDAY, JUNE 27, 2024 AT 1:00 P.M. @ 2465 VENTURA PLACE, SMYRNA, GA 30080**.
2005 Acura RSX JH4DC54885S015382
2005 Acura MDX 2HNYD18805H533803
2010 Audi Q5 WA1LKAFP8AA107854
2008 Audi A4 WAUAFAFL4AN053934
2006 BMW 330Xi WBAVD33526KX59083
2009 Chevrolet Impala 2G1WS57M39T244987
2010 Chevrolet Traverse 1GNKRGEDXCJ133101
2006 Chevrolet Equinox 2C-NDL63F16603923T
2004 Chevrolet Impala 2G1WF52E149325205
2011 Chevrolet Blazer 1GNKS13W1K237362
2013 Chrysler 200 1C3CBCDR1DN742241
2012 Dodge Charger 2C3CDXHG1IH6255
2014 Ford Escape 1FM-CUCX0XUA81279
2019 Ford Fusion 3FA6P0HD9KR159279
2013 GMC Yukon Denali 1GKS1EEF7-DR351431
2003 Great Dane Trailer 53 1GRAAO629DB425447
2007 Honda Civic 1HGFA16527L123356
2008 Honda Accord 1HGCS22888A012572
2006 Honda Accord 1HGCG66A4YA000591
2007 Honda CR-V JHLRE48337C076211
2006 Hyundai Sonata 5N-PEU46F9H6134983
2012 Jeep Liberty 1C4PJMAKX-CW211792
2013 Jeep Grand Cherokee 1C4RJEC-T2DC648547
2009 Lexus Pontiac 1C4NJPBA2GD78200
2005 Lexus Liberty 1J4GL48K05W583847
2014 Lexus Sorento KNDJD73324S204072
2008 Lexus IS250 JTHCK262982021570
2007 Mercedes E350 WDBUF72JX7A038657
1997 Mercedes 430 4JGAB72E4WA036447
1993 Mercedes E350 WD-BUF56X7B087761
2008 Mercedes ML500 4J-GABE75SA036863
2006 Mercury Grand Marquis 2MEFM75W7X10118
2022 Mercury 4M2ZU66W63UJ03635
2010 Mini Cooper WWMW-MWC54ATU98037
2000 Mitsubishi Galant 4A3AB36H64E144192
2010 Nissan Versa 5N1BN3AP6DL667984
2010 Pontiac Vibe 5Y2SP6E0XAZ409989
2003 Toyota Corolla JTD-BR32E130036503
2001 Toyota Avalon 4T1BE32K3U59206
2009 Volkswagen Jetta 3VWTJ0AZ3R74023891 Jetta
2019 Toyota Corolla JTDEPMAE9MJ155912
2018 Volkswagen Jetta 3VWD17A-J0EM284407
2014 Chevrolet Camaro 2G1FB1E44E9136174
2011 Ford Expedition 1FMJK1H50BEF98414 CLK1676 GA 24-L-01270
6:14,21-2024

**MDJ-4914 GPN-17**
Public sale to be held by Big Tow Wrecker Services, 2261 Sandtown Rd SW, Marietta, GA 30008, 770-972-2537. This sale will take place on **Friday, JUNE 28, 2024, at 1 pm.** Gates open at 12:30PM, rain or shine. Big Tow Wrecker Service reserves the right to bid. The following vehicles will be sold to the highest and best bidder. Lien and Storage cost included. Last chance daily, BIG TOW RESERVES THE RIGHT TO REFUSE ISSUING TITLE NUMBER TO ANY PERSON.
Langshou 50-M L28BAC9M000117
2005 Chevrolet Tahoe 1GNEC13Z75R249972
1999 Chevrolet Silverado 1500 1GCEK19W2XE20022
2007 Honda CRV YJ1RS59721T844176
2007 Saturn Outlook 5GZEV23D87J134077
2006 Harley Davidson FLHRSI Road King 1HD1FY1196Y698900 No Tag Magistrate Court Case No: 24-L-01281
2012 GMC Terrain 2CKALVEK5C6388131 No Tag Magistrate Court Case No: 24-L-01282
2006 Volvo XC90 YV1CZ592151199717 1994 Dodge Avenger JY4AQ4UB09RA038913 No Tag Magistrate Court Case No: 24-L-01265
2009 Honda Odyssey 5FNRL38705B081030 Magistrate Court Case No: 24-L-01267
2006 Chevrolet Tahoe 1GNEC13Z57R24977 Magistrate Court Case No: 24-L-01268
2006 Ford Explorer 1GFMK16U49GR82411 (GA) CKH1926 GA Magistrate Court Case No: 24-L-01269
2003 Volkswagen Jetta 3VWSK69M92M091177 Magistrate Court Case No: 24-L-01266
2000 Dodge Durango 1B4HS28NTYF229667 Magistrate Court Case No: 24-L-01270
6:14,21-2024

**8000 Miscellaneous Legals**

**MDJ-4912 GPN-17**
**ABANDONED MOTOR VEHICLE PETITION ADVERTISEMENT**
You are hereby notified, in accordance with O.C.G.A. Section 40-11-19.1, that petitions were filed in the Magistrate Court of Cobb County to foreclose liens against the vehicles listed below for all amounts owed. If a lien is foreclosed, the Court shall order the sale of the vehicle to satisfy the debt. The present location of the vehicles is: 950 Allgood Rd, Marietta, GA 30062. Anyone with an ownership interest in a vehicle listed herein may file an answer to the petition on or before: **07/08/2024**. Answer forms may be found at the Magistrate Court Clerks office located at: 32 Waddell St SE, Marietta, Ga 30090. Forms may also be obtained online at www.georgiamagistratecouncil.com.

**Howard's Wrecker Service 2465 Ventura Place-Smyrna, GA 30080**
6:14,21-2024

Magistrate Court Case No: 24L01277
2007 Ford Focus 1FAHP33NX8W151837 RZL7777 GA
Magistrate Court Case No: 24L01276
2003 Dodge Ram 1D7HA16N53J510891 No Tag
Magistrate Court Case No: 24L01271
2003 Dodge Caravan 1D4GP2133B336705 RRG3285 GA
Magistrate Court Case No: 24L01272
1996 Honda Civic 1HGEJ8140TL052593 No Tag
Magistrate Court Case No: 24L01273
2002 Nissan Altima 1N4AL11D52C278368 SCG2281 GA
Magistrate Court Case No: 24L01274
2007 Hyundai Santa Fe 5NMSH13E97H017825 SEU9744 GA
Magistrate Court Case No: 24L01275
2012 Toyota Prius JTDKN3DU1C5478251 EFD774 GA
Magistrate Court Case No: 24L01288
2012 Volkswagen CC Sport WVWMN7AN5CE510163 CYX1772 GA
Magistrate Court Case No: 24L01280
3C7WR4DLXKG617225 XNF790 GA
Magistrate Court Case No: 24L01291
2001 Chevrolet Blazer 1GNCS18W11K184285 No Tag
Magistrate Court Case No: 24L01283
2011 Mercedes C300 WDDGF8BB2BR140274 CJ2975GA
Magistrate Court Case No: 24L01285
2010 Chevrolet Silverado 2004 1GC4KV8GA4AJF124055 SDF4821GA
Magistrate Court Case No: 24L01289
2013 Kia Sportage KNDPC3A62D7474748 CFY6208 GA
Magistrate Court Case No: 24L01287
2006 Chevrolet Silverado 2500 1GCHK23U06F266728 BQN2012 GA
Magistrate Court Case No: 24L01290
2010 Chevrolet Impala 2G1WB5EK5A117927 TBG0271 GA
Magistrate Court Case No: 24L01292
2003 Toyota 4Runner JTEBU17R3300777 TDG8959 GA
Magistrate Court Case No: 24L01293
1998 Toyota 4Runner JT3HN87R9W014627 TDG8958 GA
Magistrate Court Case No: 24L01294
2014 Nissan 3N1AB7AP6EY361376 CEE1901 GA
Magistrate Court Case No: 24L01295
2010 Chevrolet Trax 3GNCJKSB4KL156530 No Tag
Magistrate Court Case No: 24L01296
2012 Hyundai 1FAFP8JH8KS138615 CPS1360 GA
Magistrate Court Case No: 24L01297
**Howard's Wrecker Service 2465 Ventura Place-Smyrna, GA 30080**
6:14,21-2024

**MDJ-4912 GPN-17**
**ABANDONED MOTOR VEHICLE PETITION ADVERTISEMENT**
You are hereby notified, in accordance with O.C.G.A. Section 40-11-19.1, that petitions were filed in the Magistrate Court of Cobb County to foreclose liens against the vehicles listed below for all amounts owed. If a lien is foreclosed, the Court shall order the sale of the vehicle to satisfy the debt. The present location of the vehicles is: 950 Allgood Rd, Marietta, GA 30062. Anyone with an ownership interest in a vehicle listed herein may file an answer to the petition on or before: 07/08/2024. Answer forms may be found at the Magistrate Court Clerks office located at: 32 Waddell St SE, Marietta, Ga 30090. Forms may also be obtained online at www.georgiamagistratecouncil.com.
2024 TOYOTA SIENNA 5TDJRKEC4RS182395 (TN) 513BLMK MAGISTRATE COURT CASE NO: 24-L-01252
2008 Honda Accord 1HGCP26828A099896 (VA) UL0883 MAGISTRATE COURT CASE NO: 24-L-01253
2019 Toyota Tacoma 5TFAXSGN2KX133027 (GA) CWI4600 MAGISTRATE COURT CASE NO: 24-L-01254
2021 MAZDA Mazda3 JM1BL1VG8B1448656 (GA) PQM4017 MAGISTRATE COURT CASE NO: 24-L-01255
2013 Hyundai Veloster KMHTC6AD5DU086506 (GA) CRU8329 MAGISTRATE COURT CASE NO: 24-L-01256
2011 Hyundai Sonata 5NPEC4AC0BH139242 (GA) SCA1156 MAGISTRATE COURT CASE NO: 24-L-01257
2004 Toyota Sequoia 5TDZT38A84S220954 (GA) RZR3648 MAGISTRATE COURT CASE NO: 24-L-01258
2005 MERCEDES-BENZ S-Class WDBNG74J25A458250 (GA) SCV0437 MAGISTRATE COURT CASE NO: 24-L-01259
2004 BUICK Envision KL4FLAKZXR8022590 (GA) CYF1047 MAGISTRATE COURT CASE NO: 24-L-01260
2006 Honda Accord 1HGCG56644VA000591 (WI) AM Q8616 MAGISTRATE COURT CASE NO: 24-L-01261
2012 Honda Civic 19XFB2F89CE001978 (WI) AM Q8616 MAGISTRATE COURT CASE NO: 24-L-01262
2005 Volvo XC70 YV1SZ592151199717 MAGISTRATE COURT CASE NO: 24-L-01263
2022 FORD F-350 1FT8X3ANXNEE12835 (GA) YED373 MAGISTRATE COURT CASE NO: 24-L-01264
2005 Chevrolet Silverado 1GCEK19X25E348381 NO TAG MAGISTRATE COURT CASE NO: 24-L-01265
2008 Ford E-250 1FTNE24W4BD02470 NO TAG MAGISTRATE COURT CASE NO: 24-L-01266
1999 Mercury Grand Marquis 2MEFM75W7XX610178 NO TAG MAGISTRATE COURT CASE NO: 24-L-01267
2006 Acura MDX 2HNYD18666H521647 NO TAG MAGISTRATE COURT CASE NO: 24-L-01268
2010 Toyota Corolla 1NXBU4EE8AZ312872 (GA) TEQ4587 MAGISTRATE COURT CASE NO: 24-L-01269
2003 Buick Verona 6G4PB5SKX8F4119292 MAGISTRATE COURT CASE NO: 24-L-01267
2004 Chevrolet Cobalt 1G1AC115B477S538 MAGISTRATE COURT CASE NO: 24-L-01268
2008 Dodge Charger 2B3KA33V0BH413440 MAGISTRATE COURT CASE NO: 24-L-01269
2006 Chevrolet Cobalt 1G1AK15F867811049 MAGISTRATE COURT CASE NO: 24-L-01270
6:14,21-2024