IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:24-CV-2010-WMR-JEM |
| COBB COUNTY, | |
| DEFENDANT. | |

**Motion to Allow Electronic Equipment into the Courtroom**

NOW COMES the United States, by and through the United States Attorney for the Northern District of Georgia, and files this Motion to Allow Electronic Equipment into the Courtroom pursuant to Local Rule 83.4 for the Northern District of Georgia. Specifically, the United States hereby respectfully moves the Court for an Order allowing attorneys appearing on behalf of the United States to bring electronic equipment into Courtroom 1705.

The electronic equipment is necessary to assist counsel during the upcoming hearing scheduled before this Honorable Court on August 26, 2024. The United States requests that Juliet Gray, Brian McEntire, and Clare Geller, attorneys with the Department of Justice, Civil Rights Division, be allowed to bring laptop computers and phones into Courtroom 1705 on August 26, 2024.

1

The United States also requests that Assistant United States Attorney, Aileen Bell Hughes, be allowed to bring a laptop computer and phone into Courtroom 1705 on August 26, 2024.

                Respectfully submitted,

                RYAN K. BUCHANAN
                  *United States Attorney*
                  *600 U.S. Courthouse*
                  *75 Ted Turner Drive SW*
                  *Atlanta, GA 30303*
                  *(404) 581-6000   fax (404) 581-6181*

              /s/ AILEEN BELL HUGHES
                  *Assistant United States Attorney*
                Georgia Bar No. 375505
                Aileen.bell.hughes@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | Civil Action No. |
| v. | 1:24-CV-2010-WMR-JEM |
| COBB COUNTY, | |
| DEFENDANT. | |

## [Proposed] Order

Having read and considered the United States' Motion to Allow Electronic Equipment into the Courtroom and for good cause shown, it is hereby ORDERED that the United States' Motion to Allow Electronic Equipment into Courtroom 1705 is hereby granted and Attorneys representing the United States shall be permitted to bring electronic equipment into Courtroom 1705 on August 26, 2024.

So ordered this _____ day of _____, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTICT JUDGE

Presented By:
*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES

1

*Assistant United States Attorney*
Georgia Bar No. 375505

## Certificate of Compliance

I hereby certify, pursuant to Local Rules 5.1 and 7.1D, that the foregoing brief has been prepared using Book Antiqua, 13 point font.

/s/AILEEN BELL HUGHES
*Assistant United States Attorney*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies all parties and counsel of record.

August 22, 2024

                                              /s/ AILEEN BELL HUGHES
                                              AILEEN BELL HUGHES
                                              *Assistant United States Attorney*