IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>COBB COUNTY,<br><br>DEFENDANT. | Civil Action No.<br><br>1:24-CV-2010-WMR-JEM |

**Order**

Having read and considered the United States' Motion to Allow Electronic Equipment into the Courtroom and for good cause shown, it is hereby ORDERED that the United States' Motion to Allow Electronic Equipment into Courtroom 1705 is hereby granted and Attorneys representing the United States shall be permitted to bring electronic equipment into Courtroom 1705 on August 26, 2024.

So ordered this 23rd day of August, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

Presented By:
*/s/ Aileen Bell Hughes*
AILEEN BELL HUGHES

1