# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:24-cv-02010-WMR-JEM
## United States of America v. Cobb County, Georgia
## Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 08/26/2024.

TIME COURT COMMENCED: 3:00 P.M.
TIME COURT CONCLUDED: 4:10 P.M.   COURT REPORTER: Geraldine Glover
TIME IN COURT: 1:10   DEPUTY CLERK: Sherri Lundy
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Juliet Gray representing United States of America<br>Aileen Hughes representing United States of America<br>Brian McEntire representing United States of America<br>Matthew Boyd representing Defendant |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MINUTE TEXT: | Court heard argument from counsel on final hearing and requests additional briefing from Plaintiff within 60 days from today. If Defendant would like to respond to Plaintiff's Briefing, they are to let the Court know and the Court will set a deadline for the Defendant's response. |
| HEARING STATUS: | Hearing Concluded |