1

1    UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF GEORGIA
2         ATLANTA DIVISION

3

4
UNITED STATES OF AMERICA,            )
5                                    )
          Plaintiff,                 )
6                                    )   Case Number
              v.                     )     1:24-cv-02010-WMR
7    COBB COUNTY, GEORGIA,           )
                                     )
8         Defendant.                 )
     _____)
9

10

11

12              Transcript of Hearing
         before the Honorable William M. Ray, II,
13           United States District Judge
              August 26, 2024, 3 p.m.

14

15

16

17

18       Proceedings recorded by mechanical stenography,
     transcript produced by computer.
19   _____

20

21

22

23
              Geraldine S. Glover, RPR, CRR, RCR
24             Federal Official Court Reporter
              75 Ted Turner Drive, SW, Suite 1714
25               Atlanta, Georgia  30303-3309

              UNITED STATES DISTRICT COURT

2

1

2  A P P E A R A N C E S:

3

4  On Behalf of the Plaintiff:

5       Brian McEntire
        Juliet E. Gray
6       Aileen Bell Hughes
        Clare Geller
7  DOJ-CRT

8       Aileen Bell Hughes
   Office of the United States Attorney
9

10

11
   On Behalf of the Defendant:
12
        Matthew A. Boyd
13  Tucker Ellis, LLP

14

15

16

17

18

19

20

21

22

23

24

25

                    UNITED STATES DISTRICT COURT

P R O C E E D I N G S

1

2          THE COURT:  Good afternoon.  Y'all can be seated

3    please.

4          All right.  So this is a hearing in Case

5    Number 24-cv-2010, United States v Cobb County, Georgia.

6          Who is here on behalf of the United States that's

7    going to speak today?

8          MR. McENTIRE:  Your Honor, Brian McEntire for the

9    United States.

10         THE COURT:  All right.  Thank you, Mr. McEntire.

11         And is there someone here for -- are you Mr. Boyd?

12         MR. BOYD:  Yes, Your Honor, Matt Boyd for Cobb

13    County.

14         THE COURT:  Okay.  All right.  So I spent a good bit

15    of time this weekend reading the proposed settlement

16    agreement.  I want to back up a little bit and say that I

17    don't recall having read it before this weekend.  And so the

18    time period in which this lawsuit was filed and the agreement

19    was forwarded coincided with a couple of things, one being an

20    Eleventh Circuit biannual -- I always have to think about

21    whether it's biannual or semi -- biannual conference.  All the

22    circuits have conferences every other year.  And ours was the

23    week before this agreement.

24         And the week of this agreement -- when I say the

25    agreement, when it was filed -- was -- I know I took off

UNITED STATES DISTRICT COURT

4

1  Thursday and Friday because my oldest son got married that

2  Saturday.  And so best I can guess is the agreement was filed

3  and I was notified about it.  And in most cases, settlement

4  agreements aren't filed with the court.  There's really only a

5  few kind of cases that occurs, class action being one and wage

6  and hour cases being another one.

7       So, I mean, judges generally aren't very invested in

8  the details of a settlement agreement.  And so probably I

9  can't say that I independently remember this, but probably

10 told Ms. Lundy, my courtroom deputy, to go ahead and

11 acknowledge it and approve it preliminarily with the

12 understanding that I would have an opportunity to deal with it

13 later when I had more time.  So that later date was this

14 weekend.  I had been out of town for a few weeks.  Read it in

15 preparation for today.

16       So I've got some questions that I want to ask about

17 it substantively.  And my first really line of inquiry is

18 about what was occurring in Cobb County.

19       So as I understand it, Cobb County required

20 applicants for firefighter positions to undergo a credit

21 analysis and also take some type of intelligence aptitude

22 test.

23       So, Mr. Boyd, can you tell me about that, what that

24 was and what the purpose of those things were?

25       MR. BOYD:  Yes, Your Honor.

                    UNITED STATES DISTRICT COURT

1          First, the credit check was part of an overall

2    background check process that would have included multiple

3    things, like a criminal background check and did include the

4    credit piece of it.

5          I mean, there is an argument to be made that we're

6    not making here because we have settled the case that that is

7    appropriate for a public safety job, given the way money can

8    influence someone's behavior.  But they had stopped doing that

9    in 2020.  They pulled the credit check out of it.  I believe

10   that was the date.  The Government can correct me if I'm

11   misremembering that.  And so they haven't done it for at least

12   the last four years.  And so it was not a part of their going

13   forward, so they were happy to agree to not include that in

14   anything going forward.

15         On the ACCUPLACER, that test is still being

16   administered.  The Government's criticism of it was, it was

17   done in a rank order, it was used in a rank order way.

18         THE COURT:  Which means what?

19         MR. BOYD:  Meaning if you scored higher, it was

20   better than if -- even passing tests, you scored higher, you

21   got sort of higher marks for it.  So if the minimum passing

22   was 80 and you scored a 90, you would be treated better than

23   someone who scored an 85.

24         THE COURT:  The Government's position is that was

25   wrong why?

UNITED STATES DISTRICT COURT

1          MR. BOYD:  That the passing was enough effectively,

2    that once you hit the passing grade on the ACCUPLACER, it

3    didn't make a difference whether it was an 85 or 90.  And it

4    had a disproportionate impact on African American applicants.

5    That was the claim.

6          THE COURT:  And what did -- 80 was the minimum for

7    passing?

8          MR. BOYD:  Yeah.  I just used that hypothetically.  I

9    can't remember what the minimum score was.

10         Brian, do you remember what it was?

11         MR. MCENTIRE:  Your Honor, I can speak to this.

12   There were three sections to the ACCUPLACER.  There was a math

13   section, a reading comprehensive section and a writing section

14   I believe.  And you had to score a minimum amount on each.

15   It's like 200 and something.

16         But, Your Honor, with respect to that, what was

17   happening is, there was a -- with respect to that particular

18   administration of the exam, they just started using the

19   ACCUPLACER in 2020.  They used as a rank order in place where

20   they put -- you know, if you scored the highest, you would be

21   first, second, third.  But it was our determination that, one,

22   under the first prong, it caused a significant disparate

23   impact on African American applicants, none of whom were --

24         THE COURT:  I don't really want to get into the

25   arguments of the case right now.  I'm just trying to

                    UNITED STATES DISTRICT COURT

1  understand the test.

2      So whatever the passing minimum is -- you know, you

3  take the Bar, there's some number -- I don't know exactly what

4  it is these days.  But whatever it is, if you're over that,

5  you pass.

6      What did that number correlate with as far as

7  percentages of people that took the test or -- you know, in

8  other words, you know, when we were in high school, 70 was

9  considered to be a C minus.  And I know the schools are all

10  different these days.  They give all kinds of enhancements and

11  detractions depending on the level of how hard the class --

12  challenging the class might be.

13      Do you have any information about that?

14      MR. BOYD:  How many people are included in the

15  ACCUPLACER part of it?

16      THE COURT:  In other words, what percentile of people

17  did not pass versus the percentile that did pass?

18      MR. BOYD:  I do not have that information.

19      MR. McENTIRE:  I actually think I can answer that

20  question.  It was a very high percentage, Your Honor.  It was

21  well over 90 percent of people who passed the exam.  So the

22  rank ordering was important.

23      THE COURT:  90 percent of the people passed?

24      MR. McENTIRE:  More than 90 percent, yes.

25      THE COURT:  And 10 percent or so did not?

UNITED STATES DISTRICT COURT

1    And your complaint wasn't about the 10 percent, it
2   was about the 90 percent in the rank order?
3    MR. McENTIRE:  Correct.  It was about the way they
4   were ranked; because we found that the test isn't related -- I
5   know you don't want to get into a detailed legal analysis
6   here.  But for Prong 2, our analysis indicated the test really
7   wasn't related to the job of a firefighter, so the score
8   necessarily didn't --
9    THE COURT:  Well, that's your argument.
10    MR. McENTIRE:  Yeah.
11    THE COURT:  And you wouldn't have any independent
12   knowledge of that as a lawyer.  And I suspect the -- that
13   neither would your employer.  That would take expert testimony
14   to establish that; correct?
15    MR. McENTIRE:  Yes.  And we retained an industrial
16   organizational psychologist to give us that information.
17    THE COURT:  Someone that had experience in
18   firefighting?
19    MR. McENTIRE:  Yeah, actually done a number of job
20   analyses for fire departments.
21    THE COURT:  But that's not what I meant.
22    MR. McENTIRE:  Okay.
23    THE COURT:  I meant as firefighters.
24    Was it someone who was a firefighter and was involved
25   in firefighting activities?

1          MR. McENTIRE:  No.  He had ridden with firefighters
2     in other analyses in doing job analyses, but he personally was
3     not a firefighter.

4          THE COURT:  So my next question really I guess is for
5     the Government.  And I want to make sure I understand the nuts
6     and bolts of the agreement.

7          So the agreement is, is that what you don't like
8     about the testing rankings that that's not going to be done
9     anymore; right?

10          MR. McENTIRE:  Correct.

11          THE COURT:  That's Number 1.

12          Number 2, that as it relates to the credit checks
13     that occurred up until 2020 that the County says that they're
14     not doing today that they won't do that anymore?

15          MR. McENTIRE:  Correct.  They will not use the credit
16     history in any way.

17          MR. BOYD:  Your Honor, on the ACCUPLACER, there was
18     only one year where the County even used the rank ordering
19     since that year, which was the first year.  It stopped rank
20     ordering after that.  So it's also --

21          THE COURT:  What year did that stop?

22          MR. BOYD:  It stopped for the '21 class of incoming
23     firefighters.

24          THE COURT:  So it was one year they used it?

25          MR. BOYD:  Correct.  And they haven't used it since.
                    UNITED STATES DISTRICT COURT

1    THE COURT:  So what is the -- the individuals that
2 would be included in -- I don't know what the right term would
3 be necessarily, but as beneficiaries of the agreement would
4 cover what year periods?
5    MR. McENTIRE:  It would cover with respect to the
6 written exam, the ACCUPLACER, those who scored high enough in
7 2020 but weren't selected for a firefighter --
8    THE COURT:  Just that one year?
9    MR. McENTIRE:  Just that one year, yes.
10    And with respect to the credit check, those who
11 failed the credit check between 2016 and 2020.
12    THE COURT:  Okay.  So that defines our group.
13    And the other part of the agreement I understand is
14 that the County will commit that it will -- of all the people
15 that did not get hired that fell into that class -- I don't
16 know if it's one or both of those areas of concern.
17    MR. McENTIRE:  There's no overlap, Your Honor,
18 between the two classes.  It's one or the other.
19    THE COURT:  -- that a certain number of them will be
20 rehired during some interval in the future if they apply and
21 want to be rehired; right?
22    MR. McENTIRE:  Correct.
23    THE COURT:  And was it 15 of them?
24    MR. McENTIRE:  Sixteen.
25    MR. BOYD:  Sixteen.

1    THE COURT:  Sixteen of them.

2    And is that 16 over both groups or each group?

3    MR. McENTIRE:  It is 16 total.  Up to 10 will come

4  from the individuals who failed the credit check and up to six

5  will come from the individuals who didn't score high enough on

6  the ACCUPLACER.

7    MR. BOYD:  Judge --

8    THE COURT:  Well, they scored high enough, but they

9  were ranked and so they didn't get chosen.

10    MR. McENTIRE:  Correct.

11    THE COURT:  Okay.  And that there is also a certain

12  amount of money that the County is agreeing to put aside that

13  will be used to compensate all of the individuals that fell in

14  that area and were not hired.  And that's not necessarily

15  depended on if they're now hired in the future; is that

16  correct?

17    MR. McENTIRE:  That's correct, Your Honor.

18    THE COURT:  Okay.  Y'all can have a seat if you wish.

19    I'm wondering why y'all filed a lawsuit.  I mean, if

20  the County is agreeing to do all of these things, then why are

21  you filing a lawsuit and coming to court?  Because they can

22  agree that they won't use the -- either of these two former

23  tools that they used, they can put money aside in an account

24  and they can compensate individuals without court order.

25    The other item I didn't mention was, they can

UNITED STATES DISTRICT COURT

1   voluntarily agree to give -- for those who are hired, to give

2   back seniority credit, which is a part of this agreement.  So

3   I'm really wondering do we have a case or controversy here at

4   all; because they can agree to do all of those things

5   privately.

6          In fact, I mentioned at the outset that it is not

7   normal in most cases that come to court, really any court, but

8   certainly federal court, that we review the settlement

9   agreements.

10          Here in state court, you know, divorce cases

11  generally settlement agreements are incorporated into court

12  orders because there's a continuing obligation to enforce the

13  child support and custody and property division agreements

14  that are a part of it.  But outside of that, that's rare as

15  well for the trial courts to be involved in that way.  I say

16  that with experience, having served for 11 years as a state

17  general jurisdiction trial judge.

18          So what is the reason, Mr. McEntire, that y'all are

19  asking me to enter an order to do what y'all have apparently

20  privately agreed to do before the lawsuit was even filed?

21          MR. McENTIRE:  Your Honor, Section 707 of Title VII

22  gives us authority to file complaints secretly in federal

23  court in these types of situations.

24          We have as part of this consent decree tailored very

25  narrow injunctive relief.  And I understand and appreciate

1  your question.  But we still do need the federal oversight in

2  the event that, one, the County chooses to reinstitute a

3  credit check.  I know they stopped using the check in 2020.

4  That's been their representation.  But even as of the filing

5  of the complaint, they were still collecting credit histories

6  and credit information from firefighter candidates.  We don't

7  know how they were using that, but we want to ensure that

8  they're still not going to use that.

9         Secondly --

10        THE COURT:  I'm sorry.  Exactly what?  Were they

11  doing credit checks?

12        MR. McENTIRE:  I don't know how they were using the

13  information.

14        THE COURT:  But what were they collecting?

15        MR. McENTIRE:  My understanding is they were getting

16  credit histories from an organization that provides those

17  histories, like Equifax, something along those lines.

18        THE COURT:  Is that right?

19        MR. BOYD:  Judge, I can address that.  Yes, it's a

20  package that the County buys, a background check generally for

21  employees.

22        The fire department has not been using the credit, as

23  we've said, for four years.  But I think some of that

24  information sometimes gets included just in the package that

25  the County has bought from the third party background check

1   service.  It very much definitely stopped considering it,

2   using it, supplying it to the fire department in 2020.

3          THE COURT:  And there's been no allegation made that

4   you are getting the information and using it notwithstanding

5   what the representations are here?

6          MR. BOYD:  Not that I'm aware of.

7          THE COURT:  In other words, the plaintiff hadn't come

8   to you and said, look, you are still using this stuff?

9          MR. BOYD:  Your statement is correct.

10          THE COURT:  Okay.  And how would they have known that

11  you were still getting the information?

12          MR. BOYD:  We provided the information.

13          THE COURT:  You told them?

14          MR. BOYD:  Yeah.

15          THE COURT:  when they came to you about their

16  concerns?

17          MR. BOYD:  That's right.

18          THE COURT:  And they learned about what had occurred

19  between 2020 and 2021 how?

20          MR. BOYD:  I don't have the answer to that question.

21          MR. MCENTIRE:  I can answer that.

22          When we first met with the County, we opened our

23  investigation, we asked for data as to their entry level

24  firefighter hiring process.

25          THE COURT:  Well, somebody had made a complaint;

UNITED STATES DISTRICT COURT

1  right?  It wasn't just like a random audit that occurred?

2          MR. McENTIRE:  We found -- it wasn't an individual

3  who made a complaint, but we found information sufficient to

4  open a Section 707 investigation.  Under Section 707 we can

5  independently open those investigations.  We don't do it

6  randomly.  But if there's sufficient information justifying

7  that, we can open it.

8          THE COURT:  How do you find that?  I mean, what do

9  you do?  Do you have some algorithm that searches publicly

10  available information?

11          MR. McENTIRE:  There's a wide variety of ways we can

12  do it.  We can look at statistics.  We can look at media

13  reports.  There's a lot of different things we can do.

14          THE COURT:  Okay.  You just don't want to tell me

15  what you did here?  I'm pretty sure I asked you directly what

16  you did and you gave me kind of a general answer.

17          Is there some reason why you can't tell me?

18          MR. McENTIRE:  There was publicly available

19  information that we reviewed that justified opening an

20  investigation.

21          THE COURT:  You're telling me why you opened the

22  investigation.  You're still not telling me what you -- you

23  remember the role that I play; right?

24          MR. McENTIRE:  Yeah, yeah, I do --

25          THE COURT:  I'm the guy that you're asking to issue

                    UNITED STATES DISTRICT COURT

1  an injunction.  And I don't have to do it just because you

2  asked.

3          So why don't you take one more chance to answer that

4  question.  Why did that occur here?

5          MR. McENTIRE:  Your Honor, I found -- and I will

6  represent this because I was the attorney who did it.  I found

7  media reports and articles on the Cobb County Fire Department

8  that contained information about their entry level firefighter

9  hiring process that made us give an additional look.  And once

10  we delved into it deeper, we determined that justifying an

11  investigation was acceptable.

12          THE COURT:  So let's get back to what we were talking

13  about.  And that is, I understand that you can come to court,

14  obviously.  No one at this point is saying that it's not

15  within your ability to do that.  But the question really is:

16  Why are you doing it if they're not doing -- if they're not

17  really doing what you want to stop and they're agreeing to not

18  only not do the bad stuff that you contend but also to pay the

19  money and to hire the people, help me understand why you need

20  a court order for that.

21          MR. McENTIRE:  Sure.  Well, in addition to the

22  narrowly tailored relief, Your Honor, with respect to fairness

23  hearings like this for consent decrees, they protect against

24  collateral challenges --

25          THE COURT:  Like?

1          MR. MCENTIRE:  And certainly there are other

2   individuals whose rights could potentially be impacted

3   by this.

4          THE COURT:  Sure.  That's where I'm going, is that

5   there is an argument to make that what you have agreed to as

6   far as the rehiring process is an illegal quota.  Now, you may

7   argue that, well, it is to address a legitimate problem that

8   existed and it's fair and reasonable, but I'm not so sure, not

9   in light of recent cases from the U.S. Supreme Court, recent

10  case in this circuit that I never would have thought would

11  have raised concerns.  It involves a venture capitalist fund

12  for African American women entrepreneurs that a trial judge in

13  the Northern District found to be acceptable under recent case

14  law.  And the Eleventh Circuit has enjoined the judge's

15  decision because it impermissibly, according to the argument

16  made by the plaintiffs in that particular case, uses a quota

17  or race as a factor.

18          And so I am concerned that the reason you're coming

19  to court is that you could not voluntarily do what you're

20  doing, that the County could not voluntarily do it, but that

21  you're trying to cloak some legitimacy in a court order so

22  that when those challenges come -- and I don't think it's hard

23  to imagine that they will -- to the practice that the County

24  might retreat to, that everybody can say, well, look, the

25  Northern District of Georgia, Judge Ray, has greed to this and

1  so it must be legal.

2          And, of course, nothing that I decide is the end of

3  the story.  I mean, there's appellate courts.  And I'm the

4  first stop not the last stop anyway.

5          So I'll tell you, I am reluctant to do it for that

6  reason.  Nobody has briefed that.  And, you know, the thing

7  is, is that, the reason why I don't even know if it's a true

8  case of controversy here is I don't even have anybody here

9  that will give me the other side of the argument.  In other

10 words, if I ask y'all -- and I probably will as we leave here

11 today ask you to brief this issue specifically about why this

12 is constitutional.  But y'all agreed to it.  And so I don't

13 have before me anyone who thinks it's not, which is, again,

14 why I really wonder if this is something that this Court ought

15 to be doing when I don't have the other argument.

16          And let me give you the flip side.  The flip side is,

17 I don't enter this injunction, I let y'all do what you want to

18 do.  Nobody is telling me now to not let you do it.  But you

19 do it privately.  And then when a firefighter whose seniority

20 is suddenly diluted and believes it was impermissibly done

21 based on race or some other reason files a lawsuit, then at

22 least then there are two parties before a court somewhere,

23 probably the Northern District of Georgia, not necessarily me,

24 but some judge, who then has the benefit of the adversarial

25 challenges that each side brings, which I don't have and won't

UNITED STATES DISTRICT COURT

1  have here in this matter because y'all have already settled it
2  before you even filed it.

3           So I'll let you respond to that.

4           MR. McENTIRE:  Yes, Your Honor.

5           First, I would note that we're happy to brief any
6  legal issue obviously that you would like us to brief.

7           Secondly, with regards to individuals whose rights
8  were diluted or affected, the only retroactive seniority
9  benefits in this case that could be affected by other
10 firefighters is whether one is laid off or comes back from --
11 although, I guess you're talking about individuals who would
12 have been hired but for the people who come in.

13          THE COURT:  Well, it's multiple.  There could have
14 been other people that -- well, let me just keep it simple
15 because I can't necessarily theorize all of it.  But a
16 firefighter who was hired who met the test sometime after the
17 date of someone who applied and was not hired suddenly falls
18 behind in seniority.  And I think it's more than layoff.  It's
19 also job assignments.

20          MR. McENTIRE:  No, it's not, Your Honor.  It's the --
21 the only thing in terms of -- I mean, it's pay grade.  It's
22 annual leave accrual.  But the only benefit that could
23 conceivably affect those who -- in terms of who goes before in
24 terms of where seniority could be bumped is the reduction in
25 force layoff and vice versa if people are brought back.  And

1  it's my understanding from talking with the County that the

2  firefighters have not had a reduction in force for a number of

3  years, so it may even not come up as an issue.

4          THE COURT:  Not ever, though.

5          Did the County have a reduction in force in the 2008

6  recession, firefighter ranks?

7          MR. BOYD:  I don't know that for sure, Your Honor.  I

8  hesitate to affirmatively state one way or the other.  I can

9  say right now that they're understaffed.

10         THE COURT:  It's possible they -- I mean, it seems

11 that, in some areas at least, firefighters are always short

12 staffed.  Public service workers generally seem to be.  But I

13 don't think it's just theoretical that we're talking about.

14 And I don't know that it matters for purposes of the analysis.

15 I mean, as everybody knows, this is a highly charged political

16 area.  And sometimes I am surprised when standing is found in

17 cases people file challenges that have very tenuous

18 connections to the controversy at issue.

19         And I don't know that this would ever be a highly

20 publicized event.  But, you know, should it be, then there are

21 people, just like the Government in this case, who might find

22 through police reports -- not police reports, press reports

23 certain actions and then file lawsuits as well and claim to

24 have standing.

25         I think trial courts are pretty stingy with standing.

1    The appellate courts have not been as stingy in recent years,

2    depending on the issue; right.  If it's an issue that the

3    judges want to do something about, they find standing it

4    seems, to me at least.  And then if it's something like the

5    status quo, then they don't find standing.

6            MR. McENTIRE:  Your Honor, if it --

7            THE COURT:  But there's also money too.  And there

8    are claims that can be made by firefighters who are not

9    hired -- excuse me, firefighters who are hired that don't get

10   money, whereas people that didn't work and weren't hired and

11   arguably should have been but for these tests are getting

12   money.  And I don't know what the consideration is necessarily

13   for the mitigation issues that would have occurred during

14   that.  But, you know, whenever there's money involved, it also

15   generates more interests.

16           And I know the politics of Cobb County, I'm going to

17   guess, better than any of the plaintiff's lawyers.

18           Are any of y'all local?  Anybody local?

19           MS. HUGHES:  I am local.  And I actually live in Cobb

20   County.

21           THE COURT:  Okay.  Good.  Then you'll know this.  But

22   Cobb County has historically been a hotbed of political

23   acrimony.  I say that as someone who has had a political life

24   before I became a judge, a state judge.  I was a state

25   legislator from Gwinnett County and was always happy I wasn't

1  from Cobb because, you know, it seemed like all the political

2  controversies, whatever they might be, started in Cobb.  Like,

3  for example, the City of Atlanta or some city somewhere passed

4  gun restrictive laws, a city in Cobb County passed a law that

5  said you had to have a gun if you lived in the county,

6  everybody had to have a gun.

7          They were the first county to deal with local

8  ordinances that would be viewed today very antigay legislation

9  about no spousal benefits for unmarried couples back when

10  there were more restrictions about who people could marry.

11          And, you know, currently the county has been involved

12  in incredible lengthy litigation over school board memberships

13  that has gone to federal court and to state court on multiple

14  occasions and has left the people of Cobb County really unsure

15  who their school board representatives are.

16          There have been -- Georgia history, I think probably

17  the most powerful person in any county is probably the

18  sheriff.  And Cobb County has had extensive and sometimes

19  controversial sheriffs that have been involved in, you know,

20  great political issues.  And I say that.  I think it's both

21  parties honestly, I think.  It's been a hotbed of cutting

22  political issues across the board no matter what the party

23  might be in control.

24          Right now there is a Republican dominated board of

25  education that might change after the next election, but

1   there's a Democratic dominated county commission.  I don't

2   think that's changing necessarily based on the voting patterns

3   in the county right now.  But the minority there is very

4   vocal.

5          As a judge in the metro Atlanta area, I'm always in

6   tune to all of this, as really any citizen that listens to the

7   news or reads the newspaper should be and would be.

8          So that being -- all that being said -- and I know

9   it's tangential to our considerations -- if I approve this

10  agreement, it's going to be publicized and it's going to lead

11  to I think a strong possibility that there's going to be some

12  action taken and then there's going to be a lawsuit dealing

13  with this order.

14         And, you know, the thing about -- there really is no

15  collateral effect of this order as to anyone who might be

16  aggrieved other than the firefighter candidates who didn't get

17  hired who might be covered by the definitions here.

18         I mean, do you disagree with that, Mr. McEntire?  I

19  mean, isn't it true that the agreement wouldn't -- let's say

20  there was a -- are all these firefighters, are they -- they're

21  all from a minority group who would benefit; is that correct?

22  Or multiple minority groups?

23         MR. McENTIRE:  The priority hires were really for

24  African American candidates.

25         THE COURT:  Okay.  I'm not sure the point I was

                    UNITED STATES DISTRICT COURT

1  making there.  But so if there is a -- for example, a
2  Caucasian firefighter whose seniority is diluted and the
3  possibility of being below someone else on a layoff that could
4  occur in the future should the County find itself in that kind
5  of predicament from a budgetary standpoint, they're not going
6  to be bound by this agreement, are they?  I mean, they'll
7  still have the right to contest that the agreement that
8  subverts or dilutes their seniority is illegal, wouldn't they?
9          MR. McENTIRE:  That's not accurate, No, Your Honor.
10          THE COURT:  Why is that not accurate?
11          MR. McENTIRE:  Because they received robust notice of
12  this consent decree and their right to object to it.
13          THE COURT:  How did that happen?
14          MR. McENTIRE:  It was put on the fire department's
15  intranet, which is their central repository for all HR
16  information within the fire department.
17          The notice of the settlement -- excuse me, the
18  consent decree, the right to object and a blank objection form
19  was also placed in every fire station in Cobb County on the
20  bulletin board.
21          THE COURT:  And as a matter of law, you said that
22  eliminates their ability to come to court later?
23          MR. McENTIRE:  It gives them a right to object to
24  this.  And if they do not --
25          THE COURT:  Well, if gives them a right now to

1  object.  But you say the fact that they have that right

2  forecloses their ability to complain later?  What's the

3  principal law that does that?

4          MR. McENTIRE:  I would have to brief that, Your

5  Honor.  But it's my understanding that they would lose their

6  right to that if that were the case.

7          THE COURT:  There's got to be a law that says that.

8  It doesn't just happen; right?

9          MR. McENTIRE:  Title VII says that they -- under

10 Title VII, it says that fairness hearings protect against

11 collateral challenges.  And this would be such a collateral

12 challenge if someone passed on the right to object here and

13 then subsequently tried to file a suit three months later

14 saying, well, I got laid off when someone who was there less

15 time than me --

16         THE COURT:  What about subsequent hires, subsequent

17 hires who -- well, a subsequent hire I guess would always be

18 after all of these people.  But we don't know how long it's

19 going to take Cobb County to effectuate the hires, so there

20 could be subsequent hires who don't receive notice because

21 they haven't applied yet and they're not employed yet.  And

22 then later there's an individual hired under this agreement

23 who then gets backdated seniority.

24         How does it foreclose that claim?

25         MR. McENTIRE:  I apologize.  I'm trying to understand

                    UNITED STATES DISTRICT COURT

1  your --

2      THE COURT:  So you've already given notice to the

3  people that you know about.

4      MR. McENTIRE:  Yes.  You're talking about the future

5  firefighter who --

6      THE COURT:  Future firefighters who are hired before

7  a person who is hired pursuant to this agreement but whom that

8  person who is hired subject to the agreement gets a backdated

9  seniority to a year -- four years earlier.

10     So what do we do about that?

11     MR. McENTIRE:  Well, under that scenario, Your Honor,

12 I'm trying to envision -- I don't think there would be any

13 unusual adverse impact associated with that.

14     THE COURT:  Do you want to explain --

15     MR. McENTIRE:  Yeah.  I apologize if I'm not

16 understanding you correctly.

17     THE COURT:  So let's assume that the agreement is

18 approved.  And just so happens that next week someone applies

19 and goes through the process and gets hired who is not subject

20 to this agreement and works for two or three years, however

21 long, and then thereafter there's an individual hired who is

22 covered by this agreement who gets backdated seniority, so

23 starts after the date of the individual whose hired next week

24 but ends up with seniority that predates the person hired next

25 week.

1          MR. MCENTIRE:  I would note, Your Honor, that person

2   would constitute a third party.  And to the extent that, you

3   know -- if courts have found the effect to be justified to

4   properly make -- fix them to discrimination whole, I'm not

5   sure if that person would have an interest or not under the

6   circumstances, but --

7          THE COURT:  Well, they would have -- I'll tell you

8   what.  If you know more about what he's trying to talk about,

9   why don't you tell me.

10         What is your name, ma'am?

11         MS. GRAY:  Juliet Gray.

12         THE COURT:  Why don't you --

13         MS. GRAY:  I'll try.

14         THE COURT:  Okay.

15         MS. GRAY:  Your Honor, the Supreme Court has held

16  that there's three components to make whole relief.  That's

17  backpay, an offer of priority hire and retroactive seniority.

18  There are certain cases were someone else may be bumped.  In

19  our case, it's very limited.  There's only 17 priority hire

20  positions over 700 positions.  They'll be spread over three

21  years.  And it's only for the order of layoff and recall,

22  which the County has no plans to, they have assured us, for

23  several years.  It could happen.

24         However, the Supreme Court has held that that limited

25  impact on third parties is acceptable to provide make whole

1  relief to victims of discrimination.  And a district court

2  should only not order retroactive seniority when there will be

3  an unusual adverse impact.

4       THE COURT:  And that comes from a Supreme Court case

5  issued when?

6       MS. GRAY:  **Franks V Bowen**.  And that was from 1976,

7  so it's still good law.

8       THE COURT:  Good law, but very questionable in light

9  of recent --

10      MS. GRAY:  Well, Your Honor, I do want to make one

11  thing clear.  There is no race-based relief offered here.

12  This relief is not going based on race.  It is going based on

13  remedying discrimination for specific individuals who applied

14  and were disqualified.

15      THE COURT:  So what law protects them then?  I mean,

16  if it's not based on race, then --

17      MS. GRAY:  It's based on being a victim of

18  discrimination.

19      THE COURT:  But they were discriminated against not

20  because a test was used but because they have to belong to a

21  protected class, right, for there to be disparate impact?  And

22  that protected class is a racial class; correct?

23      MS. GRAY:  It is, however --

24      THE COURT:  So it's based on race.

25      MS. GRAY:  That is not -- in the past there have been

                    UNITED STATES DISTRICT COURT

1 racial quotas.  You have to hire this many, you know, Black
2 applicants or this many female applicants.  That is no longer
3 permitted.  But the Supreme Court has upheld remedial relief
4 based on actual -- being an actual victim of discrimination.
5        THE COURT:  Yeah, but -- look, it can't be -- I'm not
6 sure.  Where did you go to college, undergrad?
7        MS. GRAY:  Georgia.
8        THE COURT:  Okay.  Good.  I like Georgia.  I went to
9 Georgia.
10       If your employer tomorrow doesn't hire somebody
11 because they went to Florida, that would be a really good
12 decision, and it wouldn't be illegal because people that go to
13 Florida or Alabama, even better, are not a protected class.
14       You know, it is the class membership that makes it
15 discrimination and makes it illegal; right?
16       And so let's say that, you know, there were five
17 people that were denied hires based on what the Government
18 complains about here and they come from five different
19 religions, five different ethnic backgrounds, five different
20 racial compositions; then you probably don't have a claim
21 because nobody is really discriminated against because of
22 class.
23       They are affected, right, by something that you don't
24 think is rationally related to any legitimate purpose, but
25 it's got to be discrimination before it's illegal,

1  discrimination as defined by federal law, which is race and

2  sex and national origin, you know, sexual identity and things

3  like that.

4       And that's not what we're talking about.  What we're

5  talking about is all the claimants were African American -- or

6  all the potential claimants; is that right?

7       MS. GRAY:  That's correct.

8       THE COURT:  If we were to have a trial in this case

9  and you had to prove the disparate impact, you would be

10 talking about that African American candidates because of this

11 procedure used that isn't rationally based or it's just no

12 legitimate reason to be using it, it's -- even though I know

13 that in this case the Government says they don't believe that

14 Cobb County was intentionally trying to discriminate, but

15 you're going to have to prove that they're a member of this

16 racial identity so that we can even look at the disparate

17 impact; right?

18      MS. GRAY:  That's correct.

19      THE COURT:  Right.  So I don't think it really

20 changes anything.  It is in effect from a remedy standpoint a

21 quota that says that these individuals have to be hired.

22      And here's the thing that we're not even talking

23 about, is -- and I don't pretend to understand what all goes

24 into a firefighting organization here, this case, Cobb

25 County's decision to hire anyone.  But, you know, it's not

1    hard for me to imagine that there could be candidates who are

2    better qualified otherwise who won't get hired because a

3    person who is being hired because they are within this class

4    as defined is guaranteed to be one of the people that is being

5    hired.

6          For example, if there are only 15, 16, whatever the

7    number was -- I'm sorry.  I don't remember -- that applied

8    from that group, they're getting hired regardless of the

9    qualifications of others; right?

10          MS. GRAY:  Your Honor, I don't think that's true,

11    because no one is going to get hired if they cannot

12    successfully complete all of the lawful hiring --

13          THE COURT:  That's not the point I made.  The point I

14    made was that other people that are better qualified are not

15    hired because the County is obligated under this agreement to

16    hire others who do form and make up a particular class.  And

17    we have that class because that is the basis that the lawsuit

18    is brought, is that we have a class of people who have

19    disparate -- who were discriminated against indirectly and

20    disparately affected based on the policies that Cobb County

21    adopted.

22          Look, I'm not defending Cobb County's decision.  I

23    don't know that I understand what credit worthiness has to do

24    with whether you're a good firefighter; but I can certainly

25    come up with some arguments that I think I would hear that

1   people that have financial problems might be distracted at

2   work, that they might be subject to be compromised.  We

3   certainly hear that in police activity, that people that owe a

4   lot of debt, have bad credit, could be compromised.

5   Firefighters may have their attention not focused if they have

6   financial troubles at home, that type of thing.

7           But like I said, I don't know whether there was a

8   legitimate interest for Cobb County to do what it did with

9   regard to the credit.  I will say that the -- hiring people

10  that do better on aptitude tests -- and I don't understand all

11  of that -- I mean, that kind of makes sense intuitively that

12  you want the smartest people in any job no matter what the job

13  is, the people that read the best, the people that -- math's

14  involved in firefighting too.  Calculations go through your

15  mind.  You have to write and communicate.  You have to write

16  reports in investigations.  I mean, that intuitively make

17  sense to me.

18          I understand that the Government has got some experts

19  that would say that maybe that's not right, so I'm not

20  concluding it.  I'm just saying, I can understand that a

21  little easier as someone who doesn't work in that area.

22          But again, not defending Cobb County's decision at

23  the time, to me it's unmistakable that there can be a

24  challenge.  And I'm not sure how it's going to turn out.

25          I mean, I don't know if you're familiar with this

                    UNITED STATES DISTRICT COURT

1  case I'm talking about that Judge Thrash has, this African

2  American women's entrepreneur fund.  I don't know why I can't

3  think of the name of it.  It's been in the news so much.  But

4  judge Thrash concluded that it wasn't discrimination for this

5  group to take its money and make grants to women to start

6  businesses, that there's legitimate reasons to want to promote

7  African American women small businesses.

8         And, you know, I was surprised, like obviously Judge

9  Thrash was, that the Eleventh Circuit has enjoined that and

10 said, no, that's potentially a violation of the law.  And so

11 hence my concern.

12        Because I think it may not be today or at the

13 conclusion of this case, but this is all headed for review one

14 way or the other, in my opinion.  And I take no comfort that

15 others might not have standing.

16        I mean, the person that filed that lawsuit isn't

17 someone who wanted to get a grant and didn't get a grant

18 because they were White or Asian or something else.  It was

19 just some think tank as I understand it.  And yet that case

20 still percolates in the Eleventh Circuit.  And, you know, it

21 may very well head to the U.S. Supreme Court.

22        MS. GRAY:  Your Honor, I do think there's a

23 fundamental difference between this case and that type of

24 case, which I don't know enough about that case to speak to

25 it, but I'm assuming it's an equal protection case.  This is a

1  Title VII case.  I don't know the reason they were choosing to
2  give those funds in the way they did.  I would guess it was to
3  promote diversity.

4        Similar to the *Harvard* cases that the Supreme Court
5  decided.  The Supreme Court said that was not a compelling
6  interest, but remedying -- repeatedly in the *Harvard* cases,
7  the Supreme Court reiterated that remedying discrimination
8  continues to be if -- to the extent we would have to show a
9  compelling interest, which we're not doing that.  We're under
10 Title VII right here.  But as to your point about --

11       THE COURT:  When I was using the term "compelling
12 interest", "legitimate interest" and "rational interest",
13 things like that, I wasn't really talking about the plaintiffs
14 here; I was talking more about Cobb County and their decisions
15 to have whatever criteria they had.  So I'm not really versed
16 in what you're arguing relative to what you have to have in
17 order to come into court.

18       I'm sorry.  Go ahead.

19       MS. GRAY:  Well, we're happy to answer any more
20 questions or address your concerns about people who may be
21 bumped.  I don't think that's true.  And I'm happy to address
22 that.  But if there are issues you still -- legal issues you
23 want us to brief, we're happy to do that.

24       THE COURT:  I think the first issue I want briefed is
25 the one that I -- maybe it wasn't the first thing I mentioned,

35

1  because I was asking Mr. Boyd to describe what was going on in

2  Cobb County, but is why we really even have a case or

3  controversy here that would need court intervention and a

4  court order when Cobb County is agreeing to do all these

5  things.  I mean, this isn't a trial where you're asking me to

6  find a violation.

7          Let me ask this, Mr. Boyd:  Is Cobb County

8  stipulating that they violated the law?

9          MR. BOYD:  No, Your Honor.

10          THE COURT:  I didn't think they were.

11          MR. BOYD:  Yeah.  It's a settlement of a contested

12  case.

13          THE COURT:  Right.  So why, again, do we need the

14  Court to issue an injunction and basically give approval to a

15  private agreement that allows the parties to obtain the relief

16  that you have already agreed to?

17          MS. GRAY:  I can try to answer that question.

18          THE COURT:  Okay.

19          MS. GRAY:  Normally a Title VII case doesn't come to

20  court unless someone has filed an EEOC charge.  However,

21  there's a specific section of Title VII, Section 707.  It

22  gives the Attorney General of the United States authority to

23  if you -- you know, it has a reasonable cause to believe

24  there's a pattern or practice of resistance to the rights

25  under Title VII to go to a district court to seek relief.  So

1  our view is we need to go to court, we need to file the
2  complaint, we need to seek relief from the court.
3          THE COURT:  So you're telling me -- wait a minute.
4  Are you telling me --
5          MS. GRAY:  That's one reason.
6          THE COURT:  Well, let me deal with that.
7          Are you telling me that the Government doesn't enter
8  into private agreements and avoid the filing of complaints in
9  some situations?
10          MS. GRAY:  It has happened, but that is not -- that
11  is rare.  And it is -- our general view is we need to go to
12  the Court and have it be a public process approved by the
13  Court.
14          THE COURT:  Why?
15          MS. GRAY:  Because of the way Section 707 of Title
16  VII is written.
17          THE COURT:  I'm sorry.  So what does it say that
18  requires you to go to court as opposed to relying on a private
19  agreement?
20          MS. GRAY:  I don't have the text in front of me, but
21  it says, to seek to file in district court and seek relief.
22  Again, we can put that in a brief --
23          THE COURT:  Do you want to take a moment and look for
24  it?
25          MS. GRAY:  Sure.

                    UNITED STATES DISTRICT COURT

1                          (brief pause)

2          THE COURT:  I'm going to suggest that probably it's

3    permissive language and not mandatory language on what the

4    Attorney General has to do.

5          I can't tell you the number of cases involving

6    federal agencies that have ended with private agreements that

7    later come to court where parties maybe don't -- the FTC comes

8    to mind, the SEC comes to mind, cases where there are private

9    agreements to resolve actions.

10         MS. GRAY:  Your Honor, this is the language from

11   Title VII.  "Whenever the Attorney General has reasonable

12   cause to believe that any person or group of persons is

13   engaged in a pattern or practice of resistance to the full

14   enjoyment of any of the rights secured by this subchapter and

15   that the pattern or practice is of such a nature and is

16   intended to deny the full exercise of the rights herein

17   described, the Attorney General may bring a civil action in

18   the appropriate district court of the United States by filing

19   with it a complaint."  It goes on.

20         But that -- our view is that that is the authority we

21   have from Congress, is to file a complaint and have the

22   relief -- have the Court grant the relief.

23         THE COURT:  But wait a minute.  That statute doesn't

24   govern when this court issues injunctions, does it?  I mean,

25   there's an independent analysis that the Court has to engage

                    UNITED STATES DISTRICT COURT

1  in that has four factors in it, one of which is that it's in
2  the public interest that it issue.
3        So I mean, to me that statute says, when you can go
4  to court not when you have to go to court.
5        And so my question then comes back to the one I
6  asked, which is:  Why do you need to come to court?
7        I'm telling you, I'm thinking y'all want to come to
8  court because you want the cover of this court's authority
9  that what you did and what you want to do is legitimate.  And
10  I'm not sure that it is.  I honestly am not, not based on the
11  rulings that I have seen recently.
12        Otherwise -- I mean, if nobody is going to complain
13  about it -- that's what y'all are saying, nobody is going to
14  complain.  The White firefighters aren't going to complain.
15  It's theoretical if they ever are laid off, it's fair to pay
16  damages -- and it may be -- to people that weren't hired and
17  should have been hired, assuming that what Cobb County did was
18  wrong.  Although, it doesn't agree that what it did was
19  necessarily wrong.  It just says it's not doing it anymore and
20  it's not going to do it anymore.
21        If nobody is going to complain about it, then there's
22  really no reason that you need a court order for it to start
23  with.  But maybe somebody is going to complain about it.  And
24  so, you know, there's this desire to be able to point to a
25  judge's order saying, well, you know, we took it to a judge

1    and the judge agreed with it and so, you know, it's okay.

2            I'm just being honest.  That's what I think is going

3    on.  I think the case drips in political motive on the

4    Government's behalf.

5            I think, you know, if it's a narrative that exists in

6    the current administration -- you know, we had a change in the

7    election.  That narrative may be different and so maybe that's

8    a reason.  I don't know.  I just don't see that it's necessary

9    to have an injunction.

10           And I do know this:  I mean, I've been a judge a long

11   time.  I've been a judge for 20 -- almost 23 years in three

12   different places.  And there have not been many injunctions

13   that I have granted because I take very seriously my

14   responsibility as the gatekeeper for injunctions -- and that

15   includes when the Government is a defendant.  And that happens

16   a good bit too -- that only when absolutely necessary should

17   an injunctive power of the Court be involved, because, for

18   one, separation of powers, and two, just the general restraint

19   that unelected individuals should show in the power they have.

20           And I just don't know that I need to issue an

21   injunction on something that the Government believes that the

22   defendant is going to do, the defendant has said it's going to

23   do it.

24           It seems to me if the defendant doesn't do it, then

25   maybe you come back to court.  And, you know, it's a little

1  bit different argument then, right, because the defendant has
2  not followed through on what it said its intention was.
3      We sit here today and everybody assumes that Cobb
4  County is operating in good faith.
5      I mean, this isn't even a case where the defendant
6  was engaging in illegal behavior at the time the lawsuit was
7  filed.  By everybody's estimation, the illegal behavior, if it
8  is illegal, ended in 2021 not in May of 2024.
9      So this is what I'm most concerned about.  And I'm
10 going to want some briefing on it for sure.  And, you know,
11 I'm mindful of the fact that I'm only going to get one side on
12 that briefing.  I don't see Cobb County spending a bunch of
13 money to write a brief on this issue.  I'm not requiring them
14 to.  But I'm mindful that the other side of it is not before
15 me.
16     I think it's probably the thing that frustrates trial
17 judges the most is, I mean, this is an area that's ripe for
18 some, you know, amicus briefing, but amicus briefing rarely
19 comes in at the trial court level except for the most high
20 profile things that are already in the press; but often comes
21 in and would come in at the appellate court level once there
22 would be some publicity that would come to the subject.
23     So let me just end our hearing this way:  I'm not
24 going to approve the agreement today.
25     Let me just ask:  Is there anyone here that was here
                    UNITED STATES DISTRICT COURT

1  to object to the agreement that was negotiated and announced

2  between the plaintiff and the defendant?

3          The Court sees no one in response to that question.

4          There were seven people that were identified in the

5  brief that was filed with the Court on this matter.  I think

6  the parties indicated that six of those people indicated they

7  filed an objection in error.

8          And the one person who did object has not provided

9  any substantial basis for their objection, other than just

10 that they objected; is that right?

11         MR. McENTIRE:  That's correct, Your Honor.

12         THE COURT:  Okay.  So the record will reflect the

13 lack of anyone here to object.

14         How long, Mr. McEntire or Ms. Gray, would you need to

15 brief the issues we talked about?

16         MR. McENTIRE:  Obviously we're working on your

17 schedule.  I'm sure we can turn something around --

18         THE COURT:  I'm not asking you to do it fast.  But

19 you tell me what you need.

20         Let me just reiterate what I want.  I want some

21 briefing on the issue about case in controversy about

22 generally why the court is a necessary party and needs to be

23 involved in this.  And then I also want there to be briefing

24 on why the designed resolution is permissible under recent

25 circuit and U.S. Supreme Court law, you know, related to the

1 use of race as a basis for hiring decisions in other programs
2 and grants, things like that.

3     MR. McENTIRE:  Yes, Your Honor.  Would 45 days be all
4 right?

5     THE COURT:  Forty-five is fine.

6     MR. McENTIRE:  Actually, I'm being told that we might
7 need 60.

8     THE COURT:  Okay.  Sixty is fine.

9     Ms. Lundy here will let me know when the briefs are
10 filed.

11     Mr. Boyd, I'm not asking for the County to brief it.
12 But if you want to respond on what you read from the
13 Government, then please let me know that you want to.  And
14 then we'll set up a timetable for that after -- wait until you
15 read what they say.

16     MR. BOYD:  Thank you, Your Honor.

17     THE COURT:  But I'm not really expecting you to do
18 anything other than sit idly by and allow the plaintiffs to
19 pursue that.

20     I want to make this clear:  I'm not trying to create
21 a problem, but I want to make sure that, you know, if I agree
22 with what you have asked in this case that I'm able to
23 consider it from the viewpoint of what might occur down the
24 road.  And, you know, there's no way I'm going to be able to
25 anticipate or you're going to be able to anticipate everything

1  that might happen because there have been a lot of very

2  creative arguments made in recent years related to race issues

3  in hiring and employment, et cetera.  But I just want to make

4  sure that we absorb it all.

5          And like I said, I read this Saturday, not anytime

6  prior to that.  And had I read it before that, I would have,

7  you know, probably tried to have this conversation at least

8  through Zoom on an earlier date.  But I just didn't.  So

9  that's really my fault not yours.

10          Mr. McEntire, are you from D.C.?

11          MR. McENTIRE:  Yes.

12          THE COURT:  How about you, Ms. Gray?

13          MS. GRAY:  I'm from Louisiana.

14          THE COURT:  But you live here now?

15          MS. GRAY:  I live in D.C.

16          THE COURT:  You just volunteered because it was a

17  Georgia case?  You should have asked me to reset the hearing

18  for Friday and you could have stayed for the ballgame on

19  Saturday.

20          And then, I'm sorry.  You are -- ma'am, right here,

21  what is your name?

22          MS. HUGHES:  Yes, Your Honor.  Aileen Bell Hughes.

23  I'm an assistant U.S. Attorney here.

24          THE COURT:  I got Bell.  I didn't have Hughes.  I'm

25  sorry.

1          You go by Bell Hughes?

2          MS. HUGHES:  Bell Hughes, yes, Your Honor.

3          THE COURT:  And are you Ms. Geller?

4          MS. GELLER:  Yes.

5          THE COURT:  And are you in D.C. as well?

6          MS. GELLER:  I am.

7          THE COURT:  Thank you all.  So I'll look forward to

8    hearing what you have to say.

9          It seems like we get more coverage these days of what

10   goes on in trial courts from Zoom.  I'm always really

11   surprised when groups find out about what's going on in court.

12   But I don't believe anything is live streamed anymore from

13   this court.  If it were, then maybe that would increase the

14   likelihood that I would get some countervailing submittals,

15   which I would be happy to get.  But I'm not going to go out

16   and ask for it.  I wouldn't know how to do that.  But if for

17   some reason the press finds out about this, then maybe I will.

18          All right.  Thank y'all very much.

19          **(The proceedings concluded 4:05 p.m.)**

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

1

2

3

4                        Reporter's Certification

5    I certify that the foregoing is a correct transcript from the

6    record of proceedings in the above-entitled matter.

7
                                 /S/Geraldine S. Glover, RPR, CRR, RCR
8                                Official Court Reporter
                                 United States District Court
9                                Northern District of Georgia

10   Date:   September 9, 2024

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        UNITED STATES DISTRICT COURT

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

MR. BOYD: [23] 3/12
4/25 5/19 6/1 6/8 7/14
7/18 9/17 9/22 9/25
10/25 11/7 13/19 14/6
14/9 14/12 14/14 14/17
14/20 20/7 35/9 35/11
42/16
MR. McENTIRE: [51]
MS. GELLER: [2] 44/4
44/6
MS. GRAY: [24] 27/11
27/13 27/15 28/6 28/10
28/17 28/23 28/25 29/7
30/7 30/18 31/10 33/22
34/19 35/17 35/19 36/5
36/10 36/15 36/20
36/25 37/10 43/13
43/15
MS. HUGHES: [3]
21/19 43/22 44/2
THE COURT: [98]

'
'21 [1] 9/22

/
/S/Geraldine [1] 45/7

**1**
10 [1] 11/3
10 percent [2] 7/25 8/1
11 [1] 12/16
15 [2] 10/23 31/6
16 [3] 11/2 11/3 31/6
17 [1] 27/19
1714 [1] 1/24
1976 [1] 28/6
1:24-cv-02010-WMR
[1] 1/6

**2**
20 [1] 39/11
200 [1] 6/15
2008 [1] 20/5
2010 [1] 3/5
2016 [1] 10/11
2020 [8] 5/9 6/19 9/13
10/7 10/11 13/3 14/2
14/19
2021 [2] 14/19 40/8
2024 [3] 1/13 40/8
45/10
23 [1] 39/11
26 [1] 1/13

**3**
30303-3309 [1] 1/25
3309 [1] 1/25

**4**
45 [1] 42/3
4:05 [1] 44/19

**6**
60 [1] 42/7

**7**
70 [1] 7/8
700 [1] 27/20
707 [5] 12/21 15/4 15/4
35/21 36/15
75 [1] 1/24

**8**
80 [2] 5/22 6/6
85 [2] 5/23 6/3

**9**
90 [3] 5/22 6/3 7/24
90 percent [3] 7/21
7/23 8/2

**A**
ability [3] 16/15 24/22
25/2
able [4] 38/24 42/22
42/24 42/25
about [48]
above [1] 45/6
above-entitled [1] 45/6
absolutely [1] 39/16
absorb [1] 43/4
acceptable [3] 16/11
17/13 27/25
according [1] 17/15
account [1] 11/23
accrual [1] 19/22
ACCUPLACER [8]
5/15 6/2 6/12 6/19 7/15
9/17 10/6 11/6
accurate [2] 24/9 24/10
acknowledge [1] 4/1
acrimony [1] 21/23
across [1] 22/22
action [3] 4/5 23/12
37/17
actions [2] 20/23 37/9
activities [1] 8/25
activity [1] 32/3
actual [2] 29/4 29/4
actually [4] 7/19 8/19
21/19 42/6
addition [1] 16/21
additional [1] 16/9
address [4] 13/19 17/7
34/20 34/21
administered [1] 5/16
administration [2] 6/18
39/6
adopted [1] 31/21
adversarial [1] 18/24
adverse [2] 26/13 28/3
affect [1] 19/23
affected [4] 19/8 19/9
29/23 31/20
affirmatively [1] 20/8
African [8] 6/4 6/23
17/12 23/24 30/5 30/10
33/1 33/7
after [6] 9/20 19/16
22/25 25/18 26/23

42/14
afternoon [1] 3/2
again [4] 18/13 32/22
35/13 36/22
against [5] 16/23 25/10
28/19 29/21 31/19
agencies [1] 37/6
aggrieved [1] 23/16
agree [6] 5/13 11/22
12/1 12/4 38/18 42/21
agreed [5] 12/20 17/5
18/12 35/16 39/1
agreeing [4] 11/12
11/20 16/17 35/4
agreement [2] 3/16
3/18 3/23 3/24 3/25 4/2
4/8 9/6 9/7 10/3 10/13
12/2 23/10 23/19 24/6
24/7 25/22 26/7 26/8
26/17 26/20 26/22
31/15 35/15 36/19
40/24 41/1
agreements [7] 4/4
12/9 12/11 12/13 36/8
37/6 37/9
ahead [2] 4/10 34/18
Aileen [3] 2/6 2/8 43/22
6/23 29/2 29/2
Alabama [1] 29/13
algorithm [1] 15/9
all [30] 3/4 3/10 3/14
3/21 7/9 7/10 10/14
11/13 11/20 12/4 12/4
19/15 22/1 23/6 23/8
23/20 23/21 24/15
25/18 30/5 30/6 30/23
31/12 32/10 33/13 35/4
42/3 43/4 44/7 44/18
allegation [1] 14/3
allow [1] 42/18
allows [1] 35/15
almost [1] 39/11
along [1] 13/17
already [4] 19/1 26/2
35/16 40/20
also [9] 4/21 9/20
11/11 16/18 19/19 21/7
21/14 24/19 41/23
although [2] 19/11
38/18
always [6] 3/20 20/11
21/25 23/5 25/17 44/10
20/16 21/19 38/10 44/6
AMERICA [1] 1/4
American [8] 6/4 6/23
17/12 23/24 30/5 30/10
33/2 33/7
amicus [2] 40/18 40/18
amount [2] 6/14 11/12
analyses [3] 8/20 9/2
9/2
analysis [5] 4/21 8/5
8/6 20/14 37/25
announced [1] 41/1
annual [1] 19/22
another [1] 4/6

answer [7] 7/19 14/20
14/21 15/16 16/3 34/19
35/17
anticipate [2] 42/25
42/25
antigay [1] 22/8
any [16] 7/13 8/1 9/16
12/7 19/5 21/17 21/18
22/17 23/6 26/12 29/24
32/12 34/19 37/12
37/14 41/9
anybody [2] 18/8 21/18
anymore [5] 9/9 9/14
38/19 38/20 44/12
anyone [5] 18/13 23/15
30/25 40/25 41/13
anything [4] 5/14 30/20
42/18 44/12
anytime [1] 43/5
anyway [1] 18/4
apologize [2] 25/25
26/15
apparently [1] 12/19
appellate [3] 18/3 21/1
40/21
applicants [5] 4/20 6/4
6/23 29/2 29/2
applied [4] 19/17 25/21
28/13 31/7
applies [1] 26/18
apply [1] 10/20
appreciate [1] 12/25
appropriate [2] 5/7
37/18
approval [1] 35/14
approve [3] 4/11 23/9
40/24
approved [2] 26/18
36/12
aptitude [2] 4/21 32/10
are [48]
area [5] 11/14 20/16
23/5 32/21 40/17
areas [2] 10/16 20/11
aren't [3] 4/4 4/7 38/14
arguably [1] 21/11
argue [1] 17/7
arguing [1] 34/16
argument [7] 5/5 8/9
17/5 17/15 18/9 18/15
40/1
arguments [3] 6/25
31/25 43/2
around [1] 41/17
articles [1] 16/7
as [36] 4/19 6/19 7/6
7/6 8/12 8/23 9/12 10/3
12/14 12/16 12/24 13/4
13/22 14/23 17/5 17/6
17/17 18/10 20/3 20/15
20/23 21/1 21/23 23/5
23/6 23/15 24/21 30/1
31/4 32/21 33/19 34/10
36/18 39/14 42/1 44/5
Asian [1] 33/18
aside [2] 11/12 11/23

ask [6] 4/16 18/10
18/11 35/7 40/25 44/16
asked [6] 14/23 15/15
16/2 38/6 42/22 43/17
asking [5] 12/19 15/25
35/1 35/5 41/18 42/11
assignments [1] 19/19
assistant [1] 43/23
associated [1] 26/13
assume [1] 26/17
assumes [1] 40/3
assuming [2] 33/25
38/17
assured [1] 27/22
ATLANTA [4] 1/2 1/25
22/3 23/5
attention [1] 32/5
attorney [7] 2/8 16/6
35/22 37/4 37/11 37/11
43/23
audit [1] 15/1
August [1] 1/13
authority [4] 12/22
35/22 37/20 38/8
available [2] 15/10
15/18
avoid [1] 36/8
aware [1] 14/6

**B**
back [8] 3/16 12/2
16/12 19/10 19/25 22/9
38/5 39/25
backdated [3] 25/23
26/8 26/22
background [4] 5/2 5/3
13/20 13/25
backgrounds [1] 29/19
backpay [1] 27/17
bad [2] 16/18 32/4
ballgame [1] 43/18
Bar [1] 7/3
based [13] 18/21 23/2
28/11 28/12 28/12
28/16 28/17 28/24 29/4
29/17 30/11 31/20
38/10
basically [1] 35/14
basis [3] 31/17 41/9
42/1
be [73]
became [1] 21/24
because [36] 4/1 5/6
8/4 11/21 12/4 12/12
16/1 16/6 17/15 19/1
19/15 22/1 24/11 25/20
28/20 28/20 29/11
29/12 29/21 29/21
30/10 31/2 31/3 31/11
31/15 31/17 33/12
33/18 35/1 36/15 38/8
39/13 39/17 40/1 43/1
43/16
been [20] 4/14 13/4
13/22 14/3 19/12 19/14
21/1 21/11 21/22 22/11

**B**

been... [10] 22/16 22/19 22/21 28/25 33/3 38/17 39/10 39/11 39/12 43/1
before [13] 1/12 3/17 3/23 12/20 18/13 18/22 19/2 19/23 21/24 26/6 29/25 40/14 43/6
behalf [4] 2/4 2/11 3/6 39/4
behavior [3] 5/8 40/6 40/7
behind [1] 19/18
being [13] 3/19 4/5 4/6 5/15 23/8 23/8 24/3 28/17 29/4 31/3 31/4 39/2 42/6
believe [6] 5/9 6/14 30/13 35/23 37/12 44/12
believes [2] 18/20 39/21
Bell [6] 2/6 2/8 43/22 43/24 44/1 44/2
belong [1] 28/20
below [1] 24/3
beneficiaries [1] 10/3
benefit [3] 18/24 19/22 23/21
benefits [2] 19/9 22/9
best [2] 4/2 32/13
better [7] 5/20 5/22 21/17 29/13 31/2 31/14 32/10
between [5] 10/11 10/18 14/19 33/23 41/2
biannual [3] 3/20 3/21 3/21
bit [4] 3/14 3/16 39/16 40/1
Black [1] 29/1
blank [1] 24/18
board [5] 22/12 22/15 22/22 22/24 24/20
bolts [1] 9/6
both [3] 10/16 11/2 22/20
bought [1] 13/25
bound [1] 24/6
Bowen [1] 28/6
Boyd [7] 2/12 3/11 3/12 4/23 35/1 35/7 42/11
Brian [3] 2/5 3/8 6/10
brief [11] 18/11 19/5 19/6 25/4 34/23 36/22 37/1 40/13 41/5 41/15 42/11
briefed [2] 18/6 34/24
briefing [6] 40/10 40/12 40/18 40/18 41/21 41/23
briefs [1] 42/9
bring [1] 37/17
brings [1] 18/25

brought [2] 19/25 31/18
budgetary [1] 24/5
bulletin [1] 24/20
bumped [3] 19/24 27/18 34/21
bunch [1] 40/12
businesses [2] 33/6 33/7
buys [1] 13/20

**C**

Calculations [1] 32/14
came [1] 14/15
can [33] 3/2 4/2 4/23 5/7 5/10 6/11 7/19 11/18 11/21 11/23 11/24 11/25 12/4 13/19 14/21 15/4 15/7 15/11 15/12 15/12 15/13 16/13 17/24 20/8 21/8 30/16 31/24 32/20 32/23 35/17 36/22 38/3 41/17
can't [7] 4/9 6/9 15/17 19/15 29/5 33/2 37/5
candidates [5] 13/6 23/16 23/24 30/10 31/1
cannot [1] 31/11
capitalist [1] 17/11
case [33] 1/6 3/4 5/6 6/25 12/3 17/10 17/13 17/16 18/8 19/9 20/21 25/6 27/19 28/4 30/8 30/13 30/24 33/1 33/13 33/19 33/23 33/24 33/24 33/25 34/1 35/2 35/12 35/19 39/3 40/5 41/21 42/22 43/17
cases [12] 4/3 4/5 4/6 12/7 12/10 17/9 20/17 27/18 34/4 34/6 37/5 37/8
Caucasian [1] 24/2
cause [2] 35/23 37/12
caused [1] 6/22
central [1] 24/15
certain [4] 10/19 11/11 20/23 27/18
certainly [4] 12/8 17/1 31/24 32/3
Certification [1] 45/4
certify [1] 45/5
cetera [1] 43/3
challenge [2] 25/12 32/24
challenges [5] 16/24 17/22 18/25 20/17 25/11
challenging [1] 7/12
chance [1] 16/3
change [2] 22/25 39/6
changes [1] 30/20
changing [1] 23/2
charge [1] 35/20
charged [1] 20/15

check [11] 5/1 5/2 5/3 5/9 10/10 10/11 11/4 13/3 13/13 13/20 13/25
checks [2] 9/12 13/11
child [1] 12/13
chooses [1] 13/2
choosing [1] 34/1
chosen [1] 11/9
circuit [6] 3/20 17/10 17/14 33/9 33/20 41/25
circuits [1] 3/22
circumstances [1] 27/6
citizen [1] 23/6
city [3] 22/3 22/3 22/4
civil [1] 37/17
claim [4] 6/5 20/23 25/24 29/20
claimants [2] 30/5 30/6
claims [1] 21/8
Clare [1] 2/6
class [15] 4/5 7/11 7/12 9/22 10/15 28/21 28/22 28/22 29/13 29/16 29/22 31/3 31/16 31/17 31/18
classes [1] 10/18
clear [2] 28/11 42/20
cloak [1] 17/21
COBB [29] 1/7 3/5 3/12 4/18 4/19 16/7 21/16 21/19 21/22 22/1 22/2 22/4 22/14 22/18 24/19 25/19 30/14 30/24 31/20 31/22 32/8 32/22 34/14 35/2 35/4 35/7 38/17 40/3 40/12
coincided [1] 3/19
collateral [4] 16/24 23/15 25/11 25/11
collecting [2] 13/5
college [1] 29/6
come [19] 11/3 11/5 12/7 14/7 16/13 17/22 19/12 20/3 24/22 29/18 31/25 34/17 35/19 37/7 38/6 38/7 39/25 40/21 40/22
comes [7] 19/10 28/4 37/7 37/8 38/5 40/19 40/20
comes back [1] 19/10
comfort [1] 33/14
coming [2] 11/21 17/18
commission [1] 23/1
commit [1] 10/14
communicate [1] 32/15
compelling [3] 34/5 34/9 34/11
compensate [1] 11/13 11/24
complain [6] 25/2 38/12 38/14 38/14 38/21 38/23
complains [1] 29/18
complaint [7] 8/1 13/5

14/25 15/3 36/2 37/19 37/21
complaints [2] 12/22 36/8
complete [1] 31/12
components [1] 27/16
compositions [1] 29/20
comprehensive [1] 6/13
compromised [2] 32/2 32/4
computer [1] 1/18
conceivably [1] 19/23
concern [2] 10/16 33/11
concerned [2] 17/18 40/9
concerns [3] 14/16 17/11 34/20
concluded [2] 33/4 44/19
concluding [1] 32/20
conclusion [1] 33/13
conference [1] 3/21
conferences [1] 3/22
Congress [1] 37/21
connections [1] 20/18
consent [4] 12/24 16/23 24/12 24/18
consider [1] 42/23
consideration [1] 21/12
considerations [1] 23/9
considered [1] 7/9
considering [1] 14/1
constitute [1] 27/2
constitutional [1] 18/12
contained [1] 16/8
contend [1] 16/18
contest [1] 24/7
contested [1] 35/11
continues [1] 34/8
continuing [1] 12/12
control [1] 22/23
controversial [2] 22/19
controversies [1] 22/2
controversy [5] 12/3 18/8 20/18 35/3 41/21
conversation [1] 43/7
correct [17] 5/10 8/3 8/14 9/10 9/15 9/25 10/22 11/10 11/16 11/17 14/9 23/21 28/22 30/7 30/18 41/11 45/5
correctly [1] 26/16
correlate [1] 7/6
could [14] 17/2 17/19 17/20 19/9 19/13 19/22 19/24 22/10 24/3 25/20 27/23 31/1 32/4 43/18
countervailing [1] 44/14
county [48]
County's [5] 30/25 31/22 32/22
couple [1] 3/19
couples [1] 22/9
course [1] 18/2

court [64]
court's [1] 38/8
courtroom [1] 4/10
courts [6] 12/15 18/3 20/25 21/1 27/3 44/10
cover [3] 10/4 10/5 38/8
coverage [1] 44/9
covered [2] 23/17 26/22
create [1] 42/20
creative [1] 43/2
credit [19] 4/20 5/1 5/4 5/9 9/12 9/15 10/10 10/11 11/4 12/2 13/3 13/5 13/6 13/11 13/16 13/22 31/23 32/4 32/9
criminal [1] 5/3
criteria [1] 34/15
criticism [1] 5/16
CRR [2] 1/23 45/7
CRT [1] 2/7
current [1] 39/6
currently [1] 22/11
custody [1] 12/13
cutting [1] 22/21
cv [2] 1/6 3/5

**D**

D.C [3] 43/10 43/15 44/5
damages [1] 38/16
data [1] 14/23
date [6] 4/13 5/10 19/17 26/23 43/8 45/10
days [4] 7/4 7/10 42/3 44/9
deal [3] 4/12 22/7 36/6
dealing [1] 23/12
debt [1] 32/4
decide [1] 18/2
decided [1] 34/5
decision [5] 17/15 29/12 30/25 31/22 32/22
decisions [2] 34/14 42/1
decree [3] 12/24 24/12 24/18
decrees [1] 16/23
deeper [1] 16/10
defendant [9] 1/8 2/11 39/15 39/22 39/22 39/24 40/1 40/5 41/2
defending [2] 31/22 32/22
defined [2] 30/1 31/4
defines [1] 10/12
definitely [1] 14/1
definitions [1] 23/17
delved [1] 16/10
Democratic [1] 23/1
denied [1] 29/17
deny [1] 37/16
department [4] 13/22 14/2 16/7 24/16

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**D**

department's [1]  24/14
departments [1]  8/20
depended [1]  11/15
depending [2]  7/11
21/2
deputy [1]  4/10
describe [1]  35/1
described [1]  37/17
designed [1]  41/24
desire [1]  38/24
detailed [1]  8/5
details [1]  4/8
determination [1]  6/21
determined [1]  16/10
detractions [1]  7/11
did [21]  5/3 6/6 7/6
7/17 7/17 7/25 9/21
10/15 15/15 15/16 16/4
16/6 20/5 24/13 29/6
32/8 34/2 38/9 38/17
38/18 41/8
didn't [11]  6/3 8/8 11/5
11/9 11/25 21/10 23/16
33/17 35/10 43/8 43/24
difference [2]  6/3 33/23
different [8]  7/10 15/13
29/18 29/19 29/19 39/7
39/12 40/1
diluted [3]  18/20 19/8
24/2
dilutes [1]  24/8
directly [1]  15/15
disagree [1]  23/18
discriminate [1]  30/14
discriminated [3]  28/19
29/21 31/19
discrimination [10]  27/4
28/1 28/13 28/18 29/4
29/15 29/25 30/1 33/4
34/7
disparate [5]  6/22
28/21 30/9 30/16 31/19
disparately [1]  31/20
disproportionate [1]  6/4
disqualified [1]  28/14
distracted [1]  32/1
district [12]  1/1 1/1
1/12 17/13 17/25 18/23
28/1 35/25 36/21 37/18
45/8 45/9
diversity [1]  34/3
division [2]  1/2 12/13
divorce [1]  12/10
do [55]
does [4]  25/3 25/24
36/17 37/24
doesn't [8]  25/8 29/10
32/21 35/19 36/7 37/23
38/18 39/24
doing [11]  5/8 9/2 9/14
13/11 16/16 16/16
16/17 17/20 18/15 34/9
38/19
DOJ [1]  2/7

DOJ-CRT [1]  2/7
dominated [2]  22/24
23/1
don't [56]
done [5]  5/11 5/17 8/19
9/8 18/20
down [1]  42/23
drips [1]  39/3
Drive [1]  1/24
during [2]  10/20 21/13

**E**

each [3]  6/14 11/2
18/25
earlier [2]  26/9 43/8
easier [1]  32/21
education [1]  22/25
EEOC [1]  35/20
effect [3]  23/15 27/3
30/20
effectively [1]  6/1
effectuate [1]  25/19
either [1]  11/22
election [2]  22/25 39/7
Eleventh [4]  3/20 17/14
33/9 33/20
eliminates [1]  24/22
Ellis [1]  2/13
else [3]  24/3 27/18
33/18
employed [1]  25/21
employees [1]  13/21
employer [2]  8/13
29/10
employment [1]  43/3
end [2]  18/2 40/23
ended [2]  37/6 40/8
ends [1]  26/24
enforce [1]  12/12
engage [1]  37/25
engaged [1]  37/13
engaging [1]  40/6
enhancements [1]  7/10
enjoined [2]  17/14 33/9
enjoyment [1]  37/14
enough [5]  6/1 10/6
11/5 11/8 33/24
ensure [1]  13/7
enter [3]  12/19 18/17
36/7
entitled [1]  45/6
entrepreneur [1]  33/2
entrepreneurs [1]
17/12
entry [2]  14/23 16/8
envision [1]  26/12
equal [1]  33/25
Equifax [1]  13/17
error [1]  41/7
establish [1]  8/14
estimation [1]  40/7
et [1]  43/3
ethnic [1]  29/19
even [14]  5/20 9/18
12/20 13/4 18/7 18/8
19/2 20/3 29/13 30/12

30/16 30/22 35/2 40/5
event [2]  13/2 20/20
ever [3]  20/4 20/19
38/15
every [2]  3/22 24/19
everybody [4]  17/24
20/15 22/6 40/3
everybody's [1]  40/7
everything [1]  42/25
exactly [2]  7/3 13/10
exam [3]  6/18 7/21
10/6
example [3]  22/3 24/1
31/6
except [1]  40/19
excuse [2]  21/9 24/17
exercise [1]  37/16
existed [1]  17/8
exists [1]  39/5
expecting [1]  42/17
experience [2]  8/17
12/16
expert [1]  8/13
experts [1]  25/2
explain [1]  26/14
extensive [1]  22/18
extent [2]  27/2 34/18

**F**

fact [3]  12/6 25/1 40/11
factor [1]  17/17
factors [1]  38/1
failed [2]  10/11 11/4
fair [2]  17/8 38/15
fairness [2]  16/22
25/10
faith [1]  40/4
falls [1]  19/17
familiar [1]  32/25
far [2]  7/6 17/6
fast [1]  41/18
fault [1]  43/9
federal [1]  1/24 12/8
12/22 13/1 22/13 30/1
37/6
fell [2]  10/15 11/13
female [1]  29/2
few [2]  4/5 4/14
file [7]  12/22 20/17
20/23 25/13 36/1 36/21
37/21
filed [13]  3/18 3/25 4/2
4/4 11/19 12/20 19/2
33/16 35/20 40/7 41/5
41/7 42/10
files [1]  18/21
filing [4]  11/21 13/4
36/8 37/18
financial [2]  32/1 32/6
find [7]  15/8 20/21 21/3
21/5 24/4 35/6 44/11
finds [1]  44/17
fine [2]  42/5 42/8
fire [7]  8/20 13/22 14/2
16/7 24/14 24/16 24/19
firefighter [15]  4/20 8/7

8/24 9/3 10/7 13/6
14/24 16/8 18/19 19/16
20/6 23/16 24/2 26/5
31/24
firefighters [12]  8/23
9/1 9/23 19/10 20/2
20/11 21/8 21/9 23/20
26/6 32/5 38/14
firefighting [4]  8/18
8/25 30/24 32/14
first [11]  4/17 5/1 6/21
6/22 9/19 14/22 18/4
19/5 22/7 34/24 34/25
five [5]  29/16 29/18
29/19 29/19 42/5
fix [1]  27/4
flip [2]  18/16 18/16
Florida [2]  29/11 29/13
focused [1]  32/5
followed [1]  40/2
force [3]  19/25 20/2
20/5
foreclose [1]  25/24
forecloses [1]  25/2
foregoing [1]  45/5
form [2]  24/18 31/16
former [1]  11/22
Forty [1]  42/5
Forty-five [1]  42/5
forward [5]  5/13 5/14
44/7
forwarded [1]  3/19
found [8]  8/4 15/2 15/3
16/5 16/6 17/13 20/16
27/3
four [5]  5/12 13/23
26/9 38/1
Franks [1]  28/6
Friday [2]  4/1 43/18
front [1]  36/20
frustrates [1]  40/16
FTC [1]  37/7
full [2]  37/13 37/16
fund [2]  17/11 33/2
fundamental [1]  33/23
funds [1]  34/2
future [5]  10/20 11/15
24/4 26/4 26/6

**G**

gatekeeper [1]  39/14
gave [1]  15/16
Geller [2]  2/6 44/3
general [8]  12/17 15/16
35/22 36/11 37/4 37/11
37/17 39/18
generally [5]  4/7 12/11
13/20 20/12 41/22
generates [1]  21/15
GEORGIA [2]  1/1 1/7
1/25 3/5 17/25 18/23
22/16 29/7 29/8 29/9
43/17 45/9
Geraldine [2]  1/23 45/7
get [15]  6/24 8/5 10/15
11/9 16/12 21/9 23/16

31/2 31/11 33/17 33/17
40/11 44/9 44/14 44/15
gets [5]  13/24 25/23
26/8 26/19 26/22
getting [5]  13/15 14/4
14/11 21/11 31/8
give [9]  7/10 8/16 12/1
12/1 16/9 18/9 18/16
34/2 35/14
given [2]  5/7 26/2
gives [4]  12/22 24/23
24/25 35/22
Glover [1]  1/23 45/7
go [13]  4/10 29/6 29/12
32/14 34/18 35/25 36/1
36/11 36/18 38/3 38/4
44/1 44/15
goes [5]  19/23 26/19
30/23 37/19 44/10
going [36]  3/7 5/12
5/14 9/8 13/8 17/4
21/16 23/10 23/10
23/11 23/12 24/5 25/19
28/12 28/12 30/15
31/11 32/24 35/1 37/2
38/12 38/13 38/14
38/20 38/21 38/23 39/2
39/22 39/22 40/10
40/11 40/24 42/24
42/25 44/11 44/15
gone [1]  22/13
good [10]  3/2 3/14
21/21 28/7 28/8 29/8
29/11 31/24 39/16 40/4
got [8]  4/1 4/16 5/21
25/7 25/14 29/25 32/18
43/24
govern [1]  37/24
Government [10]  5/10
9/5 20/21 29/17 30/13
32/18 36/7 39/15 39/21
42/13
Government's [3]  5/16
5/24 39/4
grade [2]  6/2 19/21
grant [3]  33/17 33/17
37/22
granted [1]  39/13
grants [2]  33/5 42/2
Gray [2]  2/5 27/11
41/14 43/12
great [1]  22/20
greed [1]  17/25
group [6]  10/12 11/2
23/21 31/8 33/5 37/12
groups [3]  11/2 23/22
44/11
guaranteed [1]  31/4
guess [6]  4/2 9/4 19/11
21/17 25/17 34/2
gun [3]  22/4 22/5 22/6
guy [1]  15/25
Gwinnett [1]  21/25

**H**

had [18]  4/13 4/14 5/8

**H**

had... [15] 6/4 6/14 8/17 9/1 14/18 14/25 20/2 21/23 22/5 22/6 22/18 30/9 34/15 39/6 43/6
hadn't [1] 14/7
happen [4] 24/13 25/8 27/23 43/1
happened [1] 36/10
happening [1] 6/17
happens [2] 26/18 39/15
happy [7] 5/13 19/5 21/25 34/19 34/21 34/23 44/15
hard [3] 7/11 17/22 31/1
Harvard [2] 34/4 34/6
has [30] 13/22 13/25 17/14 17/25 18/6 18/24 21/22 21/23 22/11 22/13 22/14 22/18 27/15 27/22 27/24 29/3 31/23 32/18 33/1 33/9 35/20 35/23 36/10 37/4 37/11 37/25 38/1 39/22 40/1 41/8
have [89]
haven't [3] 5/11 9/25 25/21
having [2] 3/17 12/16
he [2] 9/1 9/2
he's [1] 27/8
head [1] 33/21
headed [1] 33/13
hear [2] 31/25 32/3
hearing [5] 1/11 3/4 40/23 43/17 44/8
hearings [2] 16/23 25/10
held [2] 27/15 27/24
help [1] 16/19
hence [1] 33/11
here [29] 3/6 3/11 5/6 8/6 12/3 12/10 14/5 15/15 16/4 18/8 18/8 18/10 19/1 23/17 25/12 28/11 29/18 30/24 34/10 34/14 35/3 40/3 40/25 40/25 41/13 42/9 43/14 43/20 43/23
here's [1] 30/22
herein [1] 37/16
hesitate [1] 20/8
high [6] 7/8 7/20 10/6 11/5 11/8 40/19
higher [3] 5/19 5/20 5/21
highest [1] 6/20
highly [2] 20/15 20/19
hire [8] 16/19 25/17 27/17 27/19 29/1 29/10 30/25 31/16
hired [28] 10/15 11/14

**I**

11/15 12/1 19/12 19/16 19/17 21/9 21/9 21/10 23/17 25/22 26/6 26/7 26/8 26/19 26/21 26/23 26/24 30/21 31/2 31/3 31/5 31/8 31/11 31/15 38/16 38/17
hires [6] 23/23 25/16 25/17 25/19 25/20 29/17
hiring [6] 14/24 16/9 31/12 32/9 42/1 43/3
historically [1] 21/22
histories [3] 13/5 13/16 13/17
history [2] 9/16 22/16
hit [1] 6/2
home [1] 32/6
honest [1] 39/2
honestly [2] 22/21 38/10
Honor [31] 3/8 3/12 4/25 6/11 6/16 7/20 9/17 10/17 11/17 12/21 16/5 16/22 19/4 19/20 20/7 21/6 24/9 25/5 26/11 27/1 27/15 28/10 31/10 33/22 35/9 37/10 41/11 42/3 42/16 43/22 44/2
Honorable [1] 1/12
hotbed [2] 21/22 22/21
hour [1] 4/6
how [14] 7/11 7/14 13/7 13/12 14/10 14/19 15/8 24/13 25/18 25/24 32/24 41/14 43/12 44/16
however [4] 26/20 27/24 28/23 35/20
HR [1] 24/15
Hughes [6] 2/6 2/8 43/22 43/24 44/1 44/2
hypothetically [1] 6/8

**I**

I'll [5] 18/5 19/3 27/7 27/13 44/7
I'm [56]
I've [3] 4/16 39/10 39/11
identified [1] 41/4
identity [2] 30/2 30/16
idly [1] 42/18
II [1] 1/12
illegal [8] 17/6 24/8 29/12 29/15 29/25 40/6 40/7 40/8
imagine [2] 17/23 31/1
impact [8] 6/4 6/23 26/13 27/25 28/3 28/21 30/9 30/17
impact on [1] 6/23
impacted [1] 17/2
impermissibly [2] 17/15 18/20

**I**

important [1] 7/22
include [2] 5/3 5/13
included [4] 5/2 7/14 10/2 13/24
includes [1] 39/15
incoming [1] 9/22
incorporated [1] 12/11
increase [1] 44/13
incredible [1] 22/12
independent [2] 8/11 37/25
independently [2] 4/9 15/5
indicated [3] 8/6 41/6 41/6
indirectly [1] 31/19
individual [4] 15/2 25/22 26/21 26/23
individuals [11] 10/1 11/4 11/5 11/13 11/24 17/2 19/7 19/11 28/13 30/21 39/19
industrial [1] 8/15
influence [1] 5/8
information [5] 7/13 7/18 8/16 13/6 13/13 13/24 14/4 14/11 14/12 15/3 15/6 15/10 15/19 16/8 24/16
injunction [5] 16/1 18/17 35/14 39/9 39/21
injunctions [3] 37/24 39/12 39/14
injunctive [2] 12/25 39/17
inquiry [1] 4/17
intelligence [4] 4/21
intended [1] 37/16
intention [1] 40/2
intentionally [1] 30/14
interest [8] 27/5 32/8 34/6 34/9 34/12 34/12 34/12 38/2
interests [1] 21/15
interval [1] 10/20
intervention [1] 35/3
intranet [1] 24/15
intuitively [2] 32/11 32/16
invested [1] 4/7
investigation [5] 14/23 15/4 15/20 15/22 16/11
investigations [2] 15/5 32/16
involved [8] 8/24 12/15 21/14 22/11 22/19 32/14 39/17 41/23
involves [1] 17/11
involving [1] 37/5
is [141]
isn't [6] 8/4 23/19 30/11 33/16 35/5 40/5
issue [13] 15/25 18/11 19/6 20/3 20/18 21/2 21/2 34/24 35/14 38/2 39/20 40/13 41/21

**I**

issued [1] 28/5
issues [8] 21/13 22/20 22/22 34/22 34/22 37/24 41/15 43/2
it [151]
it's [58]
item [1] 11/25
its [2] 33/5 40/2
itself [1] 24/4

**J**

job [7] 5/7 8/7 8/19 9/2 19/19 32/12 32/12 32/12 32/12 32/12
judge [17] 1/12 11/7 12/17 13/19 17/12 17/25 18/24 21/24 21/24 23/5 33/1 33/4 33/8 38/25 39/1 39/10 39/11
judge's [2] 17/14 38/25
judges [3] 4/7 21/3 40/17
Juliet [2] 2/5 27/11
jurisdiction [1] 12/17
just [29] 6/8 6/18 6/25 10/8 10/9 13/24 15/1 15/14 16/1 19/14 20/13 20/21 25/8 26/18 30/11 32/20 33/19 38/19 39/2 39/8 39/19 39/20 40/23 40/25 41/9 41/20 43/3 43/8 43/16
justified [2] 15/19 27/3
justifying [2] 15/6 16/10

**K**

keep [1] 19/14
kind [4] 4/5 15/16 24/4 32/11
kinds [1] 7/10
know [66]
knowledge [1] 8/12
known [1] 14/10
knows [1] 20/15

**L**

lack [1] 41/13
laid [3] 19/10 25/14 38/15
language [3] 37/3 37/3 37/10
last [2] 5/12 18/4
later [7] 4/13 4/13 24/22 25/2 25/13 25/22 32/17
law [12] 17/14 22/4 24/21 25/3 25/7 28/7 28/8 28/15 30/1 33/10 35/8 41/25
lawful [1] 31/12
laws [1] 22/4
lawsuit [9] 3/18 11/19 11/21 12/20 18/21 23/12 31/17 33/16 40/6
lawsuits [1] 20/23
lawyer [1] 8/12

**L**

lawyers [1] 21/17
layoff [4] 19/18 19/25 24/3 27/21
lead [1] 23/10
learned [1] 14/18
least [5] 5/11 18/22 20/11 21/4 43/7
leave [2] 18/10 19/22
left [1] 22/14
legal [4] 8/5 18/1 19/6 34/22
legislation [1] 22/8
legislator [1] 21/25
legitimacy [1] 17/21
legitimate [7] 17/7 29/24 30/12 32/8 33/6 34/12 38/9
lengthy [1] 22/12
less [1] 25/14
let [12] 18/16 18/17 18/18 19/3 19/14 35/7 36/6 40/23 40/25 41/20 42/9 42/13
let's [4] 16/12 23/19 26/17 29/16
level [5] 7/11 14/23 16/8 40/19 40/21
life [1] 21/23
light [2] 17/9 28/8
like [20] 5/3 6/15 9/7 13/17 15/11 16/23 16/25 19/6 20/21 21/4 22/1 22/2 29/8 30/3 32/7 33/8 34/13 42/2 43/5 44/9
likelihood [1] 44/14
limited [2] 27/19 27/24
line [1] 4/17
lines [1] 13/17
listens [1] 23/6
litigation [1] 22/12
little [3] 3/16 32/21 39/25
live [4] 21/19 43/14 43/15 44/12
lived [1] 22/5
LLP [1] 2/13
local [4] 21/18 21/18 21/19 22/7
long [4] 25/18 26/21 39/10 41/14
longer [1] 29/2
look [10] 14/8 15/12 15/12 16/9 17/24 29/5 30/16 31/22 36/23 44/7
lose [1] 25/5
lot [3] 15/13 32/4 43/1
Louisiana [1] 43/13
Lundy [2] 4/10 42/9

**M**

ma'am [2] 27/10 43/20
made [10] 5/5 14/3 14/25 15/3 16/9 17/16 21/8 31/13 31/14 43/2
make [13] 6/3 9/5 17/5

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

## M

make... [10]  27/4 27/16 27/25 28/10 31/16 32/16 33/5 42/20 42/21 43/3
makes [3]  29/14 29/15 32/11
making [2]  5/6 24/1
mandatory [1]  37/3
many [4]  7/14 29/1 29/2 39/12
marks [1]  5/21
married [1]  4/1
marry [1]  22/10
math [1]  6/12
math's [1]  32/13
Matt [1]  3/12
matter [6]  19/1 22/22 24/21 32/12 41/5 45/6
matters [1]  20/14
Matthew [1]  2/12
may [11]  17/6 20/3 27/18 32/5 33/12 33/21 34/20 37/17 38/16 39/7 40/8
maybe [8]  32/19 34/25 37/7 38/23 39/7 39/25 44/13 44/17
McEntire [7]  2/5 3/8 3/10 12/18 23/18 41/14 43/10
me [40]  4/23 5/10 12/19 15/14 15/16 15/17 15/21 15/22 16/19 18/9 18/13 18/16 18/18 18/23 19/14 21/4 21/9 24/17 25/15 27/9 31/1 32/17 32/23 35/5 35/7 36/3 36/4 36/6 36/7 36/20 38/3 39/24 40/15 40/23 40/25 41/19 41/20 42/9 42/13 43/17
mean [23]  4/7 5/5 11/19 15/8 18/3 19/21 20/10 20/15 23/18 23/19 24/6 28/15 32/11 32/16 32/25 33/16 35/5 37/24 38/3 38/12 39/10 40/5 40/17
Meaning [1]  5/19
means [1]  5/18
meant [2]  8/21 8/23
mechanical [1]  1/18
media [2]  15/12 16/7
member [1]  30/15
membership [1]  29/14
memberships [2]  22/12
mention [1]  11/25
mentioned [2]  12/6 34/25
met [2]  14/22 19/16
metro [1]  23/5
might [14]  7/12 17/24 20/21 22/2 22/23 22/25

23/15 23/17 32/1 32/2 33/15 42/6 42/23 43/1
mind [3]  32/15 37/8 37/8
mindful [2]  40/11 40/14
minimum [5]  5/21 6/6 6/9 6/14 7/2
minority [1]  23/3 23/21 23/22
minus [1]  7/9
minute [2]  36/3 37/23
misremembering [1] 5/11
mitigation [1]  21/13
moment [1]  36/23
money [10]  5/7 11/12 11/23 16/19 21/7 21/10 21/12 21/14 33/5 40/13
months [1]  25/13
more [10]  4/13 7/24 16/3 19/18 21/15 22/10 27/8 34/14 34/19 44/9
most [6]  4/3 12/7 22/17 40/9 40/17 40/19
motive [1]  39/3
Mr. [10]  3/10 3/11 4/23 12/18 23/18 35/1 35/7 41/14 42/11 43/10
Mr. Boyd [5]  3/11 4/23 35/1 35/7 42/11
Mr. McEntire [5]  3/10 12/18 23/18 41/14 43/10
Ms. [5]  4/10 41/14 42/9 43/12 44/3
Ms. Geller [1]  44/3
Ms. Gray [1]  41/14 43/12
Ms. Lundy [2]  4/10 42/9
much [5]  14/1 33/3 44/18
multiple [4]  5/19 19/13 22/13 23/22
must [1]  18/1
my [12]  4/1 4/10 4/17 9/4 13/15 20/1 25/5 33/11 33/14 38/5 39/13 43/9

## N

name [3]  27/10 33/3 43/21
narrative [2]  39/5 39/7
narrow [1]  12/25
narrowly [1]  16/22
national [1]  30/2
nature [1]  37/15
necessarily [8]  8/8 10/3 11/14 18/23 19/15 21/12 23/2 38/19
necessary [3]  39/8 39/16 41/22
need [14]  13/1 16/19 35/3 35/13 36/1 36/1 36/2 36/11 38/6 38/22

39/20 41/14 41/19 42/7
needs [1]  41/22
negotiated [1]  41/1
neither [1]  8/13
never [1]  17/10
news [2]  23/7 33/3
newspaper [1]  23/7
next [5]  9/4 22/25 26/18 26/23 26/24
no [21]  9/1 10/17 14/3 16/14 19/20 22/9 22/22 23/14 24/9 27/22 28/11 29/2 30/11 31/11 32/12 33/10 33/14 35/9 38/22 41/3 42/24
nobody [6]  18/6 18/18 29/21 38/12 38/13 38/21
none [1]  6/23
normal [1]  12/7
Normally [1]  35/19
NORTHERN [5]  1/1 17/13 17/25 18/23 45/9
not [95]
note [2]  19/5 27/1
nothing [1]  18/2
notice [4]  24/11 24/17 25/20 26/2
notified [1]  4/3
notwithstanding [1] 14/4
now [9]  6/25 11/15 17/6 18/18 20/9 22/24 23/3 24/25 43/14
number [11]  1/6 3/5 7/3 7/6 8/19 11/9 12/12 10/19 20/2 31/7 37/5
Number 1 [1]  9/11
Number 2 [1]  9/12
Number 24-cv-2010 [1] 3/5
nuts [1]  9/5

## O

object [8]  24/12 24/18 24/23 25/1 25/12 41/1 41/8 41/13
objected [1]  41/10
objection [3]  24/18 41/7 41/9
obligated [1]  31/15
obligation [1]  12/12
obtain [1]  35/15
obviously [4]  16/14 19/6 33/8 41/16
occasions [1]  22/14
occur [3]  16/4 24/4 42/23
occurred [4]  9/13 14/18 15/1 21/13
occurring [1]  4/18
occurs [1]  4/5
off [4]  3/25 19/10 25/14 38/15
offer [1]  27/17
offered [1]  28/11

Office [1]  2/8
Official [2]  1/24 45/8
often [1]  40/20
okay [15]  3/14 8/22 10/12 11/11 11/18 14/10 15/14 21/21 23/25 27/14 29/8 35/18 39/1 41/12 42/8
oldest [1]  4/1
once [3]  6/2 16/9 40/21
one [27]  3/19 4/5 4/6 6/21 9/18 9/24 10/8 10/9 10/16 10/18 13/2 16/3 16/14 19/10 20/8 28/10 31/4 31/11 33/13 34/25 36/5 38/1 38/5 39/18 40/11 41/3 41/8 41/22
only [12]  4/4 9/18 16/18 19/8 19/21 19/22 27/19 27/21 28/2 31/6 39/16 40/11
open [3]  15/4 15/5 15/7
opened [2]  14/22 15/21
opening [1]  15/19
operating [1]  40/4
opinion [1]  33/14
opportunity [1]  4/12
opposed [1]  36/18
order [16]  5/17 5/17 6/19 8/2 11/24 12/19 16/20 17/21 23/13 23/15 27/21 28/2 34/17 35/4 38/22 38/25
ordering [3]  7/22 9/18 9/20
orders [1]  12/12
ordinances [1]  22/8
organization [2]  13/16 30/24
organizational [1]  8/16
origin [1]  30/2
other [23]  3/22 7/8 7/16 9/2 10/13 10/18 11/25 14/7 17/1 18/9 18/9 18/15 18/21 19/9 19/14 20/8 23/16 31/14 33/14 40/14 41/9 42/1 42/18
others [3]  31/9 31/16 33/15
otherwise [2]  31/2 38/12
ought [1]  18/14
our [10]  6/21 8/6 10/12 14/22 23/9 27/19 36/1 36/11 37/20 40/23
ours [1]  3/22
out [6]  4/14 5/9 32/24 44/11 44/15 44/17
outset [1]  12/6
outside [1]  12/14
over [6]  7/4 7/21 11/2 22/12 27/20 27/20
overall [1]  5/1
overlap [1]  10/17
oversight [1]  13/1

owe [1]  32/3

## P

p.m [2]  1/13 44/19
package [1]  13/20 13/24
part [7]  5/1 5/12 7/15 10/13 12/2 12/14 12/24 17/16 31/16
particular [3]  6/17 17/16 31/16
parties [6]  18/22 22/21 27/25 35/15 37/7 41/6
party [4]  13/25 22/22 27/2 41/22
pass [3]  7/5 7/17 7/17
passed [5]  7/21 7/23 22/3 22/4 25/12
passing [5]  5/20 5/21 6/1 6/2 6/7 7/2
past [1]  28/25
pattern [3]  35/24 37/13 37/15
patterns [1]  23/2
pause [1]  37/1
pay [3]  16/18 19/21 38/15
people [32]  7/7 7/14 7/16 7/21 7/23 10/14 16/19 19/12 19/14 19/25 20/17 20/21 21/10 22/10 22/14 25/18 26/3 29/12 29/17 31/4 31/14 31/18 32/1 32/3 32/9 32/12 32/23 32/13 34/20 38/16 41/4 41/6
percent [6]  7/21 7/23 7/24 7/25 8/1 8/2
percentage [1]  7/20
percentages [1]  7/20
percentile [2]  7/16 7/17
percolates [1]  33/20
period [1]  3/18
periods [1]  10/4
permissible [1]  41/24
permissive [1]  37/3
permitted [1]  29/3
person [10]  22/17 26/7 26/8 26/24 27/1 27/5 31/3 33/16 37/12 41/8
personally [1]  9/2
persons [1]  37/12
piece [1]  5/4
place [1]  6/19
placed [1]  24/19
places [1]  39/12
plaintiff [4]  1/5 2/4 14/7 41/2
plaintiff's [1]  21/17
plaintiffs [3]  17/16 34/13 42/18
plans [1]  27/22
play [1]  15/23
please [2]  3/3 42/13
point [6]  16/14 23/25 31/13 31/13 34/10

## P

point... [1] 38/24
point I [3] 23/25 31/13 31/13
point to [1] 38/24
police [3] 20/22 20/22 32/3
policies [1] 31/20
political [7] 20/15 21/22 21/23 22/1 22/20 22/22 39/3
politics [1] 21/16
position [1] 5/24
positions [3] 4/20 27/20 27/20
possibility [2] 23/11 24/3
possible [1] 20/10
potential [1] 30/6
potentially [2] 17/2 33/10
power [2] 39/17 39/19
powerful [1] 22/17
powers [1] 39/18
practice [4] 17/23 35/24 37/13 37/15
predates [1] 26/24
predicament [1] 24/5
preliminarily [1] 4/11
preparation [1] 4/15
press [3] 20/22 40/20 44/17
pretend [1] 30/23
pretty [2] 15/15 20/25
principal [1] 25/3
prior [1] 43/6
priority [3] 23/23 27/17 27/19
private [5] 35/15 36/8 36/18 37/6 37/8
privately [3] 12/5 12/20 18/19
probably [10] 4/8 4/9 18/10 18/23 22/16 22/17 29/20 37/2 40/16 43/7
problem [2] 17/7 42/21
problems [1] 32/1
procedure [1] 30/11
proceedings [3] 1/18 44/19 45/6
process [6] 5/2 14/24 16/9 17/6 26/19 36/12
produced [1] 1/18
profile [1] 40/20
programs [1] 42/1
promote [2] 33/6 34/3
prong [2] 6/22 8/6
properly [1] 27/4
properly make [1] 27/4
property [1] 12/13
proposed [1] 3/15
protect [2] 16/23 25/10
protected [3] 28/21 28/22 29/13

protection [1] 33/25
protects [1] 28/15
prove [2] 30/9 30/15
provide [1] 27/25
provided [2] 14/12 41/8
provides [1] 13/16
psychologist [1] 8/16
public [4] 5/7 20/12 36/12 38/2
publicity [1] 40/22
publicized [2] 20/20 23/10
publicly [2] 15/9 15/18
pulled [1] 5/9
purpose [2] 4/24 29/24
purposes [1] 20/14
pursuant [1] 26/7
pursue [1] 42/19
put [5] 6/20 11/12 11/23 24/14 36/22

## Q

qualifications [1] 31/9
qualified [2] 31/2 31/14
question [9] 7/20 9/14 13/1 14/20 16/4 16/15 35/17 38/5 41/3
questionable [1] 28/8
questions [2] 4/16 34/20
quo [1] 21/5
quota [3] 17/6 17/16 30/21
quotas [1] 29/1

## R

race [9] 17/17 18/21 28/11 28/12 28/16 28/24 30/1 42/1 43/2
race-based [1] 28/11
racial [4] 28/22 29/1 29/20 30/16
raised [1] 17/11
random [1] 15/1
randomly [1] 15/6
rank [7] 5/17 5/17 6/19 7/22 8/2 9/18 9/19 6/10 15/23 31/7
ranked [2] 8/4 11/9
rankings [1] 9/8
ranks [1] 20/6
rare [2] 12/14 36/11
rarely [1] 40/18
rational [1] 34/12
rationally [2] 29/24 30/11
Ray [2] 1/12 17/25
RCR [2] 1/23 45/7
read [7] 3/17 4/14 32/13 42/12 42/15 43/5 43/6
reading [2] 3/15 6/13
reads [1] 23/7
really [24] 4/4 4/17 6/24 8/6 9/4 12/3 12/7 16/15 16/17 18/14 22/14 23/6 23/14 23/23

29/11 29/21 30/19 34/13 34/15 35/2 38/22 42/17 43/9 44/10
reason [12] 12/18 15/17 17/18 18/6 18/7 18/21 30/12 34/1 36/5 38/22 39/8 44/17
reasonable [1] 17/8 35/23 37/11
reasons [1] 33/6
recall [2] 3/17 27/21
receive [1] 25/20
received [1] 24/11
recent [7] 17/9 17/9 17/13 21/1 28/9 41/24 43/2
recently [1] 38/11
recession [1] 20/6
record [2] 41/12 45/6
recorded [1] 1/18
reduction [3] 19/24 20/2 20/5
reflect [2] 41/12
regard [1] 32/9
regardless [1] 31/8
regards [1] 19/7
rehired [2] 10/20 10/21
rehiring [1] 17/6
reinstitute [1] 13/2
reiterate [1] 41/20
reiterated [1] 34/7
related [5] 8/4 8/7 29/24 41/25 43/2
relates [1] 9/12
relative [1] 34/16
relief [13] 12/25 16/22 27/16 28/1 28/11 28/12 29/3 35/15 35/25 36/2 36/21 37/22 37/22
religions [1] 29/19
reluctant [1] 18/5
relying [1] 36/18
remedial [1] 29/3
remedy [1] 30/20
remedying [3] 28/13 34/6 34/7
remember [5] 4/9 6/9 6/10 15/23 31/7
repeatedly [1] 34/6
Reporter [2] 1/24 45/8
Reporter's [1] 45/4
reports [6] 15/13 16/7 20/22 20/22 20/22 32/16
repository [1] 24/15
represent [1] 16/6
representation [1] 13/4
representations [1] 14/5
representatives [1] 22/15
Republican [1] 22/24
required [1] 4/19
requires [1] 36/18
requiring [1] 40/13
reset [1] 43/17

resistance [2] 35/24 37/13
resolution [1] 41/24
resolve [1] 37/9
respect [5] 6/16 6/17 10/5 10/10 16/22
respond [2] 19/3 42/12
response [1] 41/3
responsibility [1] 39/14
restraint [1] 39/18
restrictions [1] 22/10
restrictive [1] 22/4
retained [1] 8/15
retreat [1] 17/24
retroactive [3] 19/8 27/17 28/2
review [2] 12/8 33/13
reviewed [1] 15/19
ridden [1] 9/1
right [39] 3/4 3/10 3/14 6/25 9/9 10/2 10/21 13/18 14/17 15/1 15/23 20/9 21/2 22/24 23/3 24/7 24/12 24/18 24/23 24/25 25/1 25/6 25/8 25/12 28/21 29/15 29/23 30/6 30/17 30/19 31/9 32/19 34/10 35/13 40/1 41/10 42/4 43/20 44/18
rights [5] 17/2 19/7 35/24 37/14 37/16
ripe [1] 40/17
road [1] 42/24
robust [1] 24/11
role [1] 15/23
RPR [2] 1/23 45/7
rulings [1] 38/11

## S

safety [1] 5/7
said [11] 13/23 14/8 22/5 23/8 24/21 32/7 33/10 34/5 39/22 40/2 43/5
Saturday [3] 4/2 43/5 43/19
say [16] 3/16 3/24 4/9 12/15 17/24 20/9 21/23 22/20 23/19 25/1 29/16 32/9 32/19 36/17 42/15 44/8
saying [5] 16/14 25/14 32/20 38/13 38/25
says [9] 9/13 25/7 25/9 25/10 30/13 30/21 36/21 38/3 38/19
scenario [1] 26/11
schedule [1] 41/17
school [3] 7/8 22/12 22/15
schools [1] 7/9
score [4] 6/9 6/14 8/7 11/5
scored [7] 5/19 5/20 5/22 5/23 6/20 10/6

11/8
searches [1] 15/9
seat [1] 11/18
seated [1] 3/2
SEC [1] 37/8
second [1] 6/21
Secondly [2] 13/9 19/7
secretly [1] 12/22
section [9] 6/13 6/13 6/13 12/21 15/4 15/4 35/21 35/21 36/15
sections [1] 6/12
secured [1] 37/14
see [2] 39/8 40/12
seek [4] 35/25 36/2 36/21 36/21
seem [1] 20/12
seemed [1] 22/1
seems [4] 20/10 21/4 39/24 44/9
seen [1] 38/11
sees [1] 41/3
selected [1] 10/7
semi [1] 3/21
seniority [13] 12/2 18/19 19/8 19/18 19/24 24/2 24/8 25/23 26/9 26/22 26/24 27/17 28/2
sense [2] 32/11 32/17
separation [1] 39/18
September [1] 45/10
seriously [1] 39/13
served [1] 12/16
service [2] 14/1 20/12
set [1] 42/14
settled [2] 5/6 19/11
settlement [7] 3/15 4/3 4/8 12/8 12/11 24/17 35/11
seven [1] 41/4
several [1] 27/23
sex [1] 30/2
sexual [1] 30/2
sheriff [1] 22/18
sheriffs [1] 22/19
short [1] 20/11
should [9] 20/20 21/11 23/7 24/4 28/2 38/17 39/16 39/19 43/17
show [2] 34/8 39/19
side [6] 18/9 18/16 18/16 18/25 40/11 40/14
significant [1] 6/22
Similar [1] 34/4
simple [1] 19/14
since [2] 9/19 9/25
sit [2] 40/3 42/18
situations [2] 12/23 36/9
six [2] 11/4 41/6
Sixteen [3] 10/24 10/25 11/1
Sixty [1] 42/8
small [1] 33/7
smartest [1] 32/12

**S**

so [69]
some [23]  4/16 4/21
  7/3 10/20 13/23 15/9
  15/17 17/21 18/21
  18/24 20/11 22/3 23/11
  31/25 32/18 33/19 36/9
  40/10 40/18 40/22
  41/20 44/14 44/17
somebody [3]  14/25
  29/10 38/23
someone [14]  3/11
  5/23 8/17 8/24 19/17
  21/23 24/3 25/12 25/14
  26/18 27/18 32/21
  33/17 35/20
someone's [1]  5/8
something [9]  6/15
  13/17 18/14 21/3 21/4
  29/23 33/18 39/21
  41/17
sometime [1]  19/16
sometimes [3]  13/24
  20/16 22/18
somewhere [2]  18/22
  22/3
son [1]  4/1
sorry [6]  13/10 31/7
  34/18 36/17 43/20
  43/25
sort [1]  5/21
speak [3]  3/7 6/11
  33/24
specific [2]  28/13 35/21
specifically [1]  18/11
spending [1]  40/12
spent [1]  3/14
spousal [1]  22/9
spread [1]  27/20
staffed [1]  20/12
standing [6]  20/16
  20/24 20/25 21/3 21/5
  33/15
standpoint [2]  24/5
  30/20
start [2]  33/5 38/22
started [2]  6/18 22/2
starts [1]  26/23
state [6]  12/10 12/16
  20/8 21/24 21/24 22/13
statement [1]  14/9
STATES [10]  1/1 1/4
  1/12 2/8 3/5 3/6 3/9
  35/22 37/18 45/8
station [1]  24/19
statistics [1]  15/12
status [1]  21/5
statute [2]  37/23 38/3
stayed [1]  43/18
stenography [1]  1/18
still [11]  5/15 13/1 13/5
  13/8 14/8 14/11 15/22
  24/7 28/7 33/20 34/22
stingy [2]  20/25 21/1
stipulating [1]  35/8

stop [4]  9/21 16/17
  18/4 18/4
stopped [5]  5/8 9/19
  9/22 13/3 14/1
story [1]  18/3
streamed [1]  44/12
strong [1]  23/11
stuff [2]  14/8 16/18
subchapter [1]  37/14
subject [4]  26/8 26/19
  32/2 40/22
submittals [1]  44/14
subsequent [4]  25/16
  25/16 25/17 25/20
subsequently [1]  25/13
substantial [1]  41/9
substantively [1]  4/17
subverts [1]  24/8
successfully [1]  31/12
such [2]  25/11 37/15
suddenly [1]  18/20
  19/17
sufficient [2]  15/3 15/6
suggest [1]  37/2
suit [1]  25/13
Suite [1]  1/24
supplying [1]  14/2
support [1]  12/13
Supreme [10]  17/9
  27/15 27/24 28/4 29/3
  33/21 34/4 34/5 34/7
  41/25
sure [16]  9/5 15/15
  16/21 17/4 17/8 20/7
  23/25 27/5 29/6 32/24
  36/25 38/10 40/10
  41/17 42/21 43/4
surprised [3]  20/16
  33/8 44/11
suspect [1]  8/12
SW [1]  1/24

**T**

tailored [2]  12/24 16/22
take [9]  4/21 7/3 8/13
  16/3 25/19 33/5 33/14
  36/23 39/13
taken [1]  23/12
talk [1]  27/8
talked [1]  41/15
talking [12]  16/12
  19/11 20/1 20/13 26/4
  30/4 30/5 30/10 30/22
  33/1 34/13 34/14
tangential [1]  23/9
tank [1]  33/19
Ted [1]  1/24
tell [8]  4/23 15/14
  15/17 18/5 27/7 27/9
  37/5 41/19
telling [1]  15/21 15/22
  18/18 36/3 36/4 36/7
  38/7
tenuous [1]  20/17
term [2]  10/2 34/11
terms [3]  19/21 19/23

19/24
test [8]  4/22 5/15 7/1
  7/7 8/4 8/6 19/16 28/20
testimony [1]  8/13
testing [1]  9/8
tests [3]  5/20 21/11
  32/10
text [1]  36/20
than [9]  5/20 5/22 7/24
  19/18 21/17 23/16
  25/15 41/9 42/18
Thank [4]  3/10 42/16
  44/7 44/18
that [350]
that's [29]  3/6 8/9 8/21
  9/8 9/11 11/14 11/17
  12/14 13/4 14/17 17/4
  23/2 24/9 27/16 30/4
  30/7 30/18 31/10 31/13
  32/19 33/10 34/21 36/5
  38/13 39/2 39/7 40/17
  41/11 43/9
their [15]  5/12 13/4
  14/15 14/23 16/8 22/15
  24/8 24/12 24/15 24/22
  25/2 25/5 32/5 34/14
  41/9
them [9]  10/19 10/23
  11/1 14/13 24/23 24/25
  27/4 28/15 40/13
then [28]  11/20 18/19
  18/21 18/22 18/24
  20/20 20/23 21/4 21/5
  21/21 23/12 25/13
  25/22 25/23 26/21
  28/15 28/16 29/20 38/5
  38/21 39/24 40/1 41/23
  42/13 42/14 43/20
  44/13 44/17
theoretical [1]  20/13
  38/15
theorize [1]  19/15
there [44]  3/11 5/5
  6/12 6/12 6/17 9/17
  11/11 15/17 15/18 17/1
  17/5 18/22 19/13 20/20
  21/7 22/10 22/16 22/24
  23/3 23/14 23/20 24/1
  24/1 25/14 25/19 26/12
  27/18 28/2 28/11 28/21
  28/25 29/16 31/1 31/6
  32/7 32/23 34/22 37/8
  39/12 40/21 40/25 41/4
  41/23 43/1
there's [27]  4/4 7/3
  10/17 12/12 14/3 15/6
  15/11 15/13 18/3 21/7
  21/14 23/1 23/11 23/12
  25/7 25/22 26/21 27/16
  27/19 33/6 33/22 35/21
  35/24 37/25 38/21
  38/24 42/24
thereafter [1]  26/21
these [11]  7/4 7/10
  11/20 11/22 12/23
  21/11 23/20 25/18

30/21 35/4 44/9
they [73]
they'll [2]  24/6 27/20
they're [12]  9/13 11/15
  13/8 16/16 16/16 16/17
  20/9 23/20 24/5 25/21
  30/15 31/8
thing [8]  18/6 19/21
  23/14 28/11 30/22 32/6
  34/25 40/16
things [11]  3/19 4/24
  5/3 11/20 12/4 15/13
  30/2 34/13 35/5 40/20
  42/2
think [29]  3/20 7/19
  13/23 17/22 19/18
  20/13 20/25 22/16
  22/20 22/21 23/2 23/11
  26/12 29/24 30/19
  31/10 31/25 33/3 33/12
  33/19 33/22 34/21
  34/24 35/10 39/2 39/3
  39/5 40/16 41/5
thinking [1]  38/7
thinks [1]  18/13
third [4]  6/21 13/25
  27/2 27/25
this [79]
those [13]  4/24 10/6
  10/10 10/16 12/1 12/4
  13/16 13/17 15/5 17/22
  19/23 34/2 41/6
though [2]  20/4 30/12
thought [1]  17/10
Thrash [3]  33/1 33/4
  33/9
three [6]  6/12 25/13
  26/20 27/16 27/20
  39/11
through [5]  20/22
  26/19 32/14 40/2 43/8
Thursday [1]  4/1
time [7]  3/15 3/18 4/13
  25/15 32/23 39/11 40/6
timetable [1]  42/14
Title [10]  12/21 25/9
  25/10 34/1 34/10 35/19
  35/21 35/25 36/15
  37/11
today [8]  3/7 4/15 9/14
  18/11 22/8 33/12 40/3
  40/24
told [3]  4/10 14/13 42/6
tomorrow [1]  29/10
too [3]  21/7 32/14
  39/16
took [3]  3/25 7/7 38/25
tools [1]  11/23
total [1]  11/3
town [1]  4/14
transcript [3]  1/11 1/18
  45/5
treated [1]  5/22
trial [9]  12/15 12/17
  17/12 20/25 30/8 35/5
  40/16 40/19 44/10

tried [2]  25/13 43/7
troubles [1]  32/6
true [4]  18/7 23/19
  31/10 34/21
try [2]  27/13 35/17
trying [7]  6/25 17/21
  25/25 26/12 27/8 30/14
  42/20
Tucker [1]  2/13
tune [1]  23/6
turn [2]  32/24 41/17
Turner [1]  1/24
two [5]  10/18 11/22
  18/22 26/20 39/18
type [3]  4/21 32/6
  33/23
types [1]  12/23

**U**

U.S [4]  17/9 33/21
  41/25 43/23
under [1]  6/22 15/4
  17/13 25/9 25/22 26/11
  27/5 31/15 34/9 35/25
  41/24
undergo [1]  4/20
undergrad [1]  29/6
understaffed [1]  20/9
understand [14]  4/19
  7/1 9/5 10/13 12/25
  16/13 16/19 25/25
  30/23 31/23 32/10
  32/18 32/20 33/19
understanding [5]  4/12
  13/15 20/1 25/5 26/16
unelected [1]  39/19
UNITED [10]  1/1 1/4
  1/12 2/8 3/5 3/6 3/9
  35/22 37/18 45/8
unless [1]  35/20
unmarried [1]  22/9
unmistakable [1]  32/23
unsure [1]  22/14
until [2]  9/13 42/14
unusual [2]  26/13 28/3
up [9]  3/16 9/13 11/3
  11/4 20/3 26/24 31/16
  31/25 42/14
upheld [1]  29/3
us [6]  8/16 12/22 16/9
  19/6 27/22 34/23
use [4]  9/15 11/22 13/8
  42/1
used [10]  5/17 6/8 6/19
  9/18 9/24 9/25 11/13
  11/23 28/20 30/11
uses [1]  17/16
using [10]  6/18 13/3
  13/7 13/12 13/22 14/2
  14/4 14/8 30/12 34/11

**V**

variety [1]  15/11
venture [1]  17/11
versa [1]  19/25
versed [1]  34/15

{PLAINTIFF} v.
{DEFENDANT}

{WITNESSNAME}
{DATE}

**V**

versus [1] 7/17
very [13] 4/7 7/20
12/24 14/1 20/17 22/8
23/3 27/19 28/8 33/21
39/13 43/1 44/18
vice [1] 19/25
victim [2] 28/17 29/4
victims [1] 28/1
view [3] 36/1 36/11
37/20
viewed [1] 22/8
viewpoint [1] 42/23
VII [10] 12/21 25/9
25/10 34/1 34/10 35/19
35/21 35/25 36/16
37/11
violated [1] 35/8
violation [2] 33/10 35/6
vocal [1] 23/4
voluntarily [3] 12/1
17/19 17/20
volunteered [1] 43/16
voting [1] 23/2

**W**

wage [1] 4/5
wait [3] 36/3 37/23
42/14
want [30] 3/16 4/16
6/24 8/5 9/5 10/21 13/7
15/14 16/17 18/17 21/3
26/14 28/10 32/12 33/6
34/23 34/24 36/23 38/7
38/8 38/9 40/10 41/20
41/20 41/23 42/12
42/13 42/20 42/21 43/3
wanted [1] 33/17
was [82]
wasn't [8] 8/1 8/7 15/1
15/2 21/25 33/4 34/13
34/25
way [11] 5/7 5/17 8/3
9/16 12/15 20/8 33/14
34/2 36/15 40/23 42/24
ways [1] 15/11
we [52]
we'll [1] 42/14
we're [11] 5/5 19/5
20/13 30/4 30/4 30/22
34/9 34/9 34/19 34/23
41/16
we've [1] 13/23
week [5] 3/23 3/24
26/18 26/23 26/25
weekend [3] 3/15 3/17
4/14
weeks [1] 4/14
well [22] 7/21 8/9 11/8
12/15 14/25 16/21 17/7
17/24 19/13 19/14
20/23 24/25 25/14
25/17 26/11 27/7 28/10
33/21 34/19 36/6 38/25
44/5

went [2] 29/8 29/11
were [35] 4/24 5/13
6/12 6/23 7/8 8/4 11/9
11/14 13/5 13/7 13/10
13/12 13/14 13/15
14/11 16/12 19/8 22/7
22/10 23/23 25/6 27/18
28/14 28/19 29/16
29/17 30/5 30/8 31/19
33/18 34/1 35/10 41/4
41/4 44/13
weren't [3] 10/7 21/10
38/16
what [69]
what's [2] 25/2 44/11
whatever [5] 7/2 7/4
22/2 31/6 34/15
when [23] 3/24 3/25
4/13 7/8 14/15 14/22
17/22 18/15 18/19
20/16 22/9 25/14 28/2
28/5 34/11 35/4 37/24
38/3 38/4 39/15 39/16
42/9 44/11
whenever [2] 21/14
37/11
where [9] 6/19 9/18
17/4 19/24 29/6 35/5
37/7 37/8 40/5
whereas [1] 21/10
whether [5] 3/21 6/3
19/10 31/24 32/7
which [14] 3/18 5/18
9/19 12/2 18/13 18/25
24/15 27/22 30/1 33/24
34/9 38/1 38/6 44/15
White [2] 33/18 38/14
who [52]
whole [3] 27/4 27/16
27/25
whom [2] 6/23 26/7
whose [5] 17/2 18/19
19/7 24/2 26/23
why [22] 5/25 11/19
11/20 15/17 15/21 16/3
16/4 16/16 16/19 18/7
18/11 18/14 24/10 27/9
27/12 33/2 35/2 35/13
36/14 38/6 41/22 41/24
wide [1] 15/11
will [16] 9/15 10/14
10/14 10/19 11/3 11/5
11/13 16/5 17/23 18/9
18/10 28/2 32/9 41/12
42/9 44/17
William [1] 1/12
wish [1] 11/18
within [3] 16/15 24/16
31/3
without [1] 11/24
WMR [1] 1/6
women [3] 17/12 33/5
33/7
women's [1] 33/2
won't [4] 9/14 11/22
18/25 31/2

wonder [1] 18/14
wondering [2] 11/19
12/3
words [4] 7/8 7/16 14/7
18/10
work [3] 21/10 32/2
32/21
workers [1] 20/12
working [1] 41/16
works [1] 26/20
worthiness [1] 31/23
would [46]
wouldn't [5] 8/11 23/19
24/8 29/12 44/16
write [3] 32/15 32/15
40/13
writing [1] 6/13
written [2] 10/6 36/16
wrong [3] 5/25 38/18
38/19

**Y**

y'all [13] 3/2 11/18
11/19 12/18 12/19
18/10 18/12 18/17 19/1
21/18 38/7 38/13 44/18
yeah [9] 6/8 8/10 8/19
14/14 15/24 15/24
26/15 29/5 35/11
year [10] 3/22 9/18
9/19 9/19 9/21 9/24
10/4 10/8 10/9 26/9
years [11] 5/12 12/16
13/23 20/3 21/1 26/9
26/20 27/21 27/23
39/11 43/2
yes [13] 3/12 4/25 7/24
8/15 10/9 13/19 19/4
26/4 42/3 43/11 43/22
44/2 44/4
yet [3] 25/21 25/21
33/19
you [154]
you'll [1] 21/21
you're [16] 7/4 15/21
15/22 15/25 17/18
17/19 17/21 19/11 26/4
30/15 31/24 32/25
34/16 35/5 36/3 42/25
you've [1] 26/2
your [45] 3/8 3/12 4/25
6/11 6/16 7/20 8/1 8/9
8/13 9/17 10/17 11/17
12/21 13/1 14/9 16/5
16/15 16/22 19/4 19/20
20/7 21/6 24/9 25/4
26/1 26/11 27/1 27/10
27/15 28/10 29/10
31/10 32/14 33/22
34/10 34/20 35/9 37/10
41/11 41/16 42/3 42/16
43/21 43/22 44/2
yours [1] 43/9

**Z**

Zoom [2] 43/8 44/10