IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 1:24-cv-02010-WMR-JEM |
| COBB COUNTY, GEORGIA, | ) | |
| Defendant. | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE UP TO 50 PAGES FOR ITS ADDITIONAL BRIEF IN SUPPORT OF THE JOINT MOTION FOR FINAL APPROVAL OF THE CONSENT DECREE**

Plaintiff United States of America ("United States") respectfully moves this Court for leave to file up to a 50-page additional brief in support of the joint motion for final approval of the consent decree. The United States provides the following information in support of this motion:

1. On August 26, 2024, the Court held a fairness hearing to consider the parties' Joint Motion for Final Approval of the Amended Consent Decree, Doc. No. 5. During the fairness hearing, the Court requested additional briefing from the United States as to whether there is a case or controversy that warrants court involvement, and whether the relief in the Consent Decree is permissible under recent Supreme Court and Eleventh Circuit precedent. Doc. No. 8, Doc. No. 9 at

1

41:20-42:2. The Court indicated that it wanted a thorough briefing on the issues above. Doc. No. 9 at 43:3-4. The brief is due on October 25, 2024.

2. Civil Local Rule 7.1(d) provides that "absent prior permission of the Court," briefs are limited to 25 pages. Although the United States is endeavoring to be as succinct as possible, in order to provide full briefing on these issues, an extension of the page limit is necessary. The United States believes that it can provide a thorough briefing in 50 pages.

3. Defendant Cobb County does not oppose this motion.

Accordingly, the United States respectfully requests that the Court grant its motion for leave to file up to a 50-page additional brief in support of the joint motion for final approval of the consent decree.

Respectfully submitted,

For Plaintiff United States of America:

By:

| | |
|---|---|
| RYAN K. BUCHANAN<br>United States Attorney<br>Northern District of Georgia | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| /s/ Aileen Bell Hughes<br>AILEEN BELL HUGHES<br>Georgia Bar No. 375505<br>Deputy Chief<br>Public Integrity & Civil Rights Section<br>Office of the United States Attorney<br>600 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181<br>aileen.bell.hughes@usdoj.gov | KAREN D. WOODARD<br>*Chief*<br>*Employment Litigation Section*<br><br>CLARE GELLER (NY Reg. No. 4087037)<br>*Deputy Chief*<br><br>/s/ Brian G. McEntire<br>BRIAN G. MCENTIRE (VA Bar #48552)<br>JULIET E. GRAY (DC Bar #985608)<br>*Senior Trial Attorneys*<br>U.S. Department of Justice<br>Civil Rights Division<br>Employment Litigation Section<br>150 M Street, N.E., Room 9.1802<br>Washington, DC 20530<br>Phone: (202) 598-9907<br>Fax: (202) 514-1005<br>brian.mcentire@usdoj.gov<br>juliet.gray@usdoj.gov |

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Civil Local Rule 7.1(D), that the foregoing motion has been prepared using Times New Roman, 14-point font.

*/s/ Brian G. McEntire*
Brian McEntire

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, I electronically filed the foregoing United States Unopposed Motion for Leave to File up to 50 Pages for Its Additional Brief in Support of the Joint Motion for Final Approval of the Consent Decree using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Brian G. McEntire*
Brian McEntire
