IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 1:24-cv-02010-WMR-JEM |
| COBB COUNTY, GEORGIA, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the United States' Unopposed Motion for Leave to File up to 50 Pages for Its Additional Brief in Support of the Joint Motion for Final Approval of the Consent Decree, the entire record, and for good cause shown, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff may file its brief to not exceed 50 pages. So **ORDERED** this 23rd day of October, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE