# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>COBB COUNTY, GEORGIA,<br><br>    Defendant. | CIVIL ACTION<br>NO. 1:24-cv-02010-WMR |

## ORDER

The Court hereby Orders parties to file their Rule 26(f) conference report within twenty-one (21) days from the date of this Order.

IT IS SO ORDERED, this 22nd day of January, 2025.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE