# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civ. No. 1:24-cv-02010-WMR-JEM |
| COBB COUNTY, GEORGIA, ) | |
| Defendant. ) | |

## UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME FOR FILING A RULE 26(F) CONFERENCE REPORT AND INCOPORATED MEMORANDUM OF LAW

Plaintiff United States of America ("United States") respectfully moves this Court for a 30-day extension of the parties' deadline for filing the Rule 26(f) conference report to March 14, 2025. The United States provides the following information in support of this motion:

1. On January 22, 2025, the Court issued an Order requiring the parties to file their Rule 26(f) conference report within 21days of the date of the Order, Doc. No. 14. Accordingly, the parties currently have until February 12, 2025 to file the 26(f) conference report.

2. The United States needs additional time to consider the appropriate next steps in this case, which will inform the Rule 26(f) conference report.

1

    3.    Defendant Cobb County does not oppose this motion.

Respectfully submitted,

For Plaintiff United States of America:

By:

| | |
|---|---|
| RICHARD S. MOULTRIE, JR.<br>Acting United States Attorney<br>Northern District of Georgia<br><br>*/s/ Aileen Bell Hughes*<br>AILEEN BELL HUGHES<br>Georgia Bar No. 375505<br>Deputy Chief<br>Public Integrity & Civil Rights Section<br>Office of the United States Attorney<br>600 U.S. Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>Phone: (404) 581-6000<br>Fax: (404) 581-6181<br>aileen.bell.hughes@usdoj.gov | KATHLEEN WOLFE<br>Deputy Assistant Attorney General<br>Civil Rights Division<br><br>KAREN D. WOODARD<br>Chief<br>Employment Litigation Section<br><br>CLARE GELLER (NY Reg. No. 4087037)<br>Deputy Chief<br>Employment Litigation Section<br><br>*/s/ Brian G. McEntire*<br>BRIAN G. MCENTIRE (VA Bar #48552)<br>JULIET E. GRAY (DC Bar #985608)<br>Senior Trial Attorneys<br>U.S. Department of Justice<br>Civil Rights Division<br>Employment Litigation Section<br>150 M Street, N.E., Room 9.1802<br>Washington, DC 20530<br>Phone: (202) 598-9907<br>Fax: (202) 514-1005<br>brian.mcentire@usdoj.gov<br>juliet.gray@usdoj.gov |

3

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Civil Local Rule 7.1(D), that the foregoing motion has been prepared using Times New Roman, 14-point font.

                                              */s/ Brian G. McEntire*
                                              Brian McEntire

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2025, I electronically filed the foregoing United States' Unopposed Motion for an Extension of Time for Filing a Rule 26(f) Conference Report and Incorporated Memorandum of Law using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Brian G. McEntire*
Brian McEntire
