IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 1:24-cv-02010-WMR-JEM |
| COBB COUNTY, GEORGIA, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the United States' Unopposed Motion for an Extension of Time for Filing a Rule 26(f) Conference Report and Incorporated Memorandum of Law, the entire record, and for good cause shown, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further:

**ORDERED** that the parties file their Rule 26(f) conference report by March 14, 2025.

So **ORDERED** this _____ day of February, 2025.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE