IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA
PLAINTIFF,

v.

COBB COUNTY, GEORGIA
DEFENDANT.

Civil Action No.

1:24-CV-2010-WMR-JEM

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Garrett L. Bradford herein files notice of

his appearance in the above-styled case, and respectfully requests that he be

entered as attorney of record for the Plaintiff United States of America

Respectfully submitted,

RICHARD S. MOULTRIE, JR.
*Acting United States Attorney*

/s/Garrett L. Bradford
*Assistant United States Attorney*
Georgia Bar No. 074374
Garrett.Bradford@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive, S.W.*
*Atlanta, GA 30303*
*(404) 581-6000   fax (404) 581-6181*

## CERTIFICATE OF COMPLIANCE

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.


/s/Garrett L. Bradford
*Assistant United States Attorney*

**Certificate of Service**

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

February 26, 2025

/s/ GARRETT L. BRADFORD
GARRETT L. BRADFORD
*Assistant United States Attorney*